UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: |
| ASSET TRADER | 16-02794-8-DMW |
| DEBTOR | CHAPTER 11 |

## NOTICE OF PROPOSED ABANDONMENT

**TO:** All Creditors, Debtor and Other Parties in Interest:

In accordance with Rule 6007 of the Federal Rules of Bankruptcy Procedure, notice is hereby given of the proposed abandonment of the following property belonging to the above-named Debtor:

- **Real Estate property with the legal description known as: RRACT -C- as displayed on the 1974 survey. The 15.8 +/- acres that make up the entire North Point/Peninsula of Great Harbour Cay, Bahamas. The property is subject to a lease purchase agreement wherein the property may be purchased for $600,000.00. Of this amount the Debtor paid $20,000.00 that is applicable to the purchase price.**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to allow the abandonment of property, or if you want the court to consider your views on the notice of proposed abandonment, then on or before **August 22, 2016**, unless otherwise ordered, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing.

Pursuant to that Memorandum from Chief Bankruptcy Judge STEPHANI W. HUMRICKHOUSE, EDNC, dated February 24, 2005, attorneys practicing in the United States Bankruptcy Court for the Eastern District of North Carolina, including attorneys admitted pro hac vice, are required to file electronically all documents [including new bankruptcy petitions, motions, memoranda of law, and other pleadings, but excluding proofs of claim and documents to be placed under seal in accordance with Local Bankruptcy Rule 5005-4(6)]. Any documents required to be filed electronically pursuant to Local Bankruptcy Rule 5005-4(1) but presented in paper form on or after April 1, 2005, shall be accompanied by an application for an exemption from this rule and a proposed order granting the relief sought. The application shall state the reason(s) why electronic filing would impose an extreme hardship on the attorney. Local Bankruptcy Rules pertaining to electronic filling, including Local Bankruptcy Rules 5005-4(1) and 5005-4(2) may be found on the

Court's website www.nceb.uscourts.gov. Electronic filing may be done through the Court's web site. The Court's mailing address is at:

Clerk, U.S. Bankruptcy Court
Eastern District of North Carolina
PO Box 791
Raleigh, North Carolina 27602

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Marjorie K. Lynch, Esquire<br>Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | James Angell, Chapter 11 Trustee<br>Howard, Stallings, From, Hutson, Atkins, Angell & Davis, P.A.<br>P.O. Box 12347<br>Raleigh, NC 27605 |
| Asset Trader<br>300 Southtown Circle<br>Rolesville, NC 27571 | |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the proposed abandonment at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the notice and may enter an order granting that relief.

DATED: August 4, 2016

/s/James B. Angell
James B. Angell, Ch. 11 Trustee
Howard, Stallings, From, Hutson,
Atkins, Angell & Davis, P.A.
PO Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703
JAngell@hsfh.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| ASSET TRADER | 16-02794-8-DMW |
| DEBTOR | CHAPTER 11 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the **NOTICE OF PROPOSED ABANDONMENT** was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown or as indicated below:

| | |
|---|---|
| Brian C. Behr<br>Bankruptcy Administrator<br>*Served via cm/ecf and by email to*<br>Rick_Hinson@nceba.uscourts.gov | Asset Trader<br>300 Southtown Circle<br>Rolesville, NC 27571 |
| Paul A. Fanning<br>Ward and Smith, P.A.<br>Post Office Box 8088<br>Greenville, NC 27835-8088 | Universal Avionics Systems Corporation<br>Attn: Managing Agent/Officer<br>3260 East Universal Way<br>Tucson, AZ 85756 |
| Ignite<br>Attn: Managing Agent/Officer<br>4000 Coral Ridge Drive<br>Coral Springs, FL 33065 | Coeco Financial Services<br>Attn: Managing Agent/Officer<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| Wake County Department of Revenue<br>Attn: Managing Agent/Officer<br>301 S. McDowell, Suite 3800<br>Raleigh, NC 27601 | Navitas Lease Corp<br>Attn: Managing Agent/Officer<br>814 Highway A1A North 205<br>Ponte Vedra Beach, FL 32082 |
| Yale Marine, Inc.<br>Attn: Alan Leigh, Officer<br>738 NE 20th Ave.<br>Ft. Lauderdale, FL 33304 | |

*See attached creditor matrix*

DATED: August 4, 2016

/s/Michelle R. Murdock
Michelle R. Murdock, Paralegal
Howard, Stallings, From, Hutson,
Atkins, Angell & Davis, P.A.
PO Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703

```
Label Matrix for local noticing          AMCOL Systems Inc.                      AT and T
0417-5                                   Attn: Managing Agent/Bankruptcy         PO Box 1809
Case 16-02794-5-DMW                      111 Lancewood Road                      Paramus, NJ 07653-1809
Eastern District of North Carolina       Columbia, SC 29210-7523
Raleigh
Tue Jul 26 13:43:33 EDT 2016

Alpha-Advantage                          Alvin G. & Eleanore L. Myrick           James B Angell
Attn: Managing Agent/Bankruptcy          Myrick Living Trust                     Howard Stallings et al, P.A.
891 Emeline Lane                         1918 Gracewood Drive                    PO Box 12347
Kitty Hawk, NC 27949-4271                Greensboro, NC 27408-3224               Raleigh, NC 27605-2347


Ann B. Hedgepeth                         Anthony Wayne March                     Asset Trader
2005 Weybridge Drive                     1218 Heritage Club Avenue               c/o James B. Angell
Raleigh, NC 27615-5561                   Wake Forest, NC 27587-4229              PO Box 12347
                                                                                 Raleigh, NC 27605-2347


At Your Service                          Athene Annuity and Life Company         Atria Management Services, Inc.
934 W Kitty Hawk Road                    Attn: Managing Officer/Bankruptcy       c/o Jill C. Walters
Suite 4                                  7700 Mills Civic Parkway                Poyner Spruill LLP
Kitty Hawk, NC 27949-4280                West Des Moines, IA 50266-3862          P.O. Box 1801
                                                                                 Raleigh, NC 27602-1801

Atria Management Services, Inc.          (p)BB AND T                             BKN Murray, LLP
Attn: Managing Officer/Bankruptcy        PO BOX 1847                             Attn: Managing Officer
517 Atria Lane                           WILSON NC 27894-1847                    6795 E. Tennessee Ave
Newland, NC 28657-9696                                                           Suite 300
                                                                                 Denver, CO 80224-1691

BKN Murray, LLP                          Bankruptcy Administrator                Ella Bason
Attn: Managing Officer/Bankruptcy        Two Hannover Square, Ste. 640           c/o Everett Gaskins Hancock LLP
6795 E Tennessee Ave, Suite 330          434 Fayetteville Street                 P.O. Box 911
Denver, CO 80224-1691                    Raleigh, NC 27601-1701                  Raleigh, NC 27602-0911

Brian Behr                               Betty Jo Temple                         Bexley at Heritage
Bankruptcy Administrator, EDNC           704 Shoulars Road                       916 Sugar Gap Road
434 Fayetteville Street, Suite 640       Rich Square, NC 27869-9415              Wake Forest, NC 27587-3861
Raleigh, NC 27601-1888

Nicholas C. Brown                        CHC of the Carolinas                    Carolinas Collision Center
Howard Stallings et al, P.A.             Attn: Managing Agent/Bankruptcy         Capital Ford
PO Box 12347                             PO Box 6526                             4900 Capital Boulevard
Raleigh, NC 27605-2347                   Carol Stream, IL 60197-6526             Raleigh, NC 27616-4407

Carolyn C. Riddick                       Cassandra L. Foulk                      Catherine R. Prehn
2314 Lake Drive                          12123 Oakwood View Drive, #305          4423 Regent Drive
Raleigh, NC 27609-7666                   Raleigh, NC 27614-6873                  Wilmington, NC 28412-2544

Century Link                             Christopher F. Wilson                   Stanley M Cichowicz
Attn: Managing Agent/Bankruptcy          21515 Hawthorne Blvd. Suite 200         c/o Everett Gaskins Hancock LLP
359 Bert Kouns                           Torrance, CA 90503-6512                 P.O. Box 911
Shreveport, LA 71106-8124                                                        Raleigh, NC 27602-0911
```

```
City of Raleigh                     Cletis Snyder                      J.M. Cook - via cm/ecf
Attn: Managing Officer/Bankruptcy   2809 Combe Hill Trail              J.M. Cook, P.A.
222 W. Hargett Street               Raleigh, NC 27613-5404             5886 Faringdon Place, Suite 100
Raleigh, NC 27601-1316                                                 Raleigh, NC 27609-3932


Creekridge Capital - Navitas Lease  (p)DIRECTV LLC                     Danny Bradford  - via cm/ecf
Vendor Services Group               ATTN BANKRUPTCIES                  Bradford Law Offices
7808 Creekridge Circle, Suite 250   PO BOX 6550                        455 Swiftside Drive, Suite 106
Minneapolis, MN 55439-2647          GREENWOOD VILLAGE CO 80155-6550    Cary, NC 27518-7200


Davco Electric Inc.                 David Boone                        David P. Meggs Builder Inc.
Attn: Managing Agent/Bankruptcy     NC Department of Justice           Attn: Managing Agent/Bankruptcy
406 West Lake Drive                 114 W Edenton Street               33 Pintail Court
Kill Devil Hills, NC 27948-7818     Raleigh, NC 27603-1712             Kitty Hawk, NC 27949-3846


David Phillip Meggs                 Dorothy L Gregory                  Duke
33 Pintail Court                    1326 Purfoy Road                   Attn: Managng Agent/Bankruptcy
Kitty Hawk, NC 27949-3846           Fuquay Varina, NC 27526-8016       5213 South Alston Avenue
(crossed out)                                                          Durham, NC 27713-4430


EOS CCA                             Ella W. Bason                      Employment Security Commission
Attn: Managing Agent/Bankruptcy     Ella W. Bason TTEE                 PO Box 26504
PO Box 981002                       3181 Bason Road                    Raleigh, NC 27611-6504
Boston, MA 02298-1002               Mebane, NC 27302-9085


Steve England                       Steve F England                    Paul A. Fanning
8601 Six Forks Road, Ste. 400       111 TOM MCLAUGHLIN ROAD            Ward and Smith, P. A.
Raleigh, NC 27615-2965              RED SPRINGS, NC 28377-8985         Post Office Box 8088
                                                                       Greenville, NC 27835-8088


FedEx Corporation                   J. Michael Fields                  (p)FORD MOTOR CREDIT COMPANY
Attn: Managing Officer/Bankruptcy   Ward and Smith, PA                 P O BOX 62180
942 South Shady Grove Road          PO Box 8088                        COLORADO SPRINGS CO 80962-2180
Memphis, TN 38120-4117              Greenville, NC 27835-8088


Cassandra Foulk                     Mason Foulk                        GBH CPA PC
12123 Oakwood View Drive, #305      912 Sugar Gap Rd, #302             Attn: Managing Agent/Bankruptcy
Raleigh, NC 27614-6873              Wake Forest, NC 27587-3872         6002 Rogerdale Road, Suite 500
                                                                       Houston, TX 77072-1660


GoDaddy                             Granger Wilkins                    Gray and Lloyd
Attn: Managing Officer/Bankruptcy   20 Boca Place                      Attn: Managing Agent/Bankruptcy
14455 N Hayden Rd, #219             Youngsville, NC 27596-7333         3120 North Croatian Highway # 101
Scottsdale, AZ 85260-6947                                              Kill Devil Hills, NC 27948-9253


Gray and Lloyd                      Dorothy Gregory                    Barry P. Gruher
Attn: Managng Agent/Bankruptcy      c/o Everett Gaskins Hancock LLP    Genovese Joblove & Battista, P.A.
3120 North Croatian Highway Ste 101 P.O. Box 911                       200 E. Broward Blvd., Suite 1110
Kill Devil Hills, NC 27948-9253     Raleigh, NC 27602-0911             Ft. Lauderdale, FL 33301-3535
```

```
Mike Gurkins                          Harlan J. Gardiner                   James M. Hash
Country Boys Auction & Realty         329 Poe Creek Drive                  Everett, Gaskins, Hancock, LLP
Po Box 1903                           Littleton, NC 27850-9284             220 Fayetteville Street
Washington, NC 27889-1903                                                  PO Box 911
                                                                           Raleigh, NC 27602-0911


Howard, Stallings, From & Hutson, P.A.   ING Life Insurance                (p)INTERNAL REVENUE SERVICE
PO Box 12347                          Attn: Managing Agent/Bankruptcy      CENTRALIZED INSOLVENCY OPERATIONS
Raleigh, NC 27605-2347                151 Farmington Avenue                PO BOX 7346
                                      Hartford, CT 06156-8702              PHILADELPHIA PA 19101-7346


Internal Revenue Service              Charles M. Ivey III                  J.M. Cook  - via cm/ecf
P. O. Box 7346                        Ivey, McClellan, Gatton & Siegmund, LLP    J.M. Cook, P.A.
Philadelphia, PA 19101-7346           121 S. Elm Street                    5886 Farrington Place, Ste 100
                                      Greensboro, NC 27401-2601            Raleigh, NC 27609


J.M. Cook, P.A. - via cm/ecf          JS Looper Properties                 Jennifer Harrod
5886 Faringdon Place                  Attn: Managing Agent/Bankrtupcy      NC Department of Justice
Suite 100                             2006 South Main Street, Suite 210    114 W Edenton Street
Raleigh, NC 27609-3932                Wake Forest, NC 27587-9391           Raleigh, NC 27603-1712


Pamela P. Keenan - via cm/ecf         Kelly's Management Group, Inc.       Mary S Klutz
Kirschbaum, Nanney, Keenan & Griffin, PA   c/o Sharp. Michael and Graham   c/o Everett Gaskins Hancock LLP
PO Box 19766                          4820 Croatan Highway                 P.O. Box 911
Raleigh, NC 27619-9766                Kitty Hawk, NC 27949-8913            Raleigh, NC 27602-0911


William H. Kroll - via cm/ecf         (p)TOYOTA MOTOR CREDIT CORPORATION   Lisa P. Sumner
Stubbs & Perdue, P.A.                 PO BOX 8026                          P. O. Box 1801
9208 Falls of Neuse Road, Suite 201   CEDAR RAPIDS IA 52408-8026           Raleigh, NC 27602-1801
Raleigh, NC 27615-2438


Lloyds of Rolesville, LLC             Lori March                           MEEDL, LLC
Attn: Managing Agent/Bankruptcy       3612 Greenville Loop                 Attn: Managng Agent/Bankruptcy
PO Box 638                            Wake Forest, NC 27587-5687           3411 Silverside Road, Ste 104
Wake Forest, NC 27588-0638                                                 Wilmington, DE 19810-4809


Maid in the Shade                     Maxine March                         Valarie March
Attn: Managing Agent/Bankruptcy       3820 Heritage Spring Circle          1218 Heritage Club Avenue
135 The Winery                        Wake Forest, NC 27587-8375           Wake Forest, NC 27587-4229
Manteo, NC 27954-9001


Maritime Program                      Mary S. Klutz                        Maserati of Raleigh
Attn: Managing Agent/Bankruptcy       422 Dodson Road                      Attn: Managing Officer/Bankruptcy
1117 Elm Street, Suite 200            Mebane, NC 27302-9725                4800 Capital Blvd
Manchester, NH 03101-1506                                                  Raleigh, NC 27616-4482


Maserati of Raleigh c/o Leith, Inc.   Ruth U Mitchell                      NC Department of Revenue
c/o Lisa P. Sumner                    c/o Everett Gaskins Hancock LLP      Office Services Div., Bankruptcy Unit
P. O. Box 1801                        P.O. Box 911                         PO Box 1168
Raleigh, NC 27602-1801                Raleigh, NC 27602-0911               Raleigh, NC 27602-1168
```

| | | |
|---|---|---|
| NC Department of Revenue<br>Attn: Managing Officer/Bankruptcy<br>Post Office Box 871<br>Raleigh, NC 27602-0871 | NC Division of Employment Security<br>Attn: Managing Officer/Bankruptcy<br>P.O. Box 25903<br>Raleigh, NC 27611-5903 | National Credit System<br>Attn: Managing Agent/Bankruptcy<br>3800 Camp Creek Pkwy<br>Atlanta, GA 30331-6050 |
| Charles R. Newman<br>90 Rabbit Run<br>Franklinton, NC 27525-9681 | Roger Newman<br>300 Southtown Circle<br>Rolesville, NC 27571-9573 | Sylvia K. Newman<br>90 Rabbit Run<br>Franklinton, NC 27525-9681 |
| North American Company<br>Attn: Managing Officer/Bankruptcy<br>4350 Westown Parkway<br>West Des Moines, IA 50266-1036 | North Carolina Department of Revenu<br>Attn: Managing Officer/Bankruptcy<br>Post Office Box 871<br>Raleigh, NC 27602-0871 | North Carolina Department of Revenue<br>Office Services Division<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 |
| Optimum Outcomes<br>Attn: Managng Agent/Bankruptcy<br>421 Fayetteville Street, Suite 600<br>Raleigh, NC 27601-1777 | (p)SCANA AND SUBSIDIARIES<br>220 OPERATION WAY<br>MAIL CODE C 222<br>CAYCE SC 29033-3701 | Pamela P Keenan<br>PO Box 19766<br>Raleigh, NC 27619-9766 |
| Pamela P. Keenan  - via cm/ecf<br>Kirschbaum Nanney Keenan & Griffin<br>PO Box 19766<br>Raleigh, NC 27619-9766 | Patricia W. Lassiter<br>831 Dusty Hill Road<br>Conway, NC 27820-9674 | Paychex<br>Attn: Managing Agent/Bankruptcy<br>911 Panorama Trail S.<br>Rochester, NY 14625-2396 |
| Protective Life Insurance Company<br>Attn: Managing Officer/Bankruptcy<br>Post Office Box 12687<br>Birmingham, AL 35202-6687 | Raymond N. Hayward<br>123 Cloverleaf Drive<br>Roanoke Rapids, NC 27870-9333 | Richard Tuttle & Associates, LLC<br>4089 Mays Store Road<br>Franklinton, NC 27525-8323 |
| Carolyn Riddick<br>c/o Everett Gaskins Hancock LLP<br>P.O. Box 911<br>Raleigh, NC 27602-0911 | Rolesville Storage Center<br>Attn: Suzanne Cofer, Manager<br>417 S. Main St., 100 Storage Dr.<br>Rolesville, NC 27571 | Ruby B. Hearne<br>821 Greyson Road<br>Rocky Mount, NC 27804-9638 |
| Ruth U. Mitchell<br>475 Shade Lane<br>Apex, NC 27523-5548 | SYNCB/PayPal Credit Services<br>Attn: Managing Agent/Bankruptcy<br>PO Box 960080<br>Orlando, FL 32896-0080 | Sasha Brodsky<br>1362 Pacific Avenue Suite 219<br>Santa Cruz, CA 95060-3932 |
| Security Central<br>Attn: Managing Officer/Bankruptcy<br>PO Box 602371<br>Charlotte, NC 28260-2371 | Silvia K. Newman<br>90 Rabbit Run<br>Franklinton, NC 27525-9681 | Spartan Financial, Ltd.<br>c/o Granger Wilkins, Managing Agent<br>20 Boca Place<br>Youngsville, NC 27596-7333 |
| Specialized Loan Servicing, LLC<br>Attn: Managing Agent/Bankruptcy<br>8742 Lucent Blvd., Suite 300<br>Littleton, CO 80129-2386 | Spencer Insurance Agency Inc<br>Attn: Managing Agent/Bankruptcy<br>3625 Rogers Rd., Ste 103<br>Wake Forest, NC 27587-7634 | Stanley M. Cichowicz<br>PO Box 429<br>Pleasant Garden, NC 27313-0429 |

Note: Roger Newman and Sylvia K. Newman entries are marked with an "X".

| | | |
|---|---|---|
| State Farm<br>Attn: Managing Agent/Bankruptcy<br>3 Ravinia Drive<br>Atlanta, GA 30346-2118 | Stuart Allan and Associates, Inc.<br>Attn: Managing Agent/Bankruptcy<br>5447 E. 5th Street, Ste 110<br>Tucson, AZ 85711-2345 | Lisa P. Sumner  - via cm/ecf<br>Poyner Spruill LLP<br>PO Box 1801<br>Raleigh, NC 27602-1801 |
| Susan Bowles-Clear<br>1495 Meridian Court<br>Woodbridge, VA 22191-2928 | Betty Jo Temple<br>c/o Everett Gaskins Hancock LLP<br>P.O. Box 911<br>Raleigh, NC 27602-0911 | Tom Temple<br>c/o Everett Gaskins Hancock LLP<br>P.O. Box 911<br>Raleigh, NC 27602-0911 |
| Terri A. Simmons CPA, PLLC<br>6350 Rogers Road<br>Rolesville, NC 27571-9371 | The Baltimore Life Companies<br>10075 Red Run Boulevard<br>Owings Mills, MD 21117-4871 | ~~The Go Daddy Group, Inc. (GoDaddy.com)~~<br>~~Attn: Managing Officer/Agent~~<br>~~14455 N. Hayden Rd., Suite 226~~<br>~~Scottsdale, AZ 85260-6947~~ |
| The Lincoln National Life Ins Co<br>Attn: Managing Officer/Bankruptcy<br>100 North Greene Street<br>Greensboro, NC 27401-2547 | Time Warner Cable<br>Attn: Managing Officer/Bankruptcy<br>101 Innovation Drive, Suite 100<br>Morrisville, NC 27560-8586 | Transworld Systems Inc.<br>Attn: Managing Agent/Bankruptcy<br>507 Prudential Road<br>Horsham, PA 19044-2308 |
| Travis Sasser  - via cm/ecf<br>Sasser Law Firm<br>2000 Regency Parkway Suite 230<br>Cary, NC 27518-8508 | US Attorney<br>310 New Bern Avenue, Suite 800<br>Federal Building<br>Raleigh, NC 27601-1461 | ~~United States Attorney~~<br>~~Suite 800, Federal Building~~<br>~~310 New Bern Avenue~~<br>~~Raleigh, NC 27601-1461~~ |
| Vonange Business<br>Attn: Managing Officer/Bankruptcy<br>23 Main Street<br>Holmdel, NJ 07733-2136 | WELLS FARGO BANK N.A<br>PO BOX 29482<br>PHOENIX AZ 85038-9482 | Wake County Tax Collector<br>Attn: Managing Agent/Bankruptcy<br>PO Box 2331<br>Raleigh, NC 27602-2331 |
| Wake Electric<br>Attn: Managing Officer/Bankruptcy<br>100 S. Franklin Street<br>Wake Forest, NC 27587-2747 | WakeMed<br>Attn: Managing Agent/Bankruptcy<br>PO Box 29516<br>Raleigh, NC 27626-0516 | Jill Walters  - via cm/ecf<br>Poyner Spruill LLP<br>PO Box 1801<br>Raleigh, NC 27602-1801 |
| John M. Weinberg<br>800 SE 3rd Ave., Ste. 301<br>Ft. Lauderdale, FL 33316-1152 | Wells Fargo Bank, N.A.<br>Attn: Managing Officer/Bankruptcy<br>PO Box 348750<br>Sacramento, CA 95834-8750 | William Fischer<br>591 Red Gate Road<br>Pittsboro, NC 27312-7934 |
| Williams Overman Pierce, L.L.P.<br>Attn: Officer/Managing Agent<br>2501 Atrium Drive, Suite 500<br>Raleigh, NC 27607-6492 | X8 Aviation, LLC<br>c/o Schell Bray Aycock Abel<br>and Livingston PLLC, Registered Agent<br>230 North Elm St., Ste. 1500<br>Greensboro, NC 27401-2499 | X8 Aviation, LLC<br>15105-D John J. Delaney Drive<br>PMB302<br>Charlotte, NC 28277-2848 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB AND T
PO BOX 1847
Wilson, NC 27894-1847

DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
Englewood, CO 80155-6550

Ford Credit
National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962

(d)Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962

Internal Revenue Service
Insolvency Support Services
320 Federal Place, Room 335
Greensboro, NC 27401

(d)Internal Revenue Service
Centralized Insolvency/Bankruptcy
P.O. Box 21126
Philadelphia, PA 19114-0326

Lexus Financial Services
Attn: Managing Agent/Bankruptcy
PO Box 17187
Baltimore, MD 21297-7187

PSNC Energy
Attn: Managing Officer/Bankruptcy
PO Box 100256
Columbia, SC 29202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Atria Management Services, Inc.

(u)Bankruptcy Administrator

(u)Charles R. Newman
Managing Agent, Asset Trader
32239 Blackjack Road Batesville, MS 3860

(u)Country Boys Auction & Realty

(u)Delaware Finance Company
Attn: Managing Officer/Bankruptcy
3601 North Market Street Wilmington, DE

(u)Paul A. Fanning

(u)Ford Motor Credit Company LLC

(u)Patricia W. Lassiter

(u)Leith, Inc.

(d)Anthony Wayne March
1218 Heritage Club Avenue
Wake Forest, NC 27587-4229

(d)Mason Foulk
912 Sugar Gap Road, #302
Wake Forest, NC 27587-3872

(d)Maxine March
3820 Heritage Spring Circle
Wake Forest, NC 27587-8375

(d)Valarie March
1218 Heritage Club Avenue
Wake Forest, NC 27587-4229

(d)Granger Wilkins
20 Boca Place
Youngsville, NC 27596-7333

End of Label Matrix
Mailable recipients    146
Bypassed recipients     14
Total                  160