# INVOICE

Date: 06/01/2016
Due On: 06/11/2016



5886 Faringdon Place, Suite 100
Raleigh, NC 27609
Phone: (919) 675-2411
Email: J.M.Cook@jmcookesq.com

Asset Trader

## Asset Trader Bankruptcy Representation

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
|      |      |             |          |      |       |
|      |      |             |          |      |       |
|      |      |             |          |      |       |
|      |      |             |          |      |       |
|      |      |             |          |      |       |
|      |      |             |          |      |       |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/26/2016 | Prepare: exhibits and cases in advance of hrg. | 0.70 | $300.00 | $210.00 |
| Service | 05/26/2016 | Travel to: Greenville for hrg. | 1.60 | $150.00 | $240.00 |
| Service | 05/26/2016 | Meeting w/: Newman and March re: status and filing. | 0.60 | $300.00 | $180.00 |
| Service | 05/26/2016 | Draft: skeletal petition; Draft Motion to Appoint Trustee; File same. | 0.40 | $300.00 | $120.00 |
| Service | 05/26/2016 | Telephone Conference w/: Jeutter re: trustee assignment. | 0.40 | $300.00 | $120.00 |

|  |  |
|---|---|
| Subtotal | $3,660.00 |
| Total | $3,660.00 |
| **Payment** | -$2,846.00 |
| **Balance Owing** | $814.00 |

# INVOICE

Date: 06/01/2016
Due On: 06/11/2016



5886 Faringdon Place, Suite 100
Raleigh, NC 27609
Phone: (919) 675-2411
Email: J.M.Cook@jmcookesq.com

Asset Trader

## Asset Trader Bankruptcy Representation

| Type | Date | Description | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Service | 05/26/2016 | Represent Client at hearing: on preliminary injunction and motion for trustee. | 2.00 | $300.00 | $600.00 |
| Service | 05/26/2016 | Rtn to Office | 1.60 | $150.00 | $240.00 |
| | | | | Subtotal | $840.00 |
| | | | | Total | $840.00 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 2707 | 06/11/2016 | $3,660.00 | $2,846.00 | $814.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
| --- | --- | --- | --- | --- |
| 2708 | 06/11/2016 | $840.00 | $0.00 | $840.00 |
| | | | Outstanding Balance | $1,654.00 |
| | | | Total Amount Outstanding | $1,654.00 |