**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No.: 1

| Case No.: | 16-02794 | | Trustee Name: | James B. Angell |
| Case Name: | ASSET TRADER | | Date Filed (f) or Converted (c): | 09/14/2016 (c) |
| For the Period Ending: | 12/31/2016 | | §341(a) Meeting Date: | 06/28/2016 |
| | | | Claims Bar Date: | 01/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

| Ref. # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Cash on hand | $0.00 | $0.00 | | $14.32 | FA | $0.00 | $0.00 |
| 2 | Wells Fargo Business Checking 3618 | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 3 | Wells Fargo Business Checking 7303 | $1.08 | $0.00 | | $1.08 | FA | $0.00 | $0.00 |
| 4 | Wells Fargo Advisors 1669 | $0.00 | $0.00 | | $2.47 | FA | $0.00 | $0.00 |
| 5 | Long-term Investment Return Through Spartan Financial | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| 6 | Office furniture- Desks purchased w/DOS | $25,000.00 | $0.00 | | $32,715.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Motion for Private Sale filed 8/5/2016 DE 236 and order entered 9/13/2016 DE 276. Notice of Public Sale filed 7/26/2016 DE 212. Report of Sale filed 9/6/2016 DE 267 and Order entered 9/13/2016 DE 277. | | | | | | | |
| 7 | Office furniture- Lights, Chandeliers and Appliances | $30,000.00 | $0.00 | | $5,875.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Notice of Public Sale filed 7/26/2016 DE 212. Report of Sale filed 9/6/2016 DE 267 and Order entered 9/13/2016 DE 277. | | | | | | | |
| 8 | Office equipment- Apple Computers, TV's, Printers, Scanners and Phone System (subscription w/Vonage) | $35,000.00 | $0.00 | | $15,155.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Notice of Public Sale filed 7/26/2016 DE 212. Report of Sale filed 9/6/2016 DE 267 and Order entered 9/13/2016 DE 277. | | | | | | | |
| 9 | Office equipment- Coeco Office Systems | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Reject Executory Contracts and Unexpired Leases filed 9/6/2016 DE 271 and Order entered 10/17/2016 DE 318. | | | | | | | |
| 10 | Collectibles- Artwork/Figurines/etc | $10,000.00 | $0.00 | | $11,160.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Notice of Public Sale filed 7/26/2016 DE 212. Report of Sale filed 9/6/2016 DE 267 and Order entered 9/13/2016 DE 277. | | | | | | | |
| 11 | 1972 Chevrolet Malibu | $12,075.00 | $0.00 | | $12,750.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Notice of Sale filed 6/24/2016 DE 139. Report of Sale filed 8/4/2016 DE 233 and Order entered 8/22/2016 DE 252 | | | | | | | |
| 12 | 1962 Chevy II | $48,000.00 | $0.00 | | $48,000.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Notice of Sale filed 6/24/2016 DE 139. Report of Sale filed 8/4/2016 DE 233 and Order entered 8/22/2016 DE 252 | | | | | | | |
| 13 | 2009 Jaguar XKR | $30,000.00 | $0.00 | | $30,000.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Notice of Sale filed 6/24/2016 DE 139. Report of Sale filed 8/4/2016 DE 233 and Order entered 8/22/2016 DE 252 | | | | | | | |
| 14 | 2003 Ferrari 360 Modena | $63,000.00 | $0.00 | | $64,400.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Notice of Sale filed 6/24/2016 DE 139. Report of Sale filed 8/4/2016 DE 233 and Order entered 8/22/2016 DE 252. Additional parts related to vehicle located at Southtown Circle offices sold at public sale held 8/24/2016. Notice of Public Sale filed 7/26/2016 DE 212. Report of Sale filed 9/6/2016 DE 267 and Order entered 9/13/2016 DE 277. | | | | | | | |
| 15 | 2005 Bentley Continental GT | $39,000.00 | $0.00 | | $39,000.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** | Lienholder is Maserati of Raleigh c/o Leith, Inc. Notice of Sale filed 6/24/2016 DE 139. Report of Sale filed 8/4/2016 DE 233 and Order entered 8/22/2016 DE 252 | | | | | | | |
| 16 | 2014 Polaris | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| **Asset Notes:** | Potential lien holders are unknown | | | | | | | |
| 17 | 1990 Derecktor Motor yacht | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $0.00 | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 16-02794 | | | Trustee Name: | James B. Angell |
| Case Name: | ASSET TRADER | | | Date Filed (f) or Converted (c): | 09/14/2016 (c) |
| For the Period Ending: | 12/31/2016 | | | §341(a) Meeting Date: | 06/28/2016 |
| | | | | Claims Bar Date: | 01/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| **Asset Notes:** Lienholder is Atria Management and Yale Products. | | | | | | | |
| 18  1988 Beechcraft BE-400 | Unknown | $0.00 | | $235,000.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** Notice of Public Sale filed 6/24/2016 DE 140 and Notice of Rescheduled Public Sale filed 7/26/2016 DE 215. Report of Sale filed 9/19/2016 DE 288 and Order entered 10/28/2016 DE 339. | | | | | | | |
| 19  Lease Agreements for 300, 302, 304 and 410 Southtown Circle, Rolesville | Unknown | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** Motion to Reject Executory Contracts and Unexpired Leases filed 9/6/2016 DE 270 and Order entered 10/17/2016 DE 317. Motion to Reject Agreement for Purchase and Sale of Real Property filed 9/20/2016 DE 290 and Order entered 1/11/2017 DE 440. | | | | | | | |
| 20  15.8 acre property located in the North Point/Peninsula of Great Harbour Cay, Bahamas | $600,000.00 | $0.00 | OA | $0.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** Notice of Abandonment filed 8/4/2016 DE 234 | | | | | | | |
| 21  Internet domain names and websites- Websites, software and domain names | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| 22  Notes receivable- Note from Steve England | $70,000.00 | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| 23  Notes receivable- Note from Anthony March | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| 24  Notes receivable- Note from Charles Newman | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| 25  Interests in insurance policies or annuities | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| 26  Gym equipment and locker room | $0.00 | $0.00 | | $7,185.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** Notice of Public Sale filed 7/26/2016 DE 212. Report of Sale filed 9/6/2016 DE 267 and Order entered 9/13/2016 DE 277. | | | | | | | |
| 27  Excess proceeds from sale of repossessed leased vehicle  (u) | $0.00 | $0.00 | | $451.00 | FA | $0.00 | $0.00 |
| **Asset Notes:** Ford VIN ending in FFC67775 | | | | | | | |
| **TOTALS (Excluding unknown value)** | **$962,076.08** | **$0.00** | | **$501,708.87** | **$0.00** | **$0.00** | **$0.00** |

**Major Activities affecting case closing:**

12/31/2016   The Trustee is liquidating the yacht and investigating liquidation of insurance policies and other assets. The Trustee is preparing for AP cases to be filed.

| Initial Projected Date Of Final Report (TFR): | 12/31/2019 | /s/ JAMES ANGELL |
| Current Projected Date Of Final Report (TFR): | | JAMES ANGELL |

# FORM 2

Page No: 1

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 16-02794 | Trustee Name: James B. Angell |
| Case Name: | ASSET TRADER | Bank Name: Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | Checking Acct #: ******2794 |
| Co-Debtor Taxpayer ID #: | | Account Title: Ch 11 Operating |
| For Period Beginning: | 01/01/2000 | Blanket bond (per case limit): $3,763,000.00 |
| For Period Ending: | 12/31/2016 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/01/2016 | (1) | WESTERN UNION | Petty Cash Funds | 1129-000 | $12.42 | | $12.42 |
| 06/01/2016 | (3) | WELLS FARGO BANK, NA | Funds from Wells Fargo Bank, N.A. account 0166 | 1129-000 | $1.08 | | $13.50 |
| 06/17/2016 | (4) | WELLS FARGO ADVISORS, LLC | Final distribution of funds remaining in account 1669 | 1129-000 | $2.47 | | $15.97 |
| 07/18/2016 | | US Bankruptcy Court Eastern District of NC | Payment of fee on Motion to Convert to Chapter 7 (DE 185) | 6990-000 | | $15.00 | $0.97 |
| 07/29/2016 | | COUNTRY BOYS AUCTION & REALTY | Proceeds from vehicles sold at Public Auction pursuant to 6/24/16 notice (DE 139) and Motion for Private Sale Nunc Pro Tunc filed 8/5/2016 DE 236 | * | $196,045.00 | | $196,045.97 |
| | {14} | | | $63,000.00 | 1129-000 | | $196,045.97 |
| | {13} | | | $30,000.00 | 1129-000 | | $196,045.97 |
| | {15} | | | $39,000.00 | 1129-000 | | $196,045.97 |
| | {12} | | | $48,000.00 | 1129-000 | | $196,045.97 |
| | {11} | | | $12,750.00 | 1129-000 | | $196,045.97 |
| | {6} | | | $3,295.00 | 1129-000 | | $196,045.97 |
| 08/04/2016 | 3001 | Fly High Lexington, LLC | August 2016 Hangar Rent for N88UA, F-2 | 6990-000 | | $900.00 | $195,145.97 |
| 08/04/2016 | 3002 | TrustPoint Reporting | Invoice #24502 Maxine March transcript $864.60 Invoice #24579 Tony March#2 transcript $1680.75 | 6990-000 | | $2,545.35 | $192,600.62 |
| 08/04/2016 | 3003 | J&J Court Transcribers, Inc. | Invoice #2016-01534 Transcription of 7.14.2016 Charles Newman 341 Meeting of Asset Trader | 6990-000 | | $420.35 | $192,180.27 |
| 08/10/2016 | 3004 | Wake County Clerk of Superior Court | Payment for filing Notice of Lis Pendens | 6990-000 | | $6.25 | $192,174.02 |
| 08/10/2016 | 3005 | Trustee Insurance Agency | Invoice 7064 | 6990-000 | | $675.00 | $191,499.02 |
| 08/11/2016 | 3006 | Trustee Insurance Agency | Invoice #7061: Equipment Insurance on 1990 Derecktor Motor Yacht | 6990-000 | | $4,500.00 | $186,999.02 |
| 08/11/2016 | 3007 | Howard, Stallings, From, Hutson, Atkins, Angell & | Payment pursuant to order entered 6/24/2016 (DE 146) | 6990-000 | | $2,765.00 | $184,234.02 |
| 08/15/2016 | 3008 | Legal Wheels | Inv# 37317 - Attempted subpoena service on Granger Wilkins | 6990-000 | | $170.00 | $184,064.02 |
| 08/17/2016 | 3009 | Wake Electric Membership Corp | Membership fee's for Suite 300, 302, and 410 | 6990-000 | | $15.00 | $184,049.02 |

**SUBTOTALS** $196,060.97 $12,011.95

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02794 | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | ASSET TRADER | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | | Checking Acct #: | ******2794 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Ch 11 Operating |
| For Period Beginning: | 01/01/2000 | | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 12/31/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/17/2016 | 3010 | Wake Electric Membership Corp | Electric service for Suite 300, 302, and 410 | * | | $1,139.65 | $182,909.37 |
| | | | Account #1041647804 ($474.47) for 300 Southtown Circle | 6990-000 | | | $182,909.37 |
| | | | Account #1041899508 ($368.10) for 302 Southtown Circle | 6990-00 | | | $182,909.37 |
| | | | Account #1041723804 ($297.08) for 410 Southtown Circle | 6990-00 | | | $182,909.37 |
| 08/17/2016 | 3011 | Wake Electric Membership Corp | Deposit for services of Suite 300, 302, and 410 | 6990-000 | | $3,062.00 | $179,847.37 |
| 08/18/2016 | 3012 | Charles Roger Newman | witness fee and mileage | 6990-000 | | $75.50 | $179,771.87 |
| 08/23/2016 | 3013 | MIKE GURKINS | Pursuant to Order on App for Compensation (DE 252) | * | | $16,088.57 | $163,683.30 |
| | | | ($2,178.57) | 6620-000 | | | $163,683.30 |
| | | | ($13,910.00) | 6610-000 | | | $163,683.30 |
| 08/23/2016 | 3014 | TrustPoint Reporting | Invoice no. 24844 - Granger Wilkins 2004 exam | 6990-000 | | $1,480.50 | $162,202.80 |
| 08/23/2016 | 3015 | Maserati of Raleigh c/o Leith, Inc. | Payment of claim 10-1 | 7100-000 | | $11,396.27 | $150,806.53 |
| 08/30/2016 | 3016 | City of Raleigh | Account 5396916491 $238.69 Account 8499103664 $71.25 Account 7444446444 $63.62 | * | | $373.56 | $150,432.97 |
| | | | For Account 5396916491 300 Southtown Circle ($238.69) | 6990-000 | | | $150,432.97 |
| | | | Account 8499103664 ($71.25) for 302 Southtown Cir | 6990-000 | | | $150,432.97 |
| | | | Account 7444446444 ($63.62) 408 Southtown Circle | 6990-000 | | | $150,432.97 |
| 08/30/2016 | 3017 | Birely Marine Services, Inc. | Voided check on 9/1/2016. Pending Application to Employ and Compensation | 6990-003 | | $1,040.00 | $149,392.97 |

| | | | | **SUBTOTALS** | **$0.00** | **$34,656.05** | |

# FORM 2

Page No: 3

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-02794 | | Trustee Name: | James B. Angell |
| --- | --- | --- | --- | --- |
| Case Name: | ASSET TRADER | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | | Checking Acct #: | ******2794 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Ch 11 Operating |
| For Period Beginning: | 01/01/2000 | | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 12/31/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2016 | | Country Boys Auction & Realty | | * | $70,195.00 | | $219,587.97 |
| | {6} | | $29,420.00 | 1129-000 | | | $219,587.97 |
| | {7} | | $5,875.00 | 1129-000 | | | $219,587.97 |
| | {8} | | $15,155.00 | 1129-000 | | | $219,587.97 |
| | {10} | | $11,160.00 | 1129-000 | | | $219,587.97 |
| | {26} | | $7,185.00 | 1129-000 | | | $219,587.97 |
| | {14} | | $1,400.00 | 1129-000 | | | $219,587.97 |
| 08/31/2016 | (1) | Cash | | 1129-000 | $1.90 | | $219,589.87 |
| 08/31/2016 | 3018 | International Sureties LTD | Chapter 11 Bond #016070546 | 6990-000 | | $1,177.00 | $218,412.87 |
| 08/31/2016 | 3019 | Yale Products, Inc. | Invoice #488 Rental and Charges for June and July 2016 and Invoice #495 Rental and Charges for August 2016 | 6990-000 | | $27,136.80 | $191,276.07 |
| 09/01/2016 | 3017 | VOID: Birely Marine Services, Inc. | Voided check dated 8/30/2016. Pending Application to Employ and Compensation | 6990-003 | | ($1,040.00) | $192,316.07 |
| 09/02/2016 | | United States Bankruptcy Court | Quarterly Fees 2nd Quarter 2016 | 6990-000 | | $325.00 | $191,991.07 |
| 09/15/2016 | | Transfer To: #*******2794 | | 9999-000 | | $191,991.07 | $0.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | TOTALS: | | | | $266,257.87 | $266,257.87 | $0.00 |
| | Less: Bank transfers/CDs | | | | $0.00 | $191,991.07 | |
| | Subtotal | | | | $266,257.87 | $74,266.80 | |
| | Less: Payments to debtors | | | | $0.00 | $0.00 | |
| | Net | | | | $266,257.87 | $74,266.80 | |

| For the period of 01/01/2000 to 12/31/2016 | | For the entire history of the account between 05/27/2016 to 12/31/2016 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $266,257.87 | Total Compensable Receipts: | $266,257.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $266,257.87 | Total Comp/Non Comp Receipts: | $266,257.87 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $74,266.80 | Total Compensable Disbursements: | $74,266.80 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements: | $74,266.80 | Total Comp/Non Comp Disbursement | $74,266.80 |
| Total Internal/Transfer Disbursements: | $191,991.07 | Total Internal/Transfer Disbursements: | $191,991.07 |

**FORM 2**

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-02794 | **Trustee Name:** James B. Angell |
| **Case Name:** | ASSET TRADER | **Bank Name:** Integrity Bank |
| **Primary Taxpayer ID #:** | **-***4864 | **Checking Acct #:** ******2794 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 01/01/2000 | **Blanket bond (per case limit):** $3,763,000.00 |
| **For Period Ending:** | 12/31/2016 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|   |   |   |   |   |
|---|---|---|---|---|
| TOTALS: | | $0.00 | $0.00 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| Subtotal | | $0.00 | $0.00 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $0.00 | $0.00 | |

**For the period of  01/01/2000 to 12/31/2016**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 06/01/2016  to 12/31/2016**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp  Disbursement | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

Page No: 5

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |  | | |
|---|---|---|---|---|---|
| **Case No.** | 16-02794 | | | **Trustee Name:** | James B. Angell |
| **Case Name:** | ASSET TRADER | | | **Bank Name:** | Integrity Bank |
| **Primary Taxpayer ID #:** | **-***4864 | | | **Checking Acct #:** | ******2794 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Chapter 7 |
| **For Period Beginning:** | 01/01/2000 | | | **Blanket bond (per case limit):** | $3,763,000.00 |
| **For Period Ending:** | 12/31/2016 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2016 | | Transfer From: #*******2794 | | 9999-000 | $191,991.07 | | $191,991.07 |
| 09/15/2016 | (18) | Country Boys Auction & Realty | Funds from sale of plane. Notice of Public Sale filed 6/27/2016 DE 140 and Notice Rescheduled Sale filed 7/16/2016 DE 215 | 1129-000 | $235,000.00 | | $426,991.07 |
| 09/20/2016 | 4001 | J&J Court Transcribers, Inc. | Invoice #2016-01467 2004 Examination of Roger and Silvia Newman | 6990-000 | | $286.30 | $426,704.77 |
| 09/20/2016 | 4002 | Country Boys Auction & Realty | Auctioneer Commission pursuant to Order (DE 277) | 6610-000 | | $9,007.80 | $417,696.97 |
| 09/27/2016 | | Wake Electric Membership Corp | Refund of Deposit Paid for Electric Service on 8/17/2016 Check No. 3011 after deducting for amount of final bill. | 6990-000 | | ($2,458.48) | $420,155.45 |
| 09/27/2016 | 4003 | Trustee Insurance Agency | Invoice No. 7390 - Coverage on Derecktor Motor Yacht | 2420-000 | | $8,599.17 | $411,556.28 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $304.87 | $411,251.41 |
| 10/03/2016 | (27) | FORD MOTOR CREDIT COMPANY | Excess proceeds from auction held by lien holder | 1129-000 | $451.00 | | $411,702.41 |
| 10/03/2016 | | TRUSTEE INSURANCE AGENCY INC. | Refund from insurance on 1990 104' Derecktor Yacht. Premium of $4,500 originally paid during Chapter 11 case on 8/11/2016 Check No. 3006. | 6990-002 | | ($2,400.00) | $414,102.41 |
| 10/04/2016 | | US Bankruptcy Court Eastern District of NC | Fee for Amendment to Matrix | 2700-000 | | $30.00 | $414,072.41 |
| 10/04/2016 | 4004 | International Sureties LTD | Bond Payment | 2300-000 | | $377.82 | $413,694.59 |
| 10/12/2016 | 4005 | Broward Shipyard | Invoice#16-06684 Pressure Wash Invoice# 16-0817 Scraping Invoice# 16-0882 Dock/UTL 9/13 - 9/30 Invoice# 16-0908 Dock/UTL 10/1 - 10/17 | 2420-000 | | $12,210.73 | $401,483.86 |
| 10/26/2016 | 4006 | Country Boys Auction & Realty | Payment pursuant to order entered 10.25.2016 DE 334 | 6620-000 | | $3,859.80 | $397,624.06 |
| 10/28/2016 | | Broward Shipyard | Wire out dated 10/20/2016. Payment for storage of yacht | 2420-000 | | $1,583.12 | $396,040.94 |
| 10/28/2016 | | Port Everglades Launch Service Inc. | Wire transaction dated 10/20/2016. Payment of vessel towing service | 2420-000 | | $14,725.00 | $381,315.94 |
| 10/28/2016 | 4007 | Trustee Insurance Agency | Invoice 7440- additional insurance 1990 104' Derecktor Motor Yacht to move vessel | 2420-000 | | $630.90 | $380,685.04 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $649.18 | $380,035.86 |
| | | | **SUBTOTALS** | | $427,442.07 | $47,406.21 | |

# FORM 2

Page No: 6

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 16-02794 | **Trustee Name:** | James B. Angell | |
| **Case Name:** | ASSET TRADER | **Bank Name:** | Integrity Bank | |
| **Primary Taxpayer ID #:** | **-***4864 | **Checking Acct #:** | ******2794 | |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Chapter 7 | |
| **For Period Beginning:** | 01/01/2000 | **Blanket bond (per case limit):** | $3,763,000.00 | |
| **For Period Ending:** | 12/31/2016 | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2016 | 4008 | Country Boys Auction & Realty | Payment pursuant to order entered 10.28.2016 DE 339 | * | | $16,500.00 | $363,535.86 |
| | | | ($15,600.00) | 6610-000 | | | $363,535.86 |
| | | | ($900.00) | 6620-000 | | | $363,535.86 |
| 11/01/2016 | 4009 | J&J Court Transcribers, Inc. | Invoice No. 2016-02077 Transcription of Chapt. 7 341 meeting from 10/11/2016 | 2990-000 | | $475.30 | $363,060.56 |
| 11/17/2016 | 4010 | Trustee Insurance Agency | Invoice 7602 - 1218 Heritage Club Ave | 2420-000 | | $1,050.00 | $362,010.56 |
| 11/23/2016 | 4011 | Wake Electric Membership Corp | Account Number 1042553703 1218 Heritage Club Bill Date 11/16/2016 | 2420-000 | | $35.52 | $361,975.04 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $572.08 | $361,402.96 |
| 11/30/2016 | 4012 | Trustee Insurance Agency | Invoice 7602-2 - 1218 Heritage Club Ave Additional premium for increased value | 2420-000 | | $36.00 | $361,366.96 |
| 12/12/2016 | 4013 | US Bankruptcy Court Eastern District of NC | Fedd for Exemplification Documents (x's 3) | 2700-000 | | $66.00 | $361,300.96 |
| 12/15/2016 | 4014 | TrustPoint Reporting | Invoice 26803 Transcript Steve England 11/9/2016 | 2990-000 | | $797.50 | $360,503.46 |
| 12/20/2016 | | GLOBAL SURETY LLC | Refund of premium from Chapter 11 Bond paid to International Sureties on 8/31/2016 Check No. 3018 | 6990-000 | | ($909.00) | $361,412.46 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $646.10 | $360,766.36 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | | $427,442.07 | $66,675.71 | $360,766.36 |
| **Less: Bank transfers/CDs** | | $191,991.07 | $0.00 | |
| **Subtotal** | | $235,451.00 | $66,675.71 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $235,451.00 | $66,675.71 | |

| For the period of 01/01/2000 to 12/31/2016 | | For the entire history of the account between 09/15/2016 to 12/31/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $235,451.00 | Total Compensable Receipts: | $235,451.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $235,451.00 | Total Comp/Non Comp Receipts: | $235,451.00 |
| Total Internal/Transfer Receipts: | $191,991.07 | Total Internal/Transfer Receipts: | $191,991.07 |
| | | | |
| Total Compensable Disbursements: | $66,675.71 | Total Compensable Disbursements: | $66,675.71 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements: | $66,675.71 | Total Comp/Non Comp Disbursement | $66,675.71 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 7

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02794 | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | ASSET TRADER | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | | Checking Acct #: | ******2794 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Chapter 7 |
| For Period Beginning: | 01/01/2000 | | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 12/31/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | $501,708.87 | $140,942.51 | $360,766.36 |

**For the period of 01/01/2000 to 12/31/2016**

| | |
|---|---|
| Total Compensable Receipts: | $501,708.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $501,708.87 |
| Total Internal/Transfer Receipts: | $191,991.07 |
| | |
| Total Compensable Disbursements: | $140,942.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $140,942.51 |
| Total Internal/Transfer Disbursements: | $191,991.07 |

**For the entire history of the account between 09/15/2016 to 12/31/2016**

| | |
|---|---|
| Total Compensable Receipts: | $501,708.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $501,708.87 |
| Total Internal/Transfer Receipts: | $191,991.07 |
| | |
| Total Compensable Disbursements: | $140,942.51 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $140,942.51 |
| Total Internal/Transfer Disbursements: | $191,991.07 |