UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| ASSET TRADER | 16-02794-5-DMW |
| DEBTOR | CHAPTER 7 |

### NOTICE OF OBJECTION TO CLAIM NO 36-1 (MARY S. KLUTZ)

James B. Angell, Chapter 7 Trustee in the above referenced case has filed an objection to our claim in this bankruptcy case.

<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to reduce, modify or eliminate your claim, then on or before **April 25, 2017,** you or your attorney must file with the court, pursuant to Local Rule 9014-1, a written response, an answer explaining your position, and a request for hearing at

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27601

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

| Marjorie K. Lynch, Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | James B. Angell, Chapter 7 Trustee<br>P.O. Box 12347<br>Raleigh, NC 27605 |
|---|---|
| Asset Trader<br>c/o James B. Angell, Trustee | |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the objection to claim at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

DATED: March 23, 2017

                                                                  _____

James B. Angell  
Howard, Stallings, From, Hutson, Atkins,  
Angell & Davis, P.A.  
State Bar No. 12844  
P.O. Box 12347  
Raleigh, NC 27605  
Telephone: (919) 821-7700  
Facsimile:  (919) 821-7703  
jangell@hsfh.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| ASSET TRADER | 16-02794-5-DMW |
| DEBTOR | CHAPTER 7 |

**OBJECTION TO CLAIM NO 36-1 (MARY S. KLUTZ)**

NOW COMES James B. Angell, Chapter 7 Trustee, by and through counsel, and hereby objects to the following claims on the grounds set forth below:

| Claim No. | Name and Address of Claimant | Amount of Claim | Basis of Objection and Relief Requested |
|---|---|---|---|
| 36-1 | Mary S. Klutz<br>422 Dodson Road<br>Mebane, NC 27302 | $547,218.00 | The Trustee objects to this claim on the basis that there is insufficient documentation to support the liability of the debtor for the claim. The Trustee prays that Claim No. 36-1 be disallowed. |

DATED: March 23, 2017

James B. Angell
Howard, Stallings, From, Hutson, Atkins,
Angell & Davis, P.A.
State Bar No. 12844
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703
jangell@hsfh.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: |
| ASSET TRADER | 16-02794-5-DMW |
| DEBTOR | CHAPTER 7 |

**AFFIDAVIT IN SUPPORT OF OBJECTION TO CLAIM NO. 36-1**

NOW COMES, the undersigned trustee, having first been duly sworn, deposes and says:

1. *That he has read and reviewed the proof of claim filed by the creditor/claimant set forth in the Objection to Claim and Notice Thereof filed herein;*

2. *That he has filed the objection set forth in the Objection to Claim and Notice Thereof in good faith.*

DATED: March 23, 2017

James B. Angell, Chapter 7 Trustee
Howard, Stallings, From, Hutson, Atkins,
Angell & Davis, P.A.
State Bar No. 12844
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703

IN THE STATE OF NORTH CAROLINA
IN THE COUNTY OF WAKE

Sworn to and subscribed before me this 23 day of March, 2017

Jennifer L. McInnes, Notary Public
My Commission Expires: 06/21/2020

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| ASSET TRADER | 16-02794-5-DMW |
| DEBTOR | CHAPTER 7 |

## CERTIFICATE OF SERVICE

I, Jennifer L. McInnes, of the law firm Howard, Stallings, From, Hutson, Atkins, Angell & Davis, P.A., certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on March 14, 2017, the foregoing <u>OBJECTION TO CLAIM NO. 36-1 (MARY S. KLUTZ) AND NOTICE OF OBJECTION TO CLAIM</u> was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties listed below. I further certify that I have mailed the document to the non CM/ECF participants as set out below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: March 23 2017

Jennifer L. McInnes, Paralegal
P.O. Box 12347
Raleigh, NC 27605

| Marjorie K. Lynch, Esquire<br>Bankruptcy Administrator<br>*Served via cm/ecf and by email to*<br><u>Rick_Hinson@nceba.uscourts.gov</u> | Asset Trader<br>c/o James B. Angell, Trustee |
|---|---|
| Mary S. Klutz<br>422 Dodson Road<br>Mebane, NC 27302 | James Hash<br>Everett Gaskins Hancock LLP<br>PO Box 911<br>Raleigh, NC 27602 |