22 May 2017

P O Box 1992
Anacortes, CA 98221

CLERK
U S BANKRUPTCY COURT
300 FAYETTEVILLE ST FL 4
RALEIGH NC 27601-1799

**FILED**

MAY 2 4 2017

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

Re:  Case 16-02794-5-DMW Claim No. 13-2

Clerk:

I understand from the bankruptcy trustee, James Angell, that my response will need a hearing.

I am not local, and must make travel arrangements to appear at the hearing.

If possible, would you please schedule my hearing for the morning of Wednesday, 12 July 2017.  This will allow me enough time to make the necessary arrangements, and travel to Raleigh.

Thank you for your consideration.

Sincerely,

*Rolfe Pope*

Rolfe Pope
805-218-2234
rolfe.f.pope@memorypoint.net



# The Case for Rolfe Pope's Proof of Claim Against Asset Trader

# (Case 16-02794-5-DMW Claim No. 13-2)

# The Case for Rolfe Pope's Proof of Claim Against Asset Trader

Rolfe Pope's (RP) provided funds ($431,000) in August 2011 for a Charitable Gift Annuity (CGA) with have been managed continuously since 2011 by Asset Trader (AT), and the officers of AT. The $431,000 CGA investment funds were obtained from the Nunca-Nada Irrevocable Trust (NNIT) established for the benefit of RP by Tony March. Prior to the CGA, AT removed $22,500 from the NNIT without the permission of Rolfe Pope, and transferred them to AT.

**TCE also amended the original CGA agreement in 2013 establishing that it was responsible for the payment of the CGA.**

Between 2011, and the 2016 bankruptcy, AT controlled several organizations: Mineral Meds (MM), Wall Street Planners (WSP), and Caring Canvas (CC). Each of the AT controlled organizations received RP funds. MM extracted funds from NNIT without the consent of RP. WSP and CC both were involved with the RP funds used to obtain the CGA. In addition, there was a constant movement of funds between AT, MM, WSP between 2011 continuing 2015. This movement of funds was confirmed by an analysis of 2011 to 2016 check registers for both MM and AT. The check registers also confirm fund movement from NNIT to MM. There are no financial records for WSP and CC, except to show that both organizations had the same officers and locations as AT and MM.

Separate companies are supposed to keep separate financial records, meeting notes, not comingle funds, and separate corporate expenses from officer personal expenses. An examination of the MM and AT check registers shows that funds were comingled between AT, MM, WSP and CC. There were no financial records for WSP and CC. Further analysis also shows that AT officers used funds for personal expenses. The AT and MM check registers only show the movement of money. There are no journal entries in any records that explain the business case for the movement of funds. AT, MM, CC, and WSP did not follow proper procedures and practices to justify that these for organizations are separate organization. **Since the same officers operated all 4 organizations and did not follow the necessary procedures to justify separate organizations. Hence Asset Trader is the same organization as AT, MM, WAP, or CC.**

In 2014 Asset Trader confirmed to financial institutions that it was obligated to pay from the CGA for the lifetime of Rolfe Pope at the rate of $2,297.97 per month. These financial institutions relied on the TCE statements in making a home loan to Rolfe Pope.

All CGA payments made to Rolfe Pope have always been made by Asset Trader. Asset Trader continued making payments to Rolfe Pope through April 2016. Payments from Asset Trader stopped with the bankruptcy filing in May 2016.

A history timeline and exhibits Asset Trader's control of Rolfe Pope's CGA establishes the following:

1) Rolfe Pope funded his CGA with AT in in 2011. In addition, other RP had funds were used by AT without his permission, or knowledge in 2011.

# The Case for Rolfe Pope's Proof of Claim Against Asset Trader

2) Asset Trader is estopped from denying that it owes Rolfe Pope the debt based upon its course of conduct and all its representations, upon which Rolfe Pope relied to his detriment.

3) Asset Trader, Wall Street Planners and Caring Canvas failed to observe corporate formalities, held themselves out as related entities, comingled funds, etc.

3) All 1099Rs, payment history, memos and an amendment to the original CGA clearly establish the parties' intent that Rolfe Pope's CGA was to be funded and paid by Asset Trader for the lifetime of Rolfe Pope.

**The only conclusion that can be reached based on the presented evidence is that Rolfe Pope has a valid creditor claim against Asset Trader (Case 16-02794-5-DMW Claim 13-2).**

# The Case for Rolfe Pope's Proof of Claim Against Asset Trader

## Source of Rolfe Pope Funds Used by Asset Trader
## Nunca Nada Irrevocable Trust Allianz Annuity Statement

Allianz Life Insurance Company
of North America

PO Box 59060
Minneapolis, MN 55459-0060

800.950.1962



**2008 Annual Policy Statement**
For Your 10% Bonus PowerDex Elite Annuity


NUNCA-NADA IRREVOC TRUST
5561 N CROATAN HWY #4
KITTY HAWK NC 27949-3996

Annuitant: ROLFE F POPE
Issue date: 05/04/2005
Policy number: 70288638
Plan type: Non-Qualified

We are pleased to provide this annual statement of your 10% Bonus PowerDex Elite Annuity. Your policy values as of your policy anniversary date are shown below. These values are based on your past policy year performance.

### Detail for policy year beginning 05/04/2007 and ending 05/03/2008

| | |
|---|---|
| Beginning Current Value | $487,477.43 |
| Index Adjustment | ($17,387.69) |
| Partial Surrender/Withdrawal | ($192,268.02) |
| Ending Current Value | $277,821.72 |
| Beginning High Water Value | $487,477.43 |
| Ending High Water Value | $295,209.41 |
| Beginning Annuitization Value | $487,477.43 |
| Ending Annuitization Value | $295,209.41 |
| Beginning Cash Surrender Value | $339,227.67 |
| Ending Cash Surrender Value | $205,797.01 |
| Loan Balance | $21,462.62 |
| Yield To Date | 5.46% |

The Annuitization Value is the greater of the High Water Value or the Current Value that is received when a qualifying annuity option is selected.

The Cash Surrender Value, minus the Loan Balance amount and/or other applicable charges, is available should you select a lump-sum payment from your policy.

Please refer to your policy for more specific information on how to receive the highest value possible.

*We appreciate your business. If you need further assistance or have any questions, please do not hesitate to contact your representative directly, or Client Services at 800/950-1962.*

The Death Benefit will be the greater of the Cash Surrender Value, or all premiums received minus any withdrawals. The beneficiary may choose to receive the Annuitization Value under a qualifying annuity option of at least five continuous years for all annuity options.

Allianz Life - the future of life insurance, annuities, and long term care insurance.



**Note:** This was the last statement showing the value of the Allianz Annuity provided to Rolfe Pope by Tony March.

The main purpose of this statement is to establish that there were funds put into the Nunca-Nada Irrevocable Trust Rolfe Pope. These funds were later removed from the trust, and put into the CGA annuity. Because the annuity was an indexed, it grew to $431,000 (according to

4

# The Case for Rolfe Pope's Proof of Claim Against Asset Trader

Tony March) when they were put into the CGA. In March 2011, AT also removed $22,500 from the Nunca-Nada Irrevocable Trust.

### Exhibit – 2012 1099R provided to RP by TCE

| | | |
|---|---|---|
| 9898 | ☐ VOID ☐ CORRECTED | |
| PAYER'S name, street address, city, state, and ZIP code<br>THE CGA EXCHANGE<br>3150 ROGERS RD STE 200<br>RALEIGH NC 27587 | 1 Gross distribution $2,292.91<br>2a Taxable amount $583.55<br>2b Taxable amount not determined ☐  Total distribution ☐ | OMB No. 1545-0119<br>**2012**<br>Form 1099-R | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.<br>Copy A<br>For Internal Revenue Service Center |

PAYER'S federal identification number: **45-4464864** (circled)

**EIN used during 2012 is the same as 2011.**

RECIPIENT'S name: ROLFE POPE
Street address: PO BOX 276
City, state, and ZIP code: ALEXANDRIA VA 23313

Form 1099-R   Cat. No. 14436Q   www.irs.gov/form1099r   Department of the Treasury - Internal Revenue Service

Do Not Cut or Separate Forms on This Page  —  Do Not Cut or Separate Forms on This Page

5

# The Case for Rolfe Pope's Proof of Claim Against Asset Trader

## Exhibit – 2013 1099R provided to RP by TCE

| | |
|---|---|
| ☐ VOID  ☐ CORRECTED | |
| PAYER'S name, street address, city or town, province or state, country, and ZIP or foreign postal code<br><br>**THE CGA EXCHANGE**<br>**3150 Rogers Rd STE 200**<br>**RALEIGH, NC 27587** | 1 Gross distribution<br>$ **25,252.12**<br>2a Taxable amount<br>$ **6,350.90**<br>2b Taxable amount not determined ☐  Total distribution ☐ |
| PAYER'S federal identification no.<br>**45-4464864**<br>RECIPIENT'S name<br>**ROLFE POPE**<br>Street address (including apt. no.)<br>**P O BOX 276**<br>City or town, province or state, country, and ZIP or foreign postal code<br>**ALEXANDRIA, VA 22313** | OMB No. 1545-0119<br>**2013**<br>Form **1099-R**<br><br>Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.<br><br>Copy 1<br>For State, City, or Local Department |

**2013 EIN used by TCE was the same as 2011 and 2012.** (arrow pointing to 45-4464864)

Note: An examination of the check registers for 2013 of both The CGA Exchange and Mineral Meds will show that both organizations paid CGA annuity payments to Rolfe Pope. However, the total for these payments was reported by The CGA Exchange to the IRS.

6

# The Case for Rolfe Pope's Proof of Claim Against Asset Trader

Exhibit 2014 1099R provided to RP by Asset Trader

| | |
|---|---|
| PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code<br><br>**Asset Trader**<br>**300 Southtown Circle**<br>**ROLESVILLE, NC 27571** | 1 Gross distribution $ 34,444.37<br>2a Taxable amount $ 8,662.74<br>2014 Form 1099-R |

PAYER'S federal identification number: **45-4464864**

RECIPIENT'S name: **ROLFE POPE**
P O BOX 276
ALEXANDRIA, VA 22313

2014 EIN used by AT was the same as 2011, 2012 and 2013:
Note: TCE changed their name to AT in 2013.

**Note:** An examination of a list of CGA payments to Rolfe Pope for 2014 will show that Mineral Meds made some of the payments. However, the total for these payments was reported by The CGA Exchange to the IRS.

7

# The Case for Rolfe Pope's Proof of Claim Against Asset Trader

## Exhibit 2015 1099R provided to RP by Asset Trader

```
☐ VOID   ☐ CORRECTED
```

| PAYER'S name, street address, city or town, state or province, country, and ZIP or foreign postal code | 1 Gross distribution $ 27,575.64 | OMB No. 1545-0119 2015 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| ASSET TRADER<br>300 SOUTHTOWN CIRCLE<br>ROLESVILLE, NC 27571 | 2a Taxable amount $ 6,935.26 | Form 1099-R | |
| | 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy 1 |

PAYER'S federal identification number: **45-4464864**
RECIPIENT'S identification number: 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

RECIPIENT'S name: ROLFE POPE
Street address: P O BOX 1992
City, state, ZIP: ANACORTES, WA 98221

**2015 EIN used by AT was the same as 2011, 2012, 2013 and 2014.**

**Note: TCE changed their name to AT in 2013.**

Form 1099-R   www.irs.gov/form1099r   Department of the Treasury - Internal Revenue Service

**Note:** An examination of a list of CGA payments to Rolfe Pope for 2015 will show a note stating, "Mineral Meds". It is not clear if this meant the funds for the payment were from Mineral Meds or Asset Trader. However, the total for these payments was reported by The CGA Exchange to the IRS, and were made from the Asset Trader checking account.

## The Case for Rolfe Pope's Proof of Claim Against Asset Trader

Exhibit 2016 1099R provided to RP by Asset Trader

| | |
|---|---|
| PAYER'S name, street address, etc.: Asset Trader, P.O. Box 12347, Raleigh, NC 27605 | 1 Gross distribution: $6893.91 |
| | 2a Taxable amount: |
| | 2b Taxable amount not determined [X]   Total distribution [ ] |
| PAYER'S federal identification number: 45-4464864 | 3 Capital gain (included in box 2a): |
| RECIPIENT'S identification number: [redacted] | 4 Federal income tax withheld: |
| RECIPIENT'S name, street address: Rolfe Pope, 910 34th Street, Unit 102, Anacortes, WA 98211 | 5 Employee contributions / Designated Roth contributions or insurance premiums |
| | 6 Net unrealized appreciation in employer's securities |

Form 1099-R   OMB No. 1545-0119   2016

Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. — Copy B

**2016 EIN used by AT was the same as 2011, 2012, 2013, 2014 and 2015**
**Note: TCE changed their name to AT in 2013.**

Note: An examination of a list of CGA payments to Rolfe Pope for 2016 will show a note stating, "Mineral Meds". It is not clear if this meant the funds for the payment were from Mineral Meds or Asset Trader, but they were made from the Asset Trader checking account. However, the total for these payments was reported by The CGA Exchange to the IRS.

9

# The Case for Rolfe Pope's Proof of Claim Against Asset Trader

## Exhibit Wall Street Planners CGA Agreement with Rolfe Pope

DocuSign Envelope ID: 0EFA5068-7870-4FA9-AF77-A1852F0D9EF5





## STRUCTURED CGA™ Settlement Structure/Legal Offer

**ROLFE F. POPE**
August 24, 2011

Wall Street Estate Planners, Inc. ● ©2011 Copyright. All Rights Reserved.
40 Wall Street, The Trump Building, 28th Floor, New York, NY 10005 ● 12324 Hampton Way Dr., Ste. 204, Wake Forest, NC 27587
Tel: (212) 481-4387 ● Fax: (703) 832-8685 ● Email: Legal@WallStreetEstatePlanners.com
Website: www.WallStreetEstatePlanners.com ● Twitter: www.Twitter.com/WallStreetEP ● www.Facebook.com/WallStreetEP

## The Case for Rolfe Pope's Proof of Claim Against Asset Trader

DocuSign Envelope ID: 0EFA566B-7670-4FA9-AF77-A1852F0D9EF5



# Wall Street
### ESTATE PLANNERS

## Structured Charitable Gift Annuity for One Life

| Exchange of Trust value for lifetime CGA/Charitable Gift Annuity | |
|---|---|
| Date of transfer | August 26, 2011 |
| Age of annuitant (to closest birthday) | 67 |
| Fair market value of contributed property | $431,000.00 |
| Annuity rate | 5.50% |
| Payment frequency | Quarterly |
| IRC Sec. 7520(a) election to use 06/2011 discount rate of | 2.80% |
| Date of first payment | August 31, 2012 |
| Federal Charitable Tax Deduction | $139,069.15 |
| Annual annuity payment | $27,515.00 |
| Tax-free portion of each annual payment | $20,494.93 |
| Taxable portion of each annual payment | $7,020.07 |

*Rolfe F. Pope* (DocuSigned)

A Charitable Gift Annuity enables you to transfer the surrendering asset value through an adopting charitable organization managed by Wall Street Estate Planners, Inc. issuing the gift annuity in exchange for a current income tax deduction and the agreement to make fixed annual payments to you for life expectancy per IRS tables. Annuity payments are to start on August 31, 2012. If payments are not made within 30 days of schedule, a 5% penalty is imposed on that payment. Full default occurs in not paid in any one full calendar year. If such occurs, Charity will have 90 days to make whole & reinstate terms.

## Annuity Payments

The annuity rates offered by IRS 501(c)(3) sanctioned organizations are based on your age. The older you are, the higher the rate. Based on your age of **67**, the annuity rate offered is a fixed **5.50%**.

The transfer of assets and/or value of **$431,000.00**, the charity through the presiding law firm, will pay you **$27,515.00** each year for your lifetime. These payments will commence on **August 31, 2012**.

Depending on the type of asset you contribute, a portion of your payment may be taxable to you as a combination of ordinary income, long-term capital gain, and a tax-free return of principal. This report has been calculated assuming a contribution of cash. Each of your next **22.3** years payments of **$27,515.00** will contain **$20,494.93** of tax-free income and **$7,020.07** of ordinary income (i.e. $1,545.62 of actual taxes paid assuming 28% Federal Tax Rate). All income will be ordinary after **22.3** years should you outlive your life expectancy.

The additional amount of $25,000.00 will be paid at the end of every 5th year after August 31, 2012 until death. This amount is not includable to heirs.

## Income Tax Deduction

As its name implies, a CGA/ Charitable Gift Annuity is part charitable gift and part purchase of an annuity contract. The gift portion of your transfer is deductible for income tax purposes. Based on your age and asset transfer value, your certified federal tax deduction would be **$139,069.15** (issued by IRS form 8283 issued in January 2012 for 2011 exchange/donation of value). The tax rules limit the amount of charitable deduction you can claim each year and can be carried forward for 5 consecutive tax years.

Wall Street Estate Planners, Inc. ■ ©2011 Copyright. All Rights Reserved.
40 Wall Street, The Trump Building, 28th Floor, New York, NY 10005 ■ 12324 Hampton Way Dr., Ste. 204, Wake Forest, NC 27587
Tel: (212) 461-4367 ■ Fax: (703) 832-8685 ■ Email: Legal@WallStreetEstatePlanners.com
Website: www.WallStreetEstatePlanners.com ■ Twitter: www.Twitter.com/WallStreetEP ■ www.Facebook.com/WallStreetEP


RFP

## The Case for Rolfe Pope's Proof of Claim Against Asset Trader

DocuSign Envelope ID: 0EFA566B-7670-4FA9-AF77-A1852F0D9EF5



### Not subject to Retirement Plan Guidelines

As a point of reference the CGA does not function like a qualified retirement plan, it is a planned giving plan which is why you receive up-front and lifetime tax relief. As such you are only taxed on a fraction of the funds that you will enjoy. Further the CGA funds are not subject to age 70 ½ rules in qualified plans.

### You cannot out-live your Assets

Keeping with the laws and requirements within a CGA, you will be paid the proposed amount for as long as you live. Should this be 30 years, then you will be paid for 30 years. The peace of mind that comes with CGAs is real and a required element of the Structured CGA offer provided.

### Disbursement at Death

Keeping with the IRS standard 10% required remainder benefit to the issuing public charity, at death, if you should pass before 22.3 years, 90% of the remaining value of your CGA quarterly payments will pass directly to your named beneficiaries to which you can update at any time if in sound mind without notification to beneficiaries. Should you die after 22.3 years, there are no funds to distribute to your heirs.

### IRS Discount Rate

We may use the highest rate within the last 90 days. This rate is now 2.40% but we can use 2.80% to increase the federal deduction to you to allow you to start enjoying the tax deduction in 2011 to lower your current taxable income and net you more today and in the future years as you enter retirement. If you agree, you are advised to engage this month as IRS rates change monthly and have been steadily going down, which hurts your tax relief. The current CGA offer does tack current rates into consideration and as such are able to be upheld and grandfathered as a result of this agreement.

### Confidentiality and Protection

The CGA is removed from your person and your name and as such from your estate. These benefits of annuity funds cannot be sued, liened or contested directly as they are not owned by you and your benefit will be known as the terms of CGA agreement. Also no third party will ever know about your agreement unless you tell this to them as this is not like a published Trust receiving a Federal Tax ID Number.

### Assurance of Payout

Your funds will be paid out through the oversight of the representing law firm and Wall Street Estate Planners, Inc. The funds will be backed from the full assets of the issuing charity and assets of Wall Street Estate Planners, Inc. and backed with associated batches of death benefits as they are now to hedge against default. There will be a legal requirement to pay said funds regardless of the strength of these companies or organizations from the re-insurance to the law firm and their legal escrow account



Wall Street Estate Planners, Inc. ■ ©2011 Copyright. All Rights Reserved.
40 Wall Street, The Trump Building, 28th Floor, New York, NY 10005 ■ 12324 Hampton Way Dr., Ste. 204, Wake Forest, NC 27587
Tel: (212) 461-4367 ■ Fax: (703) 832-8685 ■ Email: Legal@WallStreetEstatePlanners.com
Website: www.WallStreetEstatePlanners.com ■ Twitter: www.Twitter.com/WallStreetEP ■ www.Facebook.com/WallStreetEP

## The Case for Rolfe Pope's Proof of Claim Against Asset Trader

DocuSign Envelope ID: 0EFA566B-7670-4FA9-AF77-A1852F0D9EF5



### Termination of Trust and Indemnification

It is understood and agreed that you hereby are terminating your Trust known as the NUNCA NADA IRREVOCABLE TRUST and said funds that were to benefit your Trust will be fully relinquished and donated to fund the CGA agreement and will go directly to the issuing public charity through the presiding law firm. Funding the CGA must occur on or before August 30, 2012 to accommodate the payments scheduled and will be paid out through the designated law firm. It is further understood that any and all loans/notes, previous invoices and trust fees issued to you shall be forgiven with no requirement to repay said loans/notes, fees or expenses. It is understood that the trust will be terminated and filed for closure and that you fully indemnify Anthony March, NPAT, NPAT, LLC NPAT Plan LLC, The National Private Annuity Trust, NUNCA NADA IRREVOCABLE TRUST, and any and all related parties who have provided management, oversight, accounting, trustee work, trust officer work and legal work from any and all challenges from your or any outside third party of any kind. You further agree to allow follow through with any and all agreements related to the Trust's termination and funding requirements of the CGA and be placed and backed by policy death benefits not owned by you but now controlled by the presiding law firm and issuing organization. You further attest that said release comes with the authority of any associated benefactors to the NUNCA NADA IRREVOCABLE TRUST. It is agreed to globally release and hold harmless the same parties from any liability from the ROLFE F. POPE and any and all named beneficiaries that are party to the Trust in the past, present and future and never bring claims of any kind personally or corporately in relation to the Trust known to all as; NUNCA NADA IRREVOCABLE TRUST.

*—DocuSigned by:*
*Rolfe F. Pope*
*—6190F9A20FF64D2...*

### Forum Selection Clause

This legal understanding is binding and shall be construed and governed by the laws of the State of North Carolina. You agree to enter the CGA agreement with these terms and conditions as stated herein. Any action to interpret or enforce WSEP and Owner's engagement, or to enforce either Party's performance, shall be brought solely and exclusively in the circuit court of Wake County, State of North Carolina, which the Parties agree shall have exclusive jurisdiction and venue over such matters. Owner's liability for damages shall be solely and exclusively limited to a flat $1,000 USD and not more.

WALL STREET ESTATE PLANNERS, INC.
40 Wall Street, 28th Floor
New York, New York 10005
And;
12324 Hampton Way Drive, Ste. 204
Wake Forest, North Carolina 27587

*—DocuSigned by:*
*Anthony March*   8/24/2011
By: —E2773B5C032F2486...
Authorized Signature
Wall Street Estate Planners, Inc.

Cc:   The Jinks Corporation Law Group
      NUNCA NADA IRREVOCABLE TRUST
      Wall Street Estate Planners, Inc. – Corporate Legal File

Client:

FOR: **ROLFE F. POPE,**

*—DocuSigned by:*
*Rolfe F. Pope*   8/26/2011
*—6190F9A20FF64D2...*
By: _____
**ROLFE F. POPE,**

Individually/Participant/Donor to CGA:

*—DocuSigned by:*
*Rolfe F. Pope*   8/26/2011
*—6190F9A20FF64D2...*
By: _____
**ROLFE F. POPE,**
Beneficiary NUNCA NADA
IRREVOCABLE TRUST

Wall Street Estate Planners, Inc. ■ ©2011 Copyright. All Rights Reserved.
40 Wall Street, The Trump Building, 28th Floor, New York, NY 10005 ■ 12324 Hampton Way Dr., Ste. 204, Wake Forest, NC 27587
Tel: (212) 461-4367 ■ Fax: (703) 832-8685 ■ Email: Legal@WallStreetEstatePlanners.com
Website: www.WallStreetEstatePlanners.com ■ Twitter: www.Twitter.com/WallStreetEP ■ www.Facebook.com/WallStreetEP

## The Case for Rolfe Pope's Proof of Claim Against Asset Trader

DocuSign Envelope ID: 0EFA566B-7670-4FA9-AF77-A1852F0D9EF5



Proud members of:

   

Pursuant to requirements related to practice or advisement per the Internal Revenue Service, any tax advice contained in this communication (including any attachment(s)) is not intended to be used and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code. Wall Street Estate Planners, Inc. provides informational and/or educational assistance in the areas of Estate Planning, Exit Planning, Life Settlements, Structured Settlements and consultation to professional firms and the general public. Direct legal or financial consultation only takes place when and as specifically retained for such services. All Wall Street Estate Planners, Inc. clients formally retain such advisement through loal agreements. Further legal and accounting advisement is welcomed where not applicable to legal engagement. Only legal counsel by licensed legal counsel is considered "legal counsel". Wall Street Estate Planners, Inc. is established with the intent to operate as a consulting firm in all 50 states throughout the United States. This information may be sent via e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 USC 2510-2521. It is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Pursuant to requirements related to practice or advisement per the Internal Revenue Service, any tax advice contained in this communication (including any attachment) is not intended to be used and cannot be used, for purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code. This communication is subject to the client privilege and may contain confidential information intended only for the person to whom it is addressed. Sender specifically states that no advising relationship exists between the sender and recipient outside of any legal engagement. This process is independent in every part and each portion is released having the choice of legal counsel to perform. Not a requirement to use any of our planning or legal partners for the CGA. **Any use, dissemination, forwarding, printing, or copying of this document without consent of the originator is strictly prohibited. You may not forward this email or share this email with ANY third party without Wall Street Estate Planners, Inc. written consent.** If you have received this in error or in prohibited transmission immediately notify our office at (212) 461-4367.



Wall Street Estate Planners, Inc. ■ ©2011 Copyright. All Rights Reserved.
40 Wall Street, The Trump Building, 28th Floor, New York, NY 10005 ■ 12324 Hampton Way Dr., Ste. 204, Wake Forest, NC 27587
Tel: (212) 461-4367 ■ Fax: (703) 832-8685 ■ Email: Legal@WallStreetEstatePlanners.com
Website: www.WallStreetEstatePlanners.com ■ Twitter: www.Twitter.com/WallStreetEP ■ www.Facebook.com/WallStreetEP

# The Case for Rolfe Pope's Proof of Claim Against Asset Trader

DocuSign Envelope ID: 0411E445-182B-4A84-896E-F457900D0F10

**Form 8283** (Rev. December 2006)
Department of the Treasury
Internal Revenue Service

**Noncash Charitable Contributions**
Attach to your tax return if you claimed a total deduction of over $500 for all contributed property.
See separate instructions.

OMB No. 1545-0908
Attachment Sequence No. **155**

Name(s) shown on your income tax return: **Rolfe F. Pope**
Identifying number: [redacted]

Note. Figure the amount of your contribution deduction before completing this form. See your tax return instructions.

**Section A. Donated Property of $5,000 or Less and Certain Publicly Traded Securities**—List in this section **only** items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is more than $5,000 (see instructions).

**Part I** Information on Donated Property—If you need more space, attach a statement.

| | (a) Name and address of the donee organization | (b) Description of donated property (For a donated vehicle, enter the year, make, model, condition, and mileage, and attach Form 1098-C if required.) |
|---|---|---|
| A | The Caring Canvas Foundation, Inc. 12316 Hampton Way Dr., 2nd fl, Wake Forest, NC 27587 | Investment Account Value of $431,000 |
| B | | |
| C | | |
| D | | |
| E | | |

Note. If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value (see instructions) | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 08/26/2011 | 05/2005 | Invstmnt Funds | 281,726 10 | $431,000 00 | Account value as of 08/2011 |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II** Partial Interests and Restricted Use Property—Complete lines 2a through 2e if you gave less than an entire interest in a property listed in Part I. Complete lines 3a through 3c if conditions were placed on a contribution listed in Part I; also attach the required statement (see instructions).

2a  Enter the letter from Part I that identifies the property for which you gave less than an entire interest  **A**
     If Part II applies to more than one property, attach a separate statement.
b  Total amount claimed as a deduction for the property listed in Part I: (1) For this tax year  **$139,069.15**
                                                                          (2) For any prior tax years  _____
c  Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above):
   Name of charitable organization (donee)
   The Caring Canvas Foundation, Inc.
   Address (number, street, and room or suite no.)
   12316 Hampton Way Drive., 2nd Floor
   City or town, state, and ZIP code
   Wake Forest, NC 27587
d  For tangible property, enter the place where the property is located or kept  **In possession of legal counsel/law firm**
e  Name of any person, other than the donee organization, having actual possession of the property  **Wall Street Estate Planners, Inc., advisors for The Caring Canvas Foundation, Inc.**

3a  Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? . . .   Yes ☐  No ✓
b  Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? . . .  No ✓
c  Is there a restriction limiting the donated property for a particular use? . . .  No ✓

For Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 62299J   Form **8283** (Rev. 12-2006)

8283 Page 1 of 2

15

# The Case for Rolfe Pope's Proof of Claim Against Asset Trader

DocuSign Envelope ID: 0411E445-182B-4A84-896E-F457900D0F10

Form 8283 (Rev. 12-2006) Page 2

Name(s) shown on your income tax return: **Rolfe. F. Pope**

**Section B. Donated Property Over $5,000 (Except Certain Publicly Traded Securities)**—List in this section only items (or groups of similar items) for which you claimed a deduction of more than $5,000 per item or group (except contributions of certain publicly traded securities reported in Section A). An appraisal is generally required for property listed in Section B (see instructions).

## Part I — Information on Donated Property—To be completed by the taxpayer and/or the appraiser.

4. Check the box that describes the type of property donated:
   - ☐ Art* (contribution of $20,000 or more)
   - ☐ Art* (contribution of less than $20,000)
   - ☐ Collectibles**
   - ☐ Qualified Conservation Contribution
   - ☐ Other Real Estate
   - ☐ Intellectual Property
   - ☐ Equipment
   - ☐ Securities
   - ☑ Other

*Art includes paintings, sculptures, watercolors, prints, drawings, ceramics, antiques, decorative arts, textiles, carpets, silver, rare manuscripts, historical memorabilia, and other similar objects.

**Collectibles include coins, stamps, books, gems, jewelry, sports memorabilia, dolls, etc., but not art as defined above.

Note. In certain cases, you must attach a qualified appraisal of the property. See instructions.

| 5 | (a) Description of donated property (if you need more space, attach a separate statement) | (b) If tangible property was donated, give a brief summary of the overall physical condition of the property at the time of the gift | (c) Appraised fair market value |
|---|---|---|---|
| A | Investment Account/ Annuity Account | | $431,000 00 |
| B | | | |
| C | | | |
| D | | | |

| | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) For bargain sales, enter amount received | (h) Amount claimed as a deduction | (i) Average trading price of securities |
|---|---|---|---|---|---|---|
| A | 05/2005 | Investing | 281,728 10 | | $139,089 15 | $431,000 00 |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |

## Part II — Taxpayer (Donor) Statement—List each item included in Part I above that the appraisal identifies as having a value of $500 or less. See instructions.

I declare that the following item(s) included in Part I above has to the best of my knowledge and belief an appraised value of not more than $500 (per item). Enter identifying letter from Part I and describe the specific item. See instructions. **A**

Signature of taxpayer (donor): *Rolfe F. Pope*   Date: **2/14/2012 PT**

## Part III — Declaration of Appraiser

I declare that I am not the donor, the donee, a party to the transaction in which the donor acquired the property, employed by, or related to any of the foregoing persons, or married to any person who is related to any of the foregoing persons. And, if regularly used by the donor, donee, or party to the transaction, I performed the majority of my appraisals during my tax year for other persons.

Also, I declare that I hold myself out to the public as an appraiser or perform appraisals on a regular basis; and that because of my qualifications as described in the appraisal, I am qualified to make appraisals of the type of property being valued. I certify that the appraisal fees were not based on a percentage of the appraised property value. Furthermore, I understand that a false or fraudulent overstatement of the property value as described in the qualified appraisal or this Form 8283 may subject me to the penalty under section 6701(a) (aiding and abetting the understatement of tax liability). In addition, I understand that a substantial or gross valuation misstatement resulting from the appraisal of the value of the property that I know, or reasonably should know, would be used in connection with a return or claim for refund, may subject me to the penalty under section 6695A. I affirm that I have not been barred from presenting evidence or testimony by the Office of Professional Responsibility.

Sign Here   Signature: *A. Tony Bueno*   Title: **Analyst**   Date: **2/14/2012 PT**

Business address (including room or suite no.): **Wall Street Estate Planners, Inc., 228 Park Ave., #77158**
Identifying number: **45-1647255**
City or town, state, and ZIP code: **New York, NY 10003**

## Part IV — Donee Acknowledgment—To be completed by the charitable organization.

This charitable organization acknowledges that it is a qualified organization under section 170(c) and that it received the donated property as described in Section B, Part I, above on the following date **08/28/2011**

Furthermore, this organization affirms that in the event it sells, exchanges, or otherwise disposes of the property described in Section B, Part I (or any portion thereof) within 3 years after the date of receipt, it will file Form 8282, Donee Information Return, with the IRS and give the donor a copy of that form. This acknowledgment does not represent agreement with the claimed fair market value.

Does the organization intend to use the property for an unrelated use?   ☐ Yes   ☑ No

Name of charitable organization (donee): **The Caring Canvas Foundation, Inc.**
Employer identification number: **45-2845039**
Address (number, street, and room or suite no.): **12316 Hampton Way Drive, 2nd floor**
City or town, state, and ZIP code: **Wake Forest, NC 27587**
Authorized signature: *L. Roger Newman*   Title: **Executive Director/ President**   Date: **12/30/2011**

Printed on Recycled Paper   Form **8283** (Rev. 12-2006)

8283 2 of 2

# The Case for Rolfe Pope's Proof of Claim Against Asset Trader

**Exhibit Verification that CC is part of Asset Trader**

**Subject:** Re: The Caring Canvas Foundation
**Date:** Wednesday, February 15, 2012 at 7:27:31 AM Pacific Standard Time
**From:** Tony March (Wall St Estate Planners)
**To:** Rolfe Pope

Traveling this morning. Yes CCF is one of several 501c3 orgs under our control. This was established last year formally. We have just over $200MM that will be placed into a pooled fund through them this year with a min qualification of $1MM. CGA funds also have similar grouping and are not commingled. In short, no problem. Each client has their own isolated protection. Have a great day.

On Feb 14, 2012, at 6:52 PM, Rolfe Pope <rolfe.f.pope@memorypoint.net> wrote:

> So this is where my money went.
> Are their finances good, and are they going to be able to meet their obligation to me?
> Rolfe Pope
> 805-218-2234
> rolfe.f.pope@memorypoint.net

**The Case for Rolfe Pope's Proof of Claim Against Asset Trader**

Exhibit Amendment Making CGA Agreement a CGA Exchange responsible for payments to Rolfe Pope



# THECGAEXCHANGE
AMERICA'S EXIT PLAN™

July 11, 2013

Mr. Rolfe Pope
PO Box 276
Alexandria, VA 23313

RE: Gift Annuity | Amendment

Pursuant to our discussions, it is agreed that the following updates take place and thereby amend the current Gift Annuity agreement that is in place. The following are the points that have been agreed to in spirit by telephone conversation and email, now memorialized in writing.

1. A deferral of the monthly annuity payment of $2,292.92 for the months of June, July and August of 2013 is agreed. The CGA Exchange will commit to the payment of these deferred months by doubling the payments for the months of September, October and November of 2013 by paying $4,585.84, and then reverting back to $2,292.92 thereafter.

  • Payment for September, October and November will occur on or before the 5th day of that month (or next business day if on a weekend or holiday).

  • Starting December 2013, the date of payment shall change and therefore shall continue each month thereafter on the 26th day of each month (or next business day if on a weekend or holiday) by electronic wire transmission.

2. It agreed that the initial quarterly payment was deficient $4,585.13 to start the Gift Annuity contract. This will be made up and paid for on or before January 14, 2014.

By signing this document both parties do agree to abide by these amendments and updates to the current Gift Annuity arrangement, leaving all other aspects of said arrangement unchanged and thereby obligated to continue.

_____    _____   07/11/2013
Rolfe Pope                 Tony March
Annuitant                  Chairman & CEO
Date                       The CGA Exchange
                           Date