UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO. |
|---|---|
| ASSET TRADER | 16-02794-5-DMW |
| DEBTOR | CHAPTER 7 |
| IN RE | CASE NO. |
| ANTHONY WAYNE MARCH, | 16-00522-5-DMW |
| DEBTOR | CHAPTER 7 |

## NOTICE OF MOTION

NOTICE is hereby given of the Motion for Approval of Compromise to compromise issues in the above-referenced cases, filed simultaneously herewith by James B. Angell ("Trustee"), Chapter 7 Trustee in the Asset Trader case and John C. Bircher III, special counsel in the Anthony Wayne March case (the "Motion"); and

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, of you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**The Trustee has served all known creditors in each case with this Motion. Upon approval of this Motion by the Bankruptcy Court, the relief sought in the Motion will be granted and parties receiving a copy of this notice who fail to object to this Motion in a timely fashion will be barred from objecting to the distributions of funds made to creditors in the Asset Trader case or the March case in accordance with the terms of the Compromise.**

**The Trustee has included an illustration of a distribution that might be made under the Compromise for which Court approval is sought. The illustration is made solely for the purpose of illustrating how distributions might be determined under the Compromise, if approved. Parties should not rely on the illustrations in determining whether or not to object to the Motion.**

If you do not want the court to grant the Motion for Approval of Compromise, or if you want the court to consider your views on the motion, then on or before **November 24, 2017**, unless otherwise ordered, you or your attorney must file with the court, pursuant to Local Rule 9013-1 and 9014-1, a written response, an answer explaining your position, and a request for hearing. If a response is filed a hearing will be held on **November 28, 2017, at 9:30 A.M. Eastern Standard Time** at 300 Fayetteville Street, Raleigh, North Carolina 27602.

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

| Marjorie K. Lynch, Esquire | James B. Angell |
|---|---|
| Bankruptcy Administrator | Chapter 7 Trustee |
| 434 Fayetteville Street, Suite 640 | Post Office Box 12347 |
| Raleigh, NC 27601 | Raleigh, NC 27605 |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted on the motion at a date, time and place to be later set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

DATED: October 30, 2017

 s/James B. Angell_____
James B. Angell
Howard, Stallings, From,
Atkins, Angell & Davis, P.A.
State Bar No. 12844
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703
jangell@hsfh.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| ASSET TRADER | 16-02794-5-DMW |
| DEBTOR | CHAPTER 7 |
| IN RE | CASE NO. |
| ANTHONY WAYNE MARCH, | 16-00522-5-DMW |
| DEBTOR | CHAPTER 7 |

## MOTION FOR APPROVAL OF COMPROMISE

NOW COMES James B. Angell ("AT Trustee"), Chapter 7 Trustee in the Asset Trader case (the "Asset Trader Case"), by and through counsel, and John C. Bircher III, special counsel ("March Counsel") in the Anthony Wayne March case (the "March Case"), and pursuant to Bankruptcy Rule 9019, moves this Court for entry of an Order granting authority to compromise and settle issues between the Asset Trader estate and the March estate on the terms and conditions set forth on Exhibit A, attached hereto and incorporated herein by reference (the "Settlement Agreement"). In support of this Motion, the Trustee shows the Court the Following:

1. This matter is a core proceeding pursuant to 28 U.S.C. §157, and the Court has jurisdiction pursuant to 28 U.S.C. §§151, 157 and 1334. The Court has the authority to hear this matter pursuant to the General Order of Reference entered August 3, 1984, by the United States Bankruptcy Court for the Eastern District of North Carolina.

2. Movant James B. Angell is the Chapter 7 Trustee for Asset Trader.

3. Movant John C. Bircher, III is special counsel for the Anthony Wayne March estate "for the special purpose of investigating and pursuing all potential actions of the estate as to Asset Trader." James B. Angell serves as chapter 7 trustee in the March Case.

4. The controversy or dispute sought to be compromised is:

Anthony Wayne March ("March") filed a chapter 7 bankruptcy case on February 3, 2016. In the course of the March Case, the Trustee filed Adversary Proceeding No. 16-00042-5-DMW, naming March, The Mineral Meds Foundation, Inc., and Asset Trader, as defendants, asserting, among other things, claims to pierce the corporate veil of Asset Trader and to make the assets of Asset Trader available to pay claims held by creditors of the March Estate. The Court granted a temporary restraining order in the case, and the matter was set for hearing on a preliminary injunction on May 26, 2016. Prior to the hearing on a preliminary injunction, on May 26, 2016, Asset Trader filed a petition for relief under chapter 11 of the Bankruptcy Code (the "Asset Trader

Case") and Angell was appointed as Chapter 11 Trustee. The Asset Trader Case was subsequently converted to a chapter 7 case and Angell was appointed as chapter 7 trustee for Asset Trader. After the bankruptcy filing by Asset Trader, Angell caused Adversary Proceeding No. 16-00042-5-DMW to be dismissed without prejudice.

5.  The terms of the proposed compromise are as set forth on Exhibit A, attached hereto and generally described as:

(1)  Asset Trader agrees to pay to the March Estate an amount based on allowed claims in the March Case (the "March Claims"), determined as follows (the "Settlement Amount"):

    a.  <u>Claims under 11 U.S.C. §507(a)(1) – domestic support obligations</u>[1] – Claim No. 9-1 was filed by Lori March in the March Case asserting a claim pursuant to 11 U.S.C. §507(a)(1) in the amount of $19,800.00. Claim No. 9-2 was subsequently filed to amend the amount of the claim to $0.00. The Settlement Amount shall include the allowed amount of all 11 U.S.C. §507(a)(1) claims in the March Case that are allowed as "tardily filed" claims.

    b.  <u>Claims under 11 U.S.C. §507(a)(2) – administrative claims</u> – Anticipated administrative claims include attorneys' fees, accounting fees, filing fees, witness fees, transcript fees, locksmith and trustee commissions. Based on this settlement, upon allowance of the joint Motion for the Joint Administration of the two cases, the March Trustee will waive trustee commissions in the March Case with respect to any portion of the Settlement Amount that is actually paid by Asset Trader. The Settlement Amount will include the greater of (a) 100% of the allowed amounts of 11 U.S.C. §507(a)(2) claims in the March Estate, or (b) if there are insufficient funds to pay allowed Chapter 7 claims under 11 U.S.C. §507(a)(2) claims in the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of chapter 7 claims allowed under 11 U.S.C. §507(a)(2) in both the March Case and the Asset Trader Case. Nothing herein shall affect the AT Trustee's rights to a commission payable in the Asset Trader Case.

    c.  <u>Claims under 11 U.S.C. §507(a)(3) – "gap" claims in involuntary cases</u> – No such claims exist, as the March Case was a voluntary case. The Settlement Amount will not include any amount of 11 U.S.C. §507(a)(3) claims in the March Case.

    d.  <u>Claims under 11 U.S.C. §507(a)(4) – claims for wages, salaries, or commissions</u> - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(4) claims in the March Case that are allowed as "tardily filed" claims, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §507(a)(4) claims in the Asset Trader Case and March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an

---

[1] Descriptions of claims in the various classes described in 11 U.S.C. §507(a) are for convenience only and do not limit the nature of the claims that are therein described.

amount equal to the funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(4) in both the March Case and the Asset Trader Case.

e.  <u>Claims under 11 U.S.C. §507(a)(5) – claims for contributions to employee benefit plans</u> - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(5) claims in the March Case that are allowed as "tardily filed" claims, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §507(a)(5) claims in both the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(5) in both the March Case and the Asset Trader Case.

f.  <u>Claims under 11 U.S.C. §507(a)(6) – claims for grain production, storage facilities, fish production and storage</u> - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(6) claims in the March Case that are allowed as "tardily filed" claims, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §507(a)(6) claims in the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(6) in both the March Case and the Asset Trader Case.

g.  <u>Claims under 11 U.S.C. §507(a)(7) – claims for consumer deposits</u> - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(7) claims in the March Case that are allowed as "tardily filed" claims, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §507(a)(7) claims in both the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the amount of funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(7) in both the March Case and the Asset Trader Case.

h.  <u>Claims under 11 U.S.C. §507(a)(8) – claims for certain tax claims</u> - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(8) claims in the March Case that are allowed as "tardily filed" claims, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §507(a)(8) claims in the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(8) in both the March Case and the Asset Trader Case.

i.  <u>Claims under 11 U.S.C. §507(a)(9) – claims for maintenance of capital of insured depository institutions</u> - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(9) claims in the March Case that are allowed as "tardily filed" claims, or (b) if that there are

insufficient funds to pay allowed 11 U.S.C. §507(a)(9) claims in both the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(9) in both the March Case and the Asset Trader Case.

j.  Claims under 11 U.S.C. §507(a)(10) – certain claims for death or personal injury - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(10) claims in the March Case that are allowed as "tardily filed" claims, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §507(a)(10) Claims in both the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(10) in both the March Case and the Asset Trader Case.

k.  Claims under 11 U.S.C. §726(a)(2) – unsecured claims – The Settlement Amount will include the greater of (a) fifty (50%) per cent of the allowed amount of all 11 U.S.C. §726(a)(2) claims in the March Case, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §726(a)(2) claims in the Asset Trader Case and fifty (50%) per cent of the allowed claims in the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of fifty (50%) per cent of the claims allowed under 11 U.S.C. §726(a)(2) in the March Case and one hundred (100%) per cent of the claims allowed under 11 U.S.C. §726(a)(2) in the Asset Trader Case.

l.  Claims under 11 U.S.C. §726(a)(3) – tardily filed unsecured claims –The Settlement Amount will not include any amounts relating to allowed 11 U.S.C. §726(a)(3) claims in the March Case.

m.  Other than the claims addressed in this compromise, the March Trustee is unaware of any assets in the March Case that might be used to pay claims in the March Case. In the event that assets in the March Case are recovered, the assets shall be used to pay claims in the March Case (including trustee commissions applicable to such assets in the March Case), and, the Settlement Amount will be reduced by any such distributions made in the March Case from such assets that would otherwise have been paid by Asset Trader pursuant to this settlement.

n.  The Settlement Amount will not include any monies with respect to any March Claims that are duplicate claims between the two cases. If any claim is allowed in both the Asset Trader Case and in the March Case, then the claim will be disallowed in the March Case in determining the Settlement Amount.

(2)  In order to advance the efficiency of the two cases, Special Counsel and the AT Trustee will file a Joint Motion for Joint Administration of the two cases, as set out in Exhibit B, attached hereto. Allowance of the Motion is a condition precedent to the effectiveness of this settlement.

(3)     Except as set forth herein, the March Estate, on behalf of Anthony Wayne March and the estate and its creditors, to the fullest extent of his authority, will release Asset Trader, its successors and assigns, from all claims, demands, accounts, duties, damages, losses, expenses, costs, debts, obligations, causes of action and remedies therefor, choses in action, rights of indemnity and liability of any kind or nature whatsoever, whether known or unknown, suspected or unsuspected, which the March Estate may have, may have had, or might have had against Asset Trader, including but not limited to any claims that might have been brought by creditors of the March Estate to which the March Estate succeeded under 11 U.S.C. §544.

**6.**     An illustration regarding the effect of the settlement is attached hereto as Exhibit "C". The Trustee's rudimentary analysis shows that holders of allowed unsecured claims in the Asset Trader case will receive an estimated distribution of 11.36% of their claims absent the settlement and an estimated distribution of 7.02% of their claims if the settlement is allowed. Holders of allowed unsecured claims in the march case will receive 0.00% of their claims absent the settlement, and 7.02% of their claims if the settlement is allowed. ***This illustration is for illustrative purposes and is not necessarily predictive of distributions that might be received by the holder of an allowed unsecured claim in either the Asset Trader case or the March Case.***

7.     The Trustee has analyzed the proposed compromise, taking into consideration the facts, the strengths and weaknesses of the parties' positions, the equities involved, the information and evidence available to the Trustee to pursue the claims through trial and the costs of negotiation and litigation.

8.     The Trustee believes the proposed settlement is in the best interest of the estate and its creditors and requests that the Court approve this Motion.

WHEREFORE, the Trustee prays for an Order approving and authorizing the settlement on the terms described in Exhibit A attached.

DATED: October 30, 2017

 s/James B. Angell_____
James B. Angell
Howard, Stallings, From,
Atkins, Angell & Davis, P.A.
State Bar No. 12844
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile:  (919) 821-7703
jangell@hsfh.com



HOWARD, STALLINGS,
FROM, ATKINS,
ANGELL & DAVIS, P.A.

EXHIBIT
A

Telephone: **919.821.7700** | Facsimile: **919.821.7703** | PO Box 12347, Raleigh, NC 27605

ATTORNEYS at LAW                                    www.HowardStallings.com

E. Cader Howard
I. Allan From
Joseph H. Stallings
John N. Hutson
Beth F. Atkins
James B. Angell
B. Joan Davis
Brian E. Moore
Kathleen B. Coyle
Brooke L. Dalrymple
Nicholas C. Brown
Douglas D. Noreen
Robert H. Jessup
Elizabeth Buckley

Of Counsel
Edwin P. Friedberg
**(Deceased 2009)**

October 30, 2017

John C. Bircher III
White & Allen, P.A.
P.O. Box U
New Bern NC 28563

> Re:   ASSET TRADER
>         Case No.: 16-02794-5-DMW, EDNC (Chapter 7)
>         ANTHONY WAYNE MARCH
>         Case No.: 16-00522-5-DMW, EDNC (Chapter 7)

Dear John:

The purpose of this letter is to establish the terms of a settlement between the bankruptcy estate of Asset Trader ("Asset Trader") and the bankruptcy estate of Anthony Wayne March ("March Estate"). James B. Angell ("Angell") is the Chapter 7 Trustee for both estates. You have been appointed as special counsel with powers for the March Estate. Notwithstanding the informality of this letter, the terms of the agreement set out herein are intended to be binding on the parties subject to Bankruptcy Court approval in both cases. My signature herein below indicates my consent to the settlement as Chapter 7 Trustee for Asset Trader in Case No. 16-02794-5-DMW.

Anthony Wayne March ("March") filed a chapter 7 bankruptcy case on February 3, 2016 (the "March Case"). In the course of his chapter 7 bankruptcy case, the Trustee filed Adversary Proceeding No. 16-00042-5-DMW, naming March, The Mineral Meds Foundation, Inc., and Asset Trader, as defendants, asserting, among other things, claims to pierce the corporate veil of Asset Trader and to make the assets of Asset Trader available to pay claims held by creditors of the March Estate. The Court granted a temporary restraining order in the case, and the matter was set for hearing on a preliminary injunction on May 26, 2016. Prior to the hearing on a preliminary injunction, on May 26, 2016, Asset Trader filed a petition for relief under chapter 11 of the Bankruptcy Code (the "Asset Trader Case") and Angell was appointed as Chapter 11 Trustee. The Asset Trader Case was subsequently converted to a chapter 7 case and Angell was appointed as chapter 7 trustee for Asset Trader. After the bankruptcy filing by Asset Trader, Angell caused Adversary Proceeding No. 16-00042-5-DMW to be dismissed without prejudice.

On October 4, 2016, you, John C. Bircher III ("Bircher"), were appointed as

RALEIGH OFFICE
5410 Trinity Road
Suite 210
Raleigh, NC 27607
Telephone: 919.821.7700
Facsimile: 919.821.7703
Toll Free: 800.822.4182

OTHER LOCATIONS
New Bern, NC
Morehead City, NC

October 30, 2017
Page 2

special counsel for the March Estate "for the special purpose of investigating and pursuing all potential actions of the estate as to Asset Trader."

An order establishing February 19, 2017 as a deadline for filing claims in the March case was filed on November 17, 2016.

Bircher conducted an investigation as to potential claims of the March Estate against Asset Trader. Bircher, representing the March Estate, and Angell, representing Asset Trader, have met several times to discuss settlement and have agreed to resolve the matter on the following terms and conditions, subject to approval of the Bankruptcy Court in the Asset Trader Case and in the March Case:

(1)     Asset Trader agrees to pay to the March Estate an amount based on allowed claims in the March Case (the "March Claims"), determined as follows (the "Settlement Amount"):

      a.   Claims under 11 U.S.C. §507(a)(1) – domestic support obligations[1] – Claim No. 9-1 was filed by Lori March in the March Case asserting a claim pursuant to 11 U.S.C. §507(a)(1) in the amount of $19,800.00. Claim No. 9-2 was subsequently filed to amend the amount of the claim to $0.00. The Settlement Amount shall include the allowed amount of all 11 U.S.C. §507(a)(1) claims in the March Case that are allowed as "tardily filed" claims.

      b.   Claims under 11 U.S.C. §507(a)(2) – administrative claims – Anticipated administrative claims include attorneys' fees, accounting fees, filing fees, witness fees, transcript fees, locksmith and trustee commissions. Based on this settlement, upon allowance of the joint Motion for the Joint Administration of the two cases, the March Trustee will waive trustee commissions in the March Case with respect to any portion of the Settlement Amount that is actually paid by Asset Trader. The Settlement Amount will include the greater of (a) 100% of the allowed amounts of 11 U.S.C. §507(a)(2) claims in the March Estate, or (b) if there are insufficient funds to pay allowed Chapter 7 claims under 11 U.S.C. §507(a)(2) claims in the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of chapter 7 claims allowed under 11 U.S.C. §507(a)(2) in both the March Case and the Asset Trader Case. Nothing herein shall affect the trustee's rights to a commission payable in the Asset Trader Case.

      c.   Claims under 11 U.S.C. §507(a)(3) – "gap" claims in involuntary cases – No such claims exist, as the March Case was a voluntary case. The Settlement Amount will not include any amount of 11 U.S.C. §507(a)(3) claims in the March Case.

      d.   Claims under 11 U.S.C. §507(a)(4) – claims for wages, salaries, or commissions - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(4) claims in the March Case that are

---

[1] Descriptions of claims in the various classes described in 11 U.S.C. §507(a) are for convenience only and do not limit the nature of the claims that are therein described.

October 30, 2017
Page 3

allowed as "tardily filed" claims, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §507(a)(4) claims in the Asset Trader Case and March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(4) in both the March Case and the Asset Trader Case.

e.   Claims under 11 U.S.C. §507(a)(5) – claims for contributions to employee benefit plans - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(5) claims in the March Case that are allowed as "tardily filed" claims, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §507(a)(5) claims in both the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(5) in both the March Case and the Asset Trader Case.

f.   Claims under 11 U.S.C. §507(a)(6) – claims for grain production, storage facilities, fish production and storage - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(6) claims in the March Case that are allowed as "tardily filed" claims, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §507(a)(6) claims in the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(6) in both the March Case and the Asset Trader Case.

g.   Claims under 11 U.S.C. §507(a)(7) – claims for consumer deposits - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(7) claims in the March Case that are allowed as "tardily filed" claims, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §507(a)(7) claims in both the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the amount of funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(7) in both the March Case and the Asset Trader Case.

h.   Claims under 11 U.S.C. §507(a)(8) – claims for certain tax claims - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(8) claims in the March Case that are allowed as "tardily filed" claims, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §507(a)(8) claims in the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(8) in both the March Case and the Asset Trader Case.

i.   Claims under 11 U.S.C. §507(a)(9) – claims for maintenance of capital of insured depository institutions - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(9) claims in the March Case that are allowed as "tardily filed" claims, or (b) if that there are

October 30, 2017
Page 4

insufficient funds to pay allowed 11 U.S.C. §507(a)(9) claims in both the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(9) in both the March Case and the Asset Trader Case.

j.  Claims under 11 U.S.C. §507(a)(10) – certain claims for death or personal injury - No such claims were filed in the March Case. The Settlement Amount will include the greater of (a) the amount of all 11 U.S.C. §507(a)(10) claims in the March Case that are allowed as "tardily filed" claims, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §507(a)(10) Claims in both the Asset Trader Case and the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of claims allowed under 11 U.S.C. §507(a)(10) in both the March Case and the Asset Trader Case.

k.  Claims under 11 U.S.C. §726(a)(2) – unsecured claims – The Settlement Amount will include the greater of (a) fifty (50%) per cent of the allowed amount of all 11 U.S.C. §726(a)(2) claims in the March Case, or (b) if there are insufficient funds to pay allowed 11 U.S.C. §726(a)(2) claims in the Asset Trader Case and fifty (50%) per cent of the allowed claims in the March Case in full, after payment of claims entitled to priority to such claims under 11 U.S.C. §726, an amount equal to the funds needed to pay an equal percentage of fifty (50%) per cent of the claims allowed under 11 U.S.C. §726(a)(2) in the March Case and one hundred (100%) per cent of the claims allowed under 11 U.S.C. §726(a)(2) in the Asset Trader Case.

l.  Claims under 11 U.S.C. §726(a)(3) – tardily filed unsecured claims –The Settlement Amount will not include any amounts relating to allowed 11 U.S.C. §726(a)(3) claims in the March Case.

m.  Other than the claims addressed in this compromise, the March Trustee is unaware of any assets in the March Case that might be used to pay claims in the March Case. In the event that assets in the March Case are recovered, the assets shall be used to pay claims in the March Case (including trustee commissions applicable to such assets in the March Case), and, the Settlement Amount will be reduced by any such distributions made in the March Case from such assets that would otherwise have been paid by Asset Trader pursuant to this settlement.

n.  The Settlement Amount will not include any monies with respect to any March Claims that are duplicate claims between the two cases. If any claim is allowed in both the Asset Trader Case and in the March Case, then the claim will be disallowed in the March Case in determining the Settlement Amount.

(2)    In order to advance the efficiency of the two cases, Bircher, for the March Case and Angell, for the Asset Trader Case, will file a Joint Motion for Joint Administration of the two cases, as set out

October 30, 2017
Page 5

in Exhibit A, attached hereto. Allowance of the Motion is a condition precedent to the effectiveness of this settlement.

(3)    Except as set forth herein, the March Estate, on behalf of Anthony Wayne March and the estate and its creditors, to the fullest extent of his authority, hereby releases Asset Trader, its successors and assigns, from all claims, demands, accounts, duties, damages, losses, expenses, costs, debts, obligations, causes of action and remedies therefor, choses in action, rights of indemnity and liability of any kind or nature whatsoever, whether known or unknown, suspected or unsuspected, which the March Estate may have, may have had, or might have had against Asset Trader, including but not limited to any claims that might have been brought by creditors of the March Estate to which the March Estate succeeded under 11 U.S.C. §544.

If the foregoing comports with your understanding of the parties' agreement, kindly indicate your consent and agreement on behalf of the March Estate to the terms set forth herein in the space provided below, and deliver a copy of this correspondence to the undersigned by facsimile transmission and regular mail at facsimile number and address listed below.

Signing a copy of this correspondence shall constitute a legal, valid and binding obligation upon the parties hereto and shall be enforceable in accordance with its terms.

This agreement shall be binding upon the parties upon your execution below as if it was an original signature and shall inure to the benefit of each of the parties hereto and their respective successors and assigns and any successor of any of them.

Each party hereto represents and warrants that it has the full power and authority to execute, deliver and perform this agreement, that each individual signing on behalf of each party is authorized by that party to execute this agreement on its behalf.

This document constitutes the entire agreement of the parties and supersedes all prior or contemporaneous agreements, discussions, or representations, oral or written, relating the subject matter hereof.

Please feel free to call me if you have any questions.

With best wishes we remain,

Very truly yours,
HOWARD, STALLINGS, FROM,
ATKINS, ANGELL & DAVIS, P.A.


James B. Angell
Chapter 7 Trustee for Asset Trader

October 30, 2017
Page 6

I Consent:

John C. Bircher, III
Special Counsel for Anthony Wayne March



EXHIBIT
B
(Also Exh A to
Exhibit A)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO. |
|---|---|
| ASSET TRADER | 16-02794-5-DMW |
| DEBTOR | CHAPTER 7 |
| IN RE | CASE NO. |
| ANTHONY WAYNE MARCH, | 16-00522-5-DMW |
| DEBTOR | CHAPTER 7 |

## MOTION FOR JOINT ADMINSTRATION OF CASES

NOW COMES James B. Angell, Chapter 7 Trustee for Asset Trader ("Trustee") and John C. Bircher, III, special counsel for the estate of Anthony Wayne March ("Bircher") in the above-referenced bankruptcy cases, by and through their undersigned counsel, and respectfully move the Court for joint administration of their respective bankruptcy cases, and show the court as follows:

1.    Anthony Wayne March filed a petition for relief under chapter 7 of the Bankruptcy Code on February 3, 2016, commencing Case No. 16-00522-5-DMW (the "March Case").

2.    On February 2, 2016, James B. Angell was named as chapter 7 Trustee for the March Case. James B. Angell continues to serve as chapter 7 Trustee in the March case.

3.    On October 4, 2016, John C. Bircher, III was appointed as special counsel for the march Case "for the special purpose of investigating and pursuing all potential causes of action of the estate as to Asset Trader".

4.    On May 26, 2016, Asset Trader filed a petition for relief under chapter 11 of the Bankruptcy Code (the "Asset Trader Case") and Angell was appointed as Chapter 11 Trustee. The Asset Trader Case was subsequently converted to a chapter 7 case and Angell was appointed as chapter 7 trustee for Asset Trader.

5.    On behalf of the March Case, Bircher has taken the position that Asset Trader is a mere extension of March and that claims against the March Estate should be paid from the assets of Asset Trader.

6.    The Trustee takes the position that Asset is a separate nonprofit corporation and that the claims of March should not be paid from the assets of Asset Trader.

7.    Bircher and the Trustee have agreed to settle the issue without litigation in a manner that would, generally, allow claims in the March Case to participate in distributions in the Asset Trader Case, with 50% of unsecured claims allowed in the March Case receiving distribution on par with unsecured claims in the Asset Trader Case.

8.    The settlement also provides for the Trustee and Bircher to seek procedural consolidation of the March Case and the Asset Trader Case.

9.    Fed. R. Civ. P. 1015(b) provides:

   **(b) Cases involving two or more related debtors.** If a joint petition or two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates. Prior to entering an order the court shall give consideration to protecting creditors of different estates against potential conflicts of interest . . . "

10.   Asset Trader and Anthony Wayne March are "affiliates" in that Anthony March dominated the Board of Directors of Asset Trader. See 11 U.S.C. §101 (2)(c)("a person  whose business is operated under an operating agreement by a debtor").

11.   Specifically, Bircher and the Trustee seeks to have the Asset Trader Case and the March Case administered on the following basis:

   a.  James B. Angell will serve as trustee for both estates;

   b.  All future pleadings will be filed in the Asset Trader Case, Case No. 16-02794-5-DMW;

   c.  The March Estate and the Asset Trader estate will maintain separate estates and will not be substantively consolidated;

   d.  All chapter 5 claims in each case are preserved and are not affected by the joint administration of the cases;

   e.  All interim reports and the final report may be filed by the Trustee on a consolidated basis;

   f.  For procedural efficiency, claims that are allowed in the March Case may be denominated as allowed claims in the Asset Trader Case, subject to the conditions of the settlement;

   g.  James B. Angell shall not be entitled to a separate commission in the March Case except to the extent there are assets in the March Case that are separate and distinct from assets in the

Asset Trader Case; provided that nothing herein shall impair the commission to which the trustee is entitled in the Asset Trader case;

h.  Any orders regarding the employment of professionals entered in one case shall suffice to authorize the employment of professionals in the other case.

i.   Professionals may seek compensation and reimbursement of expenses for services without specifying the case to which such services are rendered in the consolidated case.

j.  Any disallowance of claims pursuant to 11 U.S.C. §502(d) applicable in either case will apply to disallow claims in the other case, except as to objections that a claim is a duplicate of a claim filed in the other case. (The Compromise provides for disallowance of claims filed in one case that duplicate claims filed in the other case.)

k.  The March Case and Asset Trader Case will file separate tax returns to the extent tax returns are required.

12.    A separate motion for approval of Compromise has been filed simultaneously herewith.

13.    Joint administration is in the best interests of the creditors of the Asset Trader Case and the March Case. In light of the settlement, the cases should close simultaneously and the final distribution in each will be dependent on claims allowed in both cases. The savings of the commission to the March trustee will enhance recovery to creditors in both cases. In addition, this motion is made in conjunction with the settlement of issues between the March estate and the Asset Trader estate. This settlement avoids costly litigation and the dissipation of assets through professional fees.

    WHEREFORE, James B. Angell, Chapter 7 Trustee for Asset Trader and John C. Bircher, III, special counsel for Anthony Wayne March respectfully move the Court that the March Case and Asset Trader Case be jointly administered pursuant to the provisions of Fed. R. Bankr. Pro. 1015(b) subject to the terms and conditions set out herein, and for such other relief as may be just and proper.

DATED: October 30, 2017          s/James B. Angell
                                 James B. Angell
                                 State Bar No 12844
                                 Howard, Stallings, From, Atkins,
                                 Angell & Davis, P.A.
                                 P.O. Box 12347
                                 Raleigh, NC 27605-2347
                                 Telephone: (919) 821-7700
                                 Facsimile: (919) 821-7703
                                 JAngell@hsfh.com

s/John C. Bircher, III
John C. Bircher, III
State Bar No. 24119
1319 Commerce Drive
Post Office Drawer U
New Bern, NC 28563
Telephone: (252) 638-5792
Facsimile: (252) 637-7548
jbircher@whiteandallen.com



Exhibit "C"
**Illustration of the effects of the settlement**

Disclaimer: The following illustration uses assumptions regarding claims and collections that may not prove to be the case in reality. For example, there are pending claims objections filed by the Trustee in the Asset Trader case, although the court may determine that the claims should be disallowed. Any of these assumptions may change the distribution as to classes of creditors. The calculations in this illustration should therefore be reviewed in light of the assumptions made.

The filed claims in each case are described in Exhibit "C-1" (the Asset Trader Case) and "C-2" (the "March Case") attached hereto. Pursuant to the terms of the Settlement, duplicate claims filed in both the Asset Trader Case and in the March Case will only be allowed in one case.

It is estimated that but for the settlement, there would be no funds available for distribution in the March Case.

**Projected Distributions:**

| | Asset Trader | March | per Settlement |
|---|---|---|---|
| Estimated Available for Distribution | 902,322.09 | | 902,322.09 |
| Chapter 7 adminstrative expenses | (224,937.79) | (71,094.13) | (296,031.92) |
| Net | 677,384.30 | | 606,290.17 |
| Chapter 11 Administrative expenses (Asset Trader) | (159,874.56) | - | (159,874.56) |
| Net | 517,509.74 | | 446,415.61 |
| Section 507(a)(8) Priority Claims | (319.23) | - | (319.23) |
| Net - Available for Unsecured Claims | 517,190.51 | | 446,096.38 |
| Unsecured Claims | $4,551,253.75 | $5,578,029.52 | $4,551,253.75 |
| less Duplicate Claims in March | | (1,971,000.03) | |
| Subtotal: | | $3,607,029.49 | |
| x 50% | | $1,803,514.75 | $1,803,514.75 |
| Total Unsecured Claims | $4,551,253.75 | | $6,354,768.50 |
| Projected dividend | 11.36% | | 7.02% |

**Distribution to Asset Trader Claims only**

**Projected Assets:**

| | | |
|---|---|---|
| Cash on Hand | 657,302.09 | |
| Sale of Yacht | - | (no net proceeds after payment of secured claims) |
| Sale of Patricia Andrews Policy (est.) | 150,000.00 | estimated |
| Bicycle (est.) | 10,000.00 | estimated |
| Coins | 20.00 | estimated |
| Recovery from Newman Estate | 85,000.00 | estimated |
| Lawsuit Proceeds | unknown | |
| **Total** | **902,322.09** | |

| | | |
|---|---|---|
| Chapter 7 adminstrative expenses | | |
| Trustee Commissions (based on known and est. amounts) | 69,937.79 | |
| Attorneys fees | 150,000.00 | (to date) |
| Accountant Fees | 5,000.00 | |
| Other Ch 7 Admins | 74,331.40 | |
| Total Ch 7 admin expenses | (224,937.79) | |
| Net | 677,384.30 | |
| Chapter 11 Administrative expenses (Asset Trader) | (159,874.56) | |
| Net | 517,509.74 | |
| Section 507(a)(8) Priority Claims | (319.23) | |
| Net | 517,190.51 | |
| Unsecured Claims | $4,551,253.75 | |
| Projected dividend | 11.36% | |

Asset Trader Claims

| Claim No. | Claimant | Description | Claimed | Balance | Notes |
|---|---|---|---|---|---|
| **Secured** | | | | | |
| *9.2* | *Atria Management Services, Inc.* | *Secured by Yacht* | *$385,077.29* | *$385,077.29* | *objection re attorneys' fees (add'l $82,333.72)* |
| *25-1* | *Yale Products, Inc.* | *secured by yacht* | *$59,932.30* | *$59,932.30* | *subject to objection* |
| *11.2* | *X8 Aviation, LLC* | *secured by plane* | *$38,687.90* | *$19,343.95* | *settled and paid* |
| | | | | | |
| **Chapter 7 Admins** | | | | | |
| | Yale Products | | | 11,912.00 | *subject to objection* |
| | Survey cost | | | 2,000.00 | |
| | Broker fees and expenses | | | 39,160.40 | |
| | Accounting fees | | | 21,259.00 | |
| | | | | **74,331.40** | |
| | | | | | |
| **Chapter 11 Admin Claim** | | | | | |
| | Lloyd's of Rolesville | | | 25,000.00 | *allowed per order* |
| | HSFH Attorneys Fees (subj to success fee) | | | 100,271.50 | *allowed per order* |
| | HSFH Expenses | | | 6,338.06 | *allowed per order* |
| | JM Cook Fees | | | 1,654.00 | *allowed per order* |
| | Williams Overman Pierce | | | 26,611.00 | allowed per order |
| | | | | **159,874.56** | |
| | | | | | |
| **Priority - Section 507(a)(8)** | | | | | |
| 6.5 | Internal Revenue Service | Priority - 507(A)(8) | $0.00 | $0.00 | |
| 18-1 | NC Department of Commerce, DES | Priority - 507(A)(8) | $212.00 | $212.00 | |
| 19-1 | NC Department of Commerce, DES | Priority - 507(A)(8) | $21.20 | $21.20 | |
| 27-1 | Ohio Department of Taxation | Priority - 507(A)(8) | $86.03 | $86.03 | |
| | | Subtotal: | | **$319.23** | |
| | | | | | |
| **Unsecured; not contested (except computation of CGAs) - Section 726(a)(2)** | | | | | |
| 7.1 | WELLS FARGO BANK N.A. | unsecured | $15,151.01 | $15,151.01 | no objection |
| 8.1 | WELLS FARGO BANK N.A. | unsecured | $6,455.03 | $6,455.03 | no objection |
| 11.2 | X8 Aviation, LLC | secured by plane | $38,687.90 | $19,343.95 | allowed by Court order |
| 12.1 | Patricia W. Lassiter (CGA) | unsecured | $181,451.73 | $181,451.73 | |
| 16-1 | De Lage Landen Financial Services, Inc. | unsecured | $10,857.69 | $10,857.69 | |
| 17-2 | Internal Revenue Service | unsecured | $0.00 | $0.00 | |
| *20-1* | *GOLDMAN ANTONETTI & CORDOVA LLC* | *unsecured* | *$5,264.75* | *$7,784.75* | *settled* |
| 22-1 | Hitachi Capital America Corp. | unsecured | $86,775.76 | $86,775.76 | |
| 23 | Patricia H. Andrews | unsecured | $273,845.73 | $273,845.73 | |
| 26-1 | Fly High Lexington, LLC | unsecured | $450.00 | $450.00 | |

| | | | | | |
|---|---|---|---|---|---|
| 28-1 | Wells Fargo Bank, N.A | unsecured | | $877.97 | $877.97 | |
| 29-1 | Lloyd's of Rolesville, LLC | unsecured | | $866,317.53 | $19,293.28 | settlement DE 529 |
| 30-1 | Ella W. Bason (CGA) | unsecured | | $585,323.63 | $585,323.63 | |
| 31-1 | Mary S. Klutz (CGA) | unsecured | | $179,869.40 | $179,869.40 | |
| 32-1 | Carolyn C. Riddick (CGA) | unsecured | | $378,745.97 | $378,745.97 | |
| 33-1 | Ruth U. Mitchell (CGA) | unsecured | | $139,324.34 | $139,324.34 | |
| 34 | Dorothy L. Gregory (CGA) | unsecured | | $825,478.70 | $825,478.70 | |
| 37 | Betty Jo Temple (CGA) | unsecured | | $386,055.65 | $386,055.65 | |
| | | | | $3,980,932.79 | $3,117,084.59 | |

**Contested**

| | | | | | |
|---|---|---|---|---|---|
| 13-2 | Rolfe F. Pope | unsecured | | $526,951.16 | $526,951.16 | allowed but subj to 548 |
| 35 | Stanley and Diane Cichowicz | unsecured | | $360,000.00 | $360,000.00 | objected to - no liability of debtor |
| 36 | Mary S. Klutz | unsecured | | $547,218.00 | $547,218.00 | objected to - no liability of debtor |
| | | | | $1,434,169.16 | $1,434,169.16 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Unsecured Claims | | | | $5,415,101.95 | $4,551,253.75 | |

**Penalty - Section 726(a)(4)**

| | | | | | |
|---|---|---|---|---|---|
| 27-1 | Ohio Department of Taxation | 7300-000 - Fines, Penalties 726(a)(4) | | $50.00 | $50.00 | |

**Resolved**

| | | | | | |
|---|---|---|---|---|---|
| 1.2 | Ford Motor Credit Company LLC | Secured by truck | | $25,234.71 | $0.00 | amended to $0 |
| 2.3 | Ford Motor Credit Company LLC | unsecured | | $947.90 | $0.00 | amended to $0 |
| 3.2 | Ford Motor Credit Company LLC | Secured by truck | | $25,234.71 | $0.00 | amended to $0 |
| 4.2 | Ford Motor Credit Company LLC | Secured by truck | | $28,324.78 | $0.00 | amended to $0 |
| 5.2 | Ford Motor Credit Company LLC | Secured by truck | | $25,234.71 | $0.00 | amended to $0 |
| 10.1 | Maserati of Raleigh c/o Leith, Inc. | Secured; to be withdrawn (paid) | | $11,396.27 | $0.00 | withdrawn |
| 14-3 | Rolfe F Pope | unsecured | | $456,158.00 | $0.00 | withdrawn |
| 15-1 | Rolfe Pope | unsecured | | $456,158.00 | $0.00 | withdrawn |
| 24-1 | Tracy Winegarner | Priority - 507(A)(8) | | $9,230.77 | $0.00 | objection allowed DE 588 |
| 21-1 | Catherine R. Prehn | unsecured | | $40,000.00 | $0.00 | objection allowed DE 589 |
| 39-1 | PNC Bank, NA | Secured by Newmans' property | | $351,375.78 | $0.00 | objection allowed DE 590 |
| 40-1 | Arthur Wilson | unsecured | | $331,859.20 | $0.00 | objection allowed DE 591 |
| 38 | Ruth U. Mitchell | unsecured | | $193,074.06 | $0.00 | objection allowed DE 631 |

March Claims

Chapter 7 Adminstrative Claims - Section

| | | | |
|---|---|---:|---|
| Atty Fees | Special Counsel | 9,663.90 | |
| Atty Fees | Attorney for Trustee | 53,930.23 | |
| | Trustee Commissions | NONE | |
| | Accounting fees | 7,500.00 | estimated |
| | | 71,094.13 | |

| Claim No. | Claimant | Description | Claimed | Balance | Notes |
|---|---|---|---:|---:|---|
| **Unsecured; not contested (except computation of CGAs) - Section 726(a)(2)** | | | | | |
| 3 | Wake Co Revenue Dept. | | 376.41 | 376.41 | |
| 4 | IRS | | 155,013.25 | 155,013.25 | subject to objection |
| 5 | Toyota Motor Credit | | 5,606.91 | 5,606.91 | |
| 6 | Gray & Lloyd, LLP | | 875.69 | 875.69 | |
| 7 | MEEDL, LLC | | 1,291,117.59 | 1,291,117.59 | |
| 8 | Syncrhony Bank | | 740.77 | 740.77 | |
| 10 | Lori March | | 140,000.00 | 140,000.00 | |
| 12 | Mary Klutz | | 727,087.40 | 547,218.00 | |
| 14 | Ruth Mitchell | | 332,398.40 | 193,074.06 | |
| 15 | Stan Chicowicz | | 360,000.00 | 360,000.00 | |
| 16 | Betty Jo Temple | | 386,055.65 | 386,055.65 | |
| 17 | Rolfe Pope | | 526,951.16 | 526,951.16 | |
| | Subtotal: | | - | 3,607,029.49 | - |
| **Dupicative Claims (also filed in Asset Trader)** | | | | | |
| 2 | Patricia Lassiter (CGA) | | 181,451.73 | 181,451.73 | |
| 11 | Ella Bason (CGA) | | 585,323.63 | 585,323.63 | |
| 13 | Carolyn Riddick (CGA) | | 378,745.97 | 378,745.97 | |

| | | | |
|---|---|---:|---:|
| 18 | Dorothy Gregory (CGA) | 825,478.70 | 825,478.70 |
| 12 | Mary Klutz | 727,087.40 | 179,869.40 |
| 14 | Ruth Mitchell | 332,398.40 | 139,324.34 |
| | Subtotal: | | 1,971,000.03 |
| | Total: | | 5,578,029.52 |

**Resolved**

| | | | |
|---|---|---:|---|
| 1 | Maserati of Raleigh | | withdrawn |
| 9 | Lori March | - | withdrawn |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO. |
|---|---|
| ASSET TRADER | 16-02794-5-DMW |
| DEBTOR | CHAPTER 7 |
| IN RE | CASE NO. |
| ANTHONY WAYNE MARCH, | 16-00522-5-DMW |
| DEBTOR | CHAPTER 7 |

CERTIFICATE OF SERVICE

I, Michelle R. Murdock, of the law firm Howard, Stallings, From, Atkins, Angell & Davis, P.A., certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age:

That on October 27, 2017, the foregoing NOTICE AND MOTION TO APPROVE COMPROMISE AND NOTICE OF MOTION was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties listed below. I further certify that I have mailed the document to the non-CM/ECF participants as set out below by first class mail.

I certify under penalty of perjury that the foregoing is true and correct.

DATE: October 30, 2017

    s/Michelle R. Murdock_____
Michelle R. Murdock, Paralegal
P.O. Box 12347
Raleigh, NC 27605

| | |
|---|---|
| Marjorie K. Lynch, Esquire<br>Bankruptcy Administrator<br>*Served via cm/elf and by email to*<br>Brian_Behr@nceba.uscourts.gov and<br>Rick_Hinson@nceba.uscourts.gov | Asset Trader<br>c/o James B. Angell, Trustee |
| Patricia H. Andrews<br>212 Sonoma Valley Drive<br>Cary, North Carolina 27518 | John C. Bircher III<br>White & Allen, P.A.<br>P.O. Box U<br>New Bern, NC 28563 |

See attached matrix

Label Matrix for local noticing
0417-5
Case 16-02794-5-DMW
Eastern District of North Carolina
Raleigh
Mon Oct 30 14:17:21 EDT 2017

AMCOL Systems Inc.
Attn: Managing Agent/Bankruptcy
111 Lancewood Road
Columbia, SC 29210-7523

AT and T
PO Box 1809
Paramus, NJ 07653-1809

Allianz Life Insurance Company of North Amer
Premium EFT Account Treasury
5701 Golden Hills Drive
Minneapolis, MN 55416-1297

Alpha-Advantage
Attn: Managing Agent/Bankruptcy
891 Emeline Lane
Kitty Hawk, NC 27949-4271

Alvin G. & Eleanore L. Myrick
Myrick Living Trust
1918 Gracewood Drive
Greensboro, NC 27408-3224

Patricia H. Andrews
212 Sonoma Valley Drive
Cary, NC 27518-5303

Andromeda, CHC
c/o Higgs & Johnson
Ocean Centre, Montagu Foreshore
East Bay Street,
P. O. Box N 3247, Nassau, Bahamas

James B Angell
Howard Stallings et al, P.A.
PO Box 12347
Raleigh, NC 27605-2347

Ann B. Hedgepeth
2005 Weybridge Drive
Raleigh, NC 27615-5561

Anthony Wayne March
1218 Heritage Club Avenue
Wake Forest, NC 27587-4229

Arthur Wilson
4701 Date Avenue, Unit 302
LaMesa, CA 91942-0291

Asset Trader
c/o James B. Angell
PO Box 12347
Raleigh, NC 27605-2347

At Your Service
934 W Kitty Hawk Road
Suite 4
Kitty Hawk, NC 27949-4280

Athene Annuity and Life Company
Attn: Managing Officer/Bankruptcy
7700 Mills Civic Parkway
West Des Moines, IA 50266-3862

Atria Management Services, Inc.
c/o Jill C. Walters
Poyner Spruill LLP
P.O. Box 1801
Raleigh, NC 27602-1801

Atria Management Services, Inc.
Attn: Managing Officer/Bankruptcy
517 Atria Lane
Newland, NC 28657-9696

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

BKN Murray, LLP
Attn: Managing Officer
6795 E. Tennessee Ave
Suite 300
Denver, CO 80224-1691

BKN Murray, LLP
Attn: Managing Officer/Bankruptcy
6795 E Tennessee Ave, Suite 330
Denver, CO 80224-1691

(p)BANKRUPTCY ADMINISTRATOR EDNC
434 FAYETTEVILLE STREET
SUITE 640
RALEIGH NC 27601-1888

Bankruptcy Administrator
Two Hannover Square, Ste. 640
434 Fayetteville Street
Raleigh, NC 27601-1701

Brian Behr
Bankruptcy Administrator, EDNC
434 Fayetteville Street, Suite 640
Raleigh, NC 27601-1888

Betty Jo Temple
704 Shoulars Road
Rich Square, NC 27869-9415

Bexley at Heritage
916 Sugar Gap Road
Wake Forest, NC 27587-3861

Birely Marine Services, Inc.
1063 SW Blue Water Way
Stuart, FL 34997-7456

Nicholas C. Brown
Howard Stallings et al, P.A.
PO Box 12347
Raleigh, NC 27605-2347

CHC of the Carolinas
Attn: Managing Agent/Bankruptcy
PO Box 6526
Carol Stream, IL 60197-6526

COECO Financial Services
PO Box 41602
Philadelphia, PA 19101-1602

COECO Financial Services
Attn: Managing Agent/Bankruptcy
1111 Old Eagle School Road
Wayne, PA 19087-1453

Caren D. Enloe
PO Box 26268
Raleigh, NC 27611-6268

Carolinas Collision Center
Capital Ford
4900 Capital Boulevard
Raleigh, NC 27616-4407

Carolyn C. Riddick
2314 Lake Drive
Raleigh, NC 27609-7666

Cassandra L. Foulk
12123 Oakwood View Drive, #305
Raleigh, NC 27614-6873

Catherine R. Prehn
4423 Regent Drive
Wilmington, NC 28412-2544

Century Link
Attn: Managing Agent/Bankruptcy
359 Bert Kouns
Shreveport, LA 71106-8124

Christopher F. Wilson
21515 Hawthorne Blvd. Suite 200
Torrance, CA 90503-6512

City of Raleigh
Attn: Managing Officer/Bankruptcy
222 W. Hargett Street
Raleigh, NC 27601-1316

Cletis Snyder
2809 Combe Hill Trail
Raleigh, NC 27613-5404

J.M. Cook
J.M. Cook, P.A.
5886 Faringdon Place, Suite 100
Raleigh, NC 27609-3932
served via cm/ecf

Coventry Health Care, Inc.
6730-B Rockledge Drive, Suite 700
Bethesda, MD 20817

Creekridge Capital - Navitas Lease
Vendor Services Group
7808 Creekridge Circle, Suite 250
Minneapolis, MN 55439-2647

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Danny Bradford
Bradford Law Offices
455 Swiftside Drive, Suite 106
Cary, NC 27518-7200
served via cm/ecf

Davco Electric Inc.
Attn: Managing Agent/Bankruptcy
406 West Lake Drive
Kill Devil Hills, NC 27948-7818

David Boone
NC Department of Justice
114 W Edenton Street
Raleigh, NC 27603-1712

David P. Meggs Builder Inc.
Attn: Managing Agent/Bankruptcy
33 Pintail Court
Kitty Hawk, NC 27949-3846

David Phillip Meggs
33 Pintail Court
Kitty Hawk, NC 27949-3846

Wade Leon Davis
W. Leon Davis, PC
4406 Carrington Drive
Lancaster, SC 29720-6449

De Lage Landen Financial Services, Inc.
Attn: L. Levin
1111 Old Eagle School Road
Wayne, PA 19087-1453

Delaware Finance Company
Attn: Managing Officer/Bankruptcy
3601 North Market Street
Wilmington, DE 19802-2736

Joseph M. DiOrio
144 Westminster Street
Suite 302
Providence, RI 02903-2216

Dorothy L Gregory
1326 Purfoy Road
Fuquay Varina, NC 27526-8016

Dorothy L. Gregory
c/o James Hash
Everett Gaskins Hancock LLP
PO Box 911
Raleigh, NC 27602-0911

Duke
Attn: Managng Agent/Bankruptcy
5213 South Alston Avenue
Durham, NC 27713-4430

Duncan Aviation Inc
Attn: Managing Agent/Bankruptcy
P.O. Box 81887
Lincoln, NE 68501-1887

Duncan Investment Trust
Tte Anthony W. March
c/o Anthony W. March
11310 Colbert Creek Loop, Apt. 307
Raleigh, NC 27614-6676

EAB Services
3221 Glenridge Dr.
Raleigh, NC 27604-2442

EOS CCA
Attn: Managing Agent/Bankruptcy
PO Box 981002
Boston, MA 02298-1002

James P. Ehrhard
Ehrhard & Associates, PC
250 Commercial Street, Suite 410
Worcester, MA 01608-1721

Ella W. Bason
Ella W. Bason TTEE
3181 Bason Road
Mebane, NC 27302-9085

Emma Wilson
11831 Canemount Street
Raleigh, NC 27614-8384

Steve England
6077 Charleycote Drive
Raleigh, NC 27614-9590

Steve England
8601 Six Forks Road, Ste. 400
Raleigh, NC 27615-2965

Steve F England
111 TOM MCLAUGHLIN ROAD
RED SPRINGS, NC 28377-8985

Caren D. Enloe
SmithDebnamNarronDrakeSaintsing&Myers
PO Box 26268
Raleigh, NC 27611-6268

Paul A. Fanning
Ward and Smith, P. A.
Post Office Box 8088
Greenville, NC 27835-8088

FedEx Corporation
Attn: Managing Officer/Bankruptcy
942 South Shady Grove Road
Memphis, TN 38120-4117

J. Michael Fields
Ward and Smith, PA
PO Box 8088
Greenville, NC 27835-8088

Nicholas Fiorillo
49 Olde Colony Drive
Shrewsbury, MA 01545-1638

Fly High Lexington, LLC
1673 Aviation Way
Lexington, NC 27292-6732

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Cassandra Foulk
12123 Oakwood View Drive, #305
Raleigh, NC 27614-6873

Mason Foulk
912 Sugar Gap Rd, #302
Wake Forest, NC 27587-3872

Fred Lassiter
6123 Loch Laurel Lane
Raleigh, NC 27613-3007

GBH CPA PC
Attn: Managing Agent/Bankruptcy
6002 Rogerdale Road, Suite 500
Houston, TX 77072-1660

GOLDMAN ANTONETTI & CORDOVA LLC
PO BOX 70364
SAN JUAN, PR 00936-8364

GOLDMAN ANTONETTI & CORDOVA LLC
PO BOX 70364
SAN JUAN, P.R 00936-8364

GoDaddy
Attn: Managing Officer/Bankruptcy
14455 N Hayden Rd, #219
Scottsdale, AZ 85260-6947

Goldman, Antonetti & Cordova, LLC
American International Plaza, 15th Floor
250 Munoz Rivera Avenue
San Juan, PR 00918-1824

Granger Wilkins
20 Boca Place
Youngsville, NC 27596-7333

Gray and Lloyd
Attn: Managing Agent/Bankruptcy
3120 North Croatian Highway # 101
Kill Devil Hills, NC 27948-9253

Gray and Lloyd
Attn: Managng Agent/Bankruptcy
3120 North Croatian Highway Ste 101
Kill Devil Hills, NC 27948-9253

Barry P. Gruher
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd., Suite 1110
Ft. Lauderdale, FL 33301-3535

Mike Gurkins
Country Boys Auction & Realty
Po Box 1903
Washington, NC 27889-1903

Holmes P Harden
Williams Mullen
A Professional Corporation
P. O. Drawer 1000
Raleigh, NC 27602-1000
 served via cm/ecf

Harlan J. Gardiner
329 Poe Creek Drive
Littleton, NC 27850-9284

Jason L. Hendren
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367
 served via cm/ecf

Heritage Storage
119 Brooks St.
Wake Forest, NC 27587-2701

Hitachi Capital America Corp.
dba Creekside Capital/Navitas Lease Corp
c/o Kurt M. Anderson
PO Box 15667
Minneapolis, MN 55415-0667

Howard, Stallings, From & Hutson, P.A.
PO Box 12347
Raleigh, NC 27605-2347

ING Life Insurance
Attn: Managing Agent/Bankruptcy
151 Farmington Avenue
Hartford, CT 06156-8702

IRS Exempt Organizations Division
Leonard Williams
409 Koger Blvd, Suite 102
Mail Stop 39
Greensboro, NC 27407

Ignite Payments
Attn: Managing Agent/Bankruptcy
4000 Coral Ridge Dr
Pompano Beach, FL 33065-7614

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Iron Mountain
1000 Campus Drive
Collegeville, PA 19426-4908

Charles M. Ivey III
Ivey, McClellan, Gatton & Siegmund, LLP
121 S. Elm Street
Greensboro, NC 27401-2601
  served via cm/ecf

J.M. Cook
J.M. Cook, P.A.
5886 Farrington Place, Ste 100
Raleigh, NC 27609
  served via cm/ecf

J.M. Cook, P.A.
5886 Faringdon Place
Suite 100
Raleigh, NC 27609-3932
  served via cm/ecf

JS Looper Properties
Attn: Managing Agent/Bankrtupcy
2006 South Main Street, Suite 210
Wake Forest, NC 27587-9391

Jackson Electric
1624 US 1 Hwy
Youngsville, NC 27596-9219

James Hash
Everett Gaskins Hancock LLP
PO Box 911
Raleigh, NC 27602-0911

James M. Hash
Everett Gaskins Hancock LLP
PO Box 911
Raleigh, NC 27602-0911

William P Janvier
Janvier Law Firm, PLLC
311 E Edenton Street
Raleigh, NC 27601-1017

Jennifer Harrod
NC Department of Justice
114 W Edenton Street
Raleigh, NC 27603-1712

John & Gloria Wilson
11262 N. State Rd 19
Macy, IN 46951-8038

John M. Blust
Ivey, McClellan, Gatton & Siegmund
PO Box 3324
Greensboro, NC 27402-3324

Pamela P. Keenan
Kirschbaum, Nanney, Keenan & Griffin, PA
PO Box 19766
Raleigh, NC 27619-9766
  served via cm/ecf

Kelly's Management Group, Inc.
c/o Sharp. Michael and Graham
4820 Croatan Highway
Kitty Hawk, NC 27949-8913

Mary S Klutz
422 Dodson Road
Mebane, NC 27302-9725

Landmark Aviation
Attn: Managing Agent/Bankruptcy
4885 E. Sheilds Ave
Fresno, CA 93726-6450

Alan Leigh
c/o Yale Marine, Inc.
738 NE 20th Ave.
Ft. Lauderdale, FL 33304-3414

Leith Euro
10956 Star Rd.
Wake Forest, NC 27587-7772

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Lima Yacht Sales, LLC
602 SW Anchorage Way
Stuart, FL 34994-2015

Lisa P. Sumner
P. O. Box 1801
Raleigh, NC 27602-1801

Lloyd's of Rolesville, LLC
c/o Caren D. Enloe
PO Box 26268
Raleigh, Nc 27611-6268

Lloyds of Rolesville, LLC
PO Box 638
Wake Forest, NC 27588-0638

Lloyds of Rolesville, LLC
Attn: Managing Agent/Bankruptcy
PO Box 638
Wake Forest, NC 27588-0638

Lori March
3612 Greenville Loop
Wake Forest, NC 27587-5687

Marjorie Lynch
434 Fayetteville St. Mall, Ste. 620
Raleigh, NC 27601-1888

MEEDL, LLC
Attn: Managng Agent/Bankruptcy
3411 Silverside Road, Ste 104
Wilmington, DE 19810-4809

Maid in the Shade
Attn: Managing Agent/Bankruptcy
135 The Winery
Manteo, NC 27954-9001

Antholy W. March
11310 Colbert Creek Loop, Apt. 307
Raleigh, NC 27614-6676

Anthony Wayne March
11310 Colbert Creek Loop
Apt # 307
Raleigh, NC 27614-6676

Lori P. March
3612 Greenville Loop
Wake Forest, NC 27587-5687

Maxine March
3820 Heritage Spring Circle
Wake Forest, NC 27587-8375

Valarie March
11310 Colbert Creek Loop
Apartment 307
Raleigh, NC 27614-6676

Valarie March
1218 Heritage Club Avenue
Wake Forest, NC 27587-4229

Maritime Program
Attn: Managing Agent/Bankruptcy
1117 Elm Street, Suite 200
Manchester, NH 03101-1506

Maserati of Raleigh
Attn: Managing Officer/Bankruptcy
4800 Capital Blvd
Raleigh, NC 27616-4482

Maserati of Raleigh c/o Leith, Inc.
c/o Lisa P. Sumner
P. O. Box 1801
Raleigh, NC 27602-1801

Miles Davis
P.O. Box 46
Kitty Hawk, NC 27949-0046

Jason A. Miller
Miller & Monroe PLLC
3321 Trillium Whorl Court
Raleigh, NC 27607-7000

Ruth U Mitchell
475 Shade Lane
Apex, NC 27523-5548

Moretti Yachts, Inc.
Attn: Joseph Moretti, President
2019 SW 20th Street
Fort Lauderdale, FL 33315-1874

NC Department of Commerce, DES
PO Box 26504
Raleigh, NC 27611-6504

NC Department of Revenue
Attn: Managing Officer/Bankruptcy
Post Office Box 871
Raleigh, NC 27602-0871

NC Division of Employment Security
Attn: Managing Officer/Bankruptcy
P.O. Box 25903
Raleigh, NC 27611-5903

NC Division of Motor Vehicles
Attn: Managing Agent/Bankruptcy
PO Box 29620
Raleigh, NC 27626-0620

NC Quick Pass
200 Sorrell Grove Church Road
Morrisville, NC 27560-9543

National Credit System
Attn: Managing Agent/Bankruptcy
3800 Camp Creek Pkwy
Atlanta, GA 30331-6050

Navitas Lease Corp
PO Box 3491
Ponte Vedra, FL 32004-3491

Charles R. Newman
90 Rabbit Run
Franklinton, NC 27525-9681

Roger Newman
300 Southtown Circle
Rolesville, NC 27571-9573

Sylvia K. Newman
90 Rabbit Run
Franklinton, NC 27525-9681

North American Company
Attn: Managing Officer/Bankruptcy
4350 Westown Parkway
West Des Moines, IA 50266-1036

North Capital Group, Inc.
4279 Roswell Road
Suite 102-126
Atlanta, GA 30342-3769

North Carolina Department of Revenu
Attn: Managing Officer/Bankruptcy
Post Office Box 871
Raleigh, NC 27602-0871

North Carolina Department of Revenue
Office Services Division
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216-0530

Ohio Department of Taxation
PO Box 1090
Columbus, OH 43216-1090

Optimum Outcomes
Attn: Managng Agent/Bankruptcy
PO Box 58015
Raleigh, NC 27658-8015

Overby Marine Sales & Service, Inc.
Attn: Managing Agent
480 Bobbitt Road
Kitrell, NC 27544-9526

PNC Bank
222 Delaware Avenue
Wilmington, DE 19801-1637

PNC Bank, NA
PO Box 94982
Cleveland, OH 44101-4982

(p)SCANA AND SUBSIDIARIES
220 OPERATION WAY
MAIL CODE C 222
CAYCE SC 29033-3701

Pamela P Keenan
PO Box 19766
Raleigh, NC 27619-9766
served via cm/ecf

Pamela P. Keenan
Kirschbaum Nanney Keenan & Griffin
PO Box 19766
Raleigh, NC 27619-9766
served via cm/ecf

Patricia Andrews
212 Sonoma Valley Drive
Cary, NC 27518-5303

Patricia Smith
Smith Investment Trust
1329 Cypress Trail
Fenton, MO 63026-3607

Patricia W. Lassiter
831 Dusty Hill Road
Conway, NC 27820-9674

Paychex
Attn: Managing Agent/Bankruptcy
911 Panorama Trail S.
Rochester, NY 14625-2396

Rolfe F Pope
P O Box 1992
Anacortes, WA 98221-6992

Protective Life Insurance Company
Attn: Managing Officer/Bankruptcy
Post Office Box 12687
Birmingham, AL 35202-6687

Prudential Annuities Life Insurance
1 Corporate Drive
PO Box 884
Shelton, CT 06484-6208

Prudential Financial Inc.
751 Broad Street
Newark, NJ 07102-3714

Prudential Nnuities Life Assurance Corp.
2999 North 44th St., Ste. 550
Phoenix, AZ 85018-7295

Raymond N. Hayward
123 Cloverleaf Drive
Roanoke Rapids, NC 27870-9333

Rebecca F. Redwine
Hendren Redwine & Malone, PLLC
4600 Marriott Drive, Suite 150
Raleigh, NC 27612-3367

Richard Tuttle & Associates, LLC
4089 Mays Store Road
Franklinton, NC 27525-8323

Rolesville Storage Center
Attn: Suzanne Cofer, Manager
417 S. Main St., 100 Storage Dr.
Rolesville, NC 27571

Rolfe Pope
P O Box 1992
Anacortes, WA 98221-6992

Ronnie Payne
215 E Cliveden St.
Philadelphia , PA 19119-2312

Ruby B. Hearne
821 Greyson Road
Rocky Mount, NC 27804-9638

Tyler J. Russell
Ward and Smith
P.O. Box 8088
Greenville, NC 27835-8088

SYNCB/PayPal Credit Services
Attn: Managing Agent/Bankruptcy
PO Box 960080
Orlando, FL 32896-0080

Sasha Brodsky
1362 Pacific Avenue Suite 219
Santa Cruz, CA 95060-3932

Security Central
Attn: Managing Officer/Bankruptcy
PO Box 602371
Charlotte, NC 28260-2371

Signature Flight
c/o CT Corporation System, Register
225 Hillsborough St.
Raleigh, NC 27603-1767

Silvia K. Newman
90 Rabbit Run
Franklinton, NC 27525-9681

Spartan Financial, Ltd.
c/o Granger Wilkins, Managing Agent
20 Boca Place
Youngsville, NC 27596-7333

Specialized Loan Servicing, LLC
Attn: Managing Agent/Bankruptcy
8742 Lucent Blvd., Suite 300
Littleton, CO 80129-2386

Spencer Insurance Agency Inc
Attn: Managing Agent/Bankruptcy
3625 Rogers Rd., Ste 103
Wake Forest, NC 27587-7634

Stanley M. Cichowicz
PO Box 429
Pleasant Garden, NC 27313-0429

Stanley and Diane Cichowicz
c/o James Hash
Everett Gaskins Hancock LLP
PO Box 911
Raleigh, NC 27602-0911

State Farm
Attn: Managing Agent/Bankruptcy
3 Ravinia Drive
Atlanta, GA 30346-2118

Stuart Allan and Associates, Inc.
Attn: Managing Agent/Bankruptcy
5447 E. 5th Street, Ste 110
Tucson, AZ 85711-2345

Stubbs & Perdue, P.A.
9208 Falls of Neuse Road
Suite 201
Raleigh, NC 27615-2438
 served via cm/ecf

Susan Bowles-Clear
1495 Meridian Court
Woodbridge, VA 22191-2928

Terri A. Simmons CPA, PLLC
6350 Rogers Road
Rolesville, NC 27571-9371

The Baltimore Life Companies
10075 Red Run Boulevard
Owings Mills, MD 21117-4871

The Go Daddy Group, Inc. (GoDaddy.com)
Attn: Managing Officer/Agent
14455 N. Hayden Rd., Suite 226
Scottsdale, AZ 85260-6947

The Lincoln National Life Ins Co
Attn: Managing Officer/Bankruptcy
100 North Greene Street
Greensboro, NC 27401-2547

The Smith Investment Trust 2005
Tte Anthony W. March U/A Dated 12/29/05
c/o Anthony March
11310 Colbert Creek Loop, Apt. 307
Raleigh, NC 27614-6676

Thomas Duncan
Duncan Investment Trust
3988 Caminito Terviso
San Diego, CA 92122-1979

Time Warner Cable
Attn: Managing Officer/Bankruptcy
101 Innovation Drive, Suite 100
Morrisville, NC 27560-8586

Tools Plus
153 Meadow St.
Waterbury, CT 06702-1800

Tracy Winegarner
2698 Capaldi Drive
Marion, OH 43302-8627

Transworld Systems Inc.
Attn: Managing Agent/Bankruptcy
507 Prudential Road
Horsham, PA 19044-2308

Travis Sasser
Sasser Law Firm
2000 Regency Parkway Suite 230
Cary, NC 27518-8508
 served via cm/ecf

Unique Homes
Attn: Managing Agent/Bankruptcy
3051 Tech Drive
St. Petersburg, FL 33716-1001

United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-1461

Universal Avionics
Attn: Managing Agent/Officer
3260 E Universal Way
Tucson, AZ 85756-5097

Vonange Business
Attn: Managing Officer/Bankruptcy
23 Main Street
Holmdel, NJ 07733-2136

WELLS FARGO BANK N.A
PO BOX 29482
PHOENIX AZ 85038-9482

Wake County Tax Collector
Attn: Managing Agent/Bankruptcy
PO Box 2331
Raleigh, NC 27602-2331

Wake Electric
Attn: Managing Officer/Bankruptcy
100 S. Franklin Street
Wake Forest, NC 27587-2747

WakeMed
Attn: Managing Agent/Bankruptcy
PO Box 29516
Raleigh, NC 27626-0516

Jill Walters
Poyner Spruill LLP
PO Box 1801
Raleigh, NC 27602-1801
served via cm/ecf

John M. Weinberg
800 SE 3rd Ave., Ste. 301
Ft. Lauderdale, FL 33316-1152

Wells Fargo Advisors, LLC
Attn:  Managing Agent/Officer
One North Jefferson Avenue
St. Louis, MO 63103-2205

Wells Fargo Advisors, LLC
Attn: Managing Agent/Officer
327 Hillsboro Street
Raleigh, NC 27603-1725

Wells Fargo Bank, N.A.
P.O. Box 45038 MAC Z3057012
Jacksonville, FL 322325038

Wells Fargo Bank, N.A.
Attn: Officer
101 N. Phillips Avenue
Sioux Falls, SD 57104-6714

Wells Fargo Bank, N.A.
Attn: Managing Officer/Bankruptcy
PO Box 348750
Sacramento, CA 95834-8750

William Fischer
591 Red Gate Road
Pittsboro, NC 27312-7934

Leonard Williams
IRS Exempt Organizations Division
409 Kroger Boulevard, Suite 102
Mail Stop 39
Greensboro, NC 27407

Williams Overman Pierce, L.L.P.
Attn: Officer/Managing Agent
2501 Atrium Drive, Suite 500
Raleigh, NC 27607-6492

X8 Aviation, LLC
15105-D John J. Delaney Drive
PMB 302
Charlotte, NC 28277-2848

X8 Aviation, LLC
c/o Schell Bray Aycock Abel
and Livingston PLLC, Registered Agent
230 North Elm St., Ste. 1500
Greensboro, NC 27401-2499

X8 Aviation, LLC
15105-D John J. Delaney Drive
PMB302
Charlotte, NC 28277-2848

Yale Products, Inc.
c/o J. Caleb Thomas
Parker Poe Adams & Bernstein LLP
P. O. Box 389
Raleigh, NC 27602-0389

Constance Young
Womble Carlyle Sandridge & Rice, LLP
3500 One Wells Fargo Center
301 S. College Street
Charlotte, NC 28202-6052

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB AND T
PO BOX 1847
Wilson, NC 27894-1847

Bankruptcy Administrator
434 Fayetteville Street, Ste. 640
Raleigh, NC 27601

(d)Branch Banking & Trust Company
ATTN: Mr. Jack Hayes
P.O. Box 1847
Wilson, NC 27894-1847

DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
Englewood, CO 80155-6550

Ford Credit
National Bankruptcy Service Center
PO Box 62180
Colorado Springs, CO 80962

(d)Ford Motor Credit Company LLC
Dept  55953
P O Box 55000
Detroit  MI, 48255-0953

(d)Ford Motor Credit Company LLC
PO Box 62180
Colorado Springs, CO 80962

Internal Revenue Service
Centralized Insolvency/Bankruptcy
P.O. Box 21126
Philadelphia, PA 19114-0326

Lexus Financial Services
Attn: Managing Agent/Bankruptcy
PO Box 17187
Baltimore, MD 21297-7187

PSNC Energy
Attn: Managing Officer/Bankruptcy
PO Box 100256
Columbia, SC 29202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)James B Angell<br>Howard Stallings et al, P.A.<br>PO Box 12347<br>Raleigh, NC 27605-2347 | (u)Appian Way 54 LLC | (u)Atria Management Services, Inc. |
| (u)Bankruptcy Administrator | (u)Ella Bason | (u)Birely Marine Service, Inc |
| (u)Charles R. Newman<br>Managing Agent, Asset Trader<br>32239 Blackjack Road Batesville, MS 3860 | (u)Diane Cichowicz | (u)Stanley M Cichowicz |
| (u)Country Boys Auction & Realty | (d)Duncan Investment Trust Tte Anthony W. Mar<br>c/o Anthony W. March<br>11310 Colbert Creek Loop, Apt. 307<br>Raleigh, NC 27614-6676 | (u)Paul A. Fanning |
| (u)Ford Motor Credit Company LLC | (u)Goldman Antonetti & Cordova, LLC | (u)Dorothy Gregory |
| (d)Holmes P Harden<br>Williams Mullen<br>A Professional Corporation<br>P. O. Drawer 1000<br>Raleigh, NC 27602-1000 | (u)Insurance Brokerage Agencies | (d)James Hash<br>Everett Gaskins Hancock LLP<br>PO Box 911<br>Raleigh, NC 27602-0911 |
| (u)Mary S Klutz | (u)Patricia W. Lassiter | (u)Leith, Inc. |
| (d)Lloyd's of Rolesville, LLC<br>c/o Caren D. Enloe<br>PO Box 26268<br>Raleigh, NC 27611-6268 | (d)Mary S. Klutz<br>422 Dodson Road<br>Mebane, NC 27302-9725 | (d)Mason Foulk<br>912 Sugar Gap Road, #302<br>Wake Forest, NC 27587-3872 |
| (d)Maxine March<br>3820 Heritage Spring Circle<br>Wake Forest, NC 27587-8375 | (u)Ruth U Mitchell | (u)Nick Fiorillo - Appian Way 54 LLC |

(d)PNC Bank, NA
P.O. Box 94982
Cleveland, OH 44101-4982

(d)Patricia H. Andrews
212 Sonoma Valley Drive
Cary, NC 27518-5303

(d)Catherine R. Prehn
4423 Regent Drive
Wilmington, NC 28412-2544

(u)Carolyn Riddick

(u)Karl Baron Rohl

(d)Rolfe F Pope
P O Box 1992
Anacortes, WA 98221-6992

(d)Rolfe F. Pope
P.O. Box 1992
Anacortes, WA 98221-6992

(d)Ruth U. Mitchell
475 Shade Lane
Apex, NC 27523-5548

(u)Betty Jo Temple

(u)Tom Temple

(u)The Marine Survey Group

(d)Valarie March
1218 Heritage Club Avenue
Wake Forest, NC 27587-4229

(u)Wells Fargo Bank, N.A.

(d)Granger Wilkins
20 Boca Place
Youngsville, NC 27596-7333

(d)Granger Wilkins
20 Boca Place
Youngsville, NC 27596-7333

(u)Williams, Overman, Pierce, LLP

(d)Arthur Wilson
4701 Date Avenue, Unit 302
LaMesa, CA 91942-0291

(d)Tracy Winegarner
2698 Capaldi Drive
Marion, OH 43302-8627

(u)Yale Products, Inc.

End of Label Matrix
Mailable recipients   224
Bypassed recipients    46
Total                 270

Label Matrix for local noticing
0417-5
Case 16-00522-5-DMW
Eastern District of North Carolina
Raleigh
Mon Oct 30 14:18:56 EDT 2017

AMCOL Systems Inc.
Attn: Managing Agent/Bankruptcy
111 Lancewood Road
Columbia, SC 29210-7523

Allianz Life Insurance Company of North Amer
Premium EFT Account Treasury
5701 Golden Hills Drive
Minneapolis, MN 55416-1297

Alpha-Advantage
Attn: Managing Agent/Bankruptcy
891 Emeline Lane
Kitty Hawk, NC 27949-4271

James B Angell
Howard Stallings et al, P.A.
PO Box 12347
Raleigh, NC 27605-2347

Asset Trader
c/o James B. Angell, Chapter 7 Trustee
PO Box 12347
Raleigh, NC 27605-2347

At Your Service
934 W Kitty Hawk Road
Suite 4
Kitty Hawk, NC 27949-4280

(p)BANKRUPTCY ADMINISTRATOR EDNC
434 FAYETTEVILLE STREET
SUITE 640
RALEIGH NC 27601-1888

Bankruptcy Administrator
Two Hannover Square, Ste. 640
434 Fayetteville Street
Raleigh, NC 27601-1701

Ella Bason
c/o Everett Gaskins Hancock LLP
P.O. Box 911
Raleigh, NC 27602-0911

Batch, Poore & Williams, P.C.
Attn: Managing Agent
107 Fayetteville Street, Suite 100
Raleigh, NC 27601-2913

Brian Behr
Bankruptcy Administrator, EDNC
434 Fayetteville Street, Suite 640
Raleigh, NC 27601-1888

Betty Jo Temple
704 Shoulars Road
Rich Square, NC 27869-9415

Bexley at Heritage
916 Sugar Gap Raod
Wake Forest, NC 27587-3861

(p)JOHN C BIRCHER III
WHITE & ALLEN PA
1319 COMMERCE DRIVE
PO DRAWER U
NEW BERN NC 28563-8520
served via cm/ecf

(p)BB AND T
PO BOX 1847
WILSON NC 27894-1847

Nicholas C. Brown
Howard Stallings et al, P.A.
PO Box 12347
Raleigh, NC 27605-2347

Carolynn Riddick
2314 Lake Drive
Raleigh, NC 27609-7666

Century Link Bankruptcy
Attn: Managing Agent/Bankruptcy
359 Bert Kouns
Shreveport, LA 71106-8124

Christopher F. Wilson
21515 Hawthorne Blvd.
Suite 200
Torrance, CA 90503-6512

Stanley M Cichowicz
c/o Everett Gaskins Hancock LLP
P.O. Box 911
Raleigh, NC 27602-0911

J.M. Cook
J.M. Cook, P.A.
5886 Faringdon Place, Suite 100
Raleigh, NC 27609-3932
served via cm/ecf

(p)DIRECTV LLC
ATTN BANKRUPTCIES
PO BOX 6550
GREENWOOD VILLAGE CO 80155-6550

Davco Electric Inc.
Attn: Managing Agent/Bankruptcy
406 West Lake Drive
Kill Devil Hills, NC 27948-7818

David P. Meggs Builder Inc.
Attn: Managing Agent/Bankruptcy
33 Pintail Court
Kitty Hawk, NC 27949-3846

David Phillip Meggs
33 Pintail Court
Kitty Hawk, NC 27949-3846

Dorothy L. Gregory
c/o James M. Hash
Everett Gaskins Hancock LLP
P.O. Box 911
Raleigh, NC 27602-0911

Duke
Attn: Managing Agent/Bankruptcy
5213 South Alston Avenue
Durham, NC 27713-4430

Duncan Investment Trust Tte Anthony W. March
c/o Anthony W. March
11310 Colbert Creek Loop, Apt. 307
Raleigh, NC 27614-6676

EOS CCA
Attn: Managing Agent/Bankruptcy
PO Box 981002
Boston, MA 02298-1002

Ella W. Bason
3181 Bason Road
Mebane, NC 27302-9085

Steve England
8601 Six Forks Road, Ste. 400
Raleigh, NC 27615-2965

Steve F England
111 TOM MCLAUGHLIN ROAD
RED SPRINGS, NC 28377-8985

Paul A. Fanning
Ward and Smith, P. A.
Post Office Box 8088
Greenville, NC 27835-8088

J. Michael Fields
Ward and Smith, PA
PO Box 8088
Greenville, NC 27835-8088

Focus Management Group
Attn: Managing Agent/Bankruptcy
5001 West Lemon Street
Tampa, FL 33609-1103

Gray & Lloyd, LLP
3120 N. Croatan Hwy., Suite 101
Kill Devil Hills, NC 27948-9253

Dorothy Gregory
c/o Everett Gaskins Hancock LLP
P.O. Box 911
Raleigh, NC 27602-0911

Barry P. Gruher
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd., Suite 1110
Ft. Lauderdale, FL 33301-3535

Howard, Stallings, From , Hutson, Atkins, An
P.O. Box 12347
Raleigh, NC 27605-2347

ING Life Insurance
Attn: Managing Agent/Bankruptcy
151 Farmington Avenue
Hartford, CT 06156-8702

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

James M. Hash
Everett Gaskins Hancock LLP
P.O. Box 911
Raleigh, NC 27602-0911

Pamela P. Keenan
Kirschbaum, Nanney, Keenan & Griffin, PA
PO Box 19766
Raleigh, NC 27619-9766
 served via cm/ecf

Kelly's Management Group, Inc.
c/o Sharp, Michael & Graham
4820 Croatan Highway
Kitty Hawk, NC 27949-8913

Mary S Klutz
c/o Everett Gaskins Hancock LLP
P.O. Box 911
Raleigh, NC 27602-0911

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Lisa P. Sumner
P. O. Box 1801
Raleigh, NC 27602-1801

Lori P. March
3612 Greenville Loop
Wake Forest, NC 27587-5687

Marjorie K. Lynch
Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601-1888

MEEDL LLC
Pamela P Keenan
2418 Blue Ridge Road #200
Raleigh, NC 27607-6480

MEEDL, LLC
3411 Silverside Road, Ste 104
Wilmington, DE 19810-4809

Maid in the Shade
Attn: Managing Agent/Bankruptcy
135 The Winery
Manteo, NC 27954-9001

Anthony Wayne March
11310 Colbert Creek Loop
Apt #307
Raleigh, NC 27614-6676

Mary S. Klutz
422 Dodson Road
Mebane, NC 27302-9725

Maserati of Raleigh c/o Leith, Inc.
c/o Lisa P. Sumner
P. O. Box 1801
Raleigh, NC 27602-1801

MineralMeds Foundation, Inc.
Attn: Anthony W. March, Registered Agent
3524 N. Croatan Hwy., 2nd Floor
Kitty Hawk, NC 27949-9204

Ruth U Mitchell
c/o Everett Gaskins Hancock LLP
P.O. Box 911
Raleigh, NC 27602-0911

National Credit System
3800 Camp Creek Pkwy
Atlanta, GA 30331-6050

North Carolina Department of Revenu
Central Collection Unit
PO Box 1168
Raleigh, NC 27602-1168

Optimum Outcomes
Attn: Managing Agent/Bankruptcy
421 Fayetteville Street, Suite 600
Raleigh, NC 27601-1777

Pamela P Keenan
PO Box 19766
Raleigh, NC 27619-9766

served via cm/ecf

Prudential Annuities Life Assurance
1 Corporate Drive
PO Box 884
Shelton, CT 06484-6208

Prudential Annuities Life Assurance Corp.
2999 North 44th St., Ste. 550
Phoenix, AZ 85018-7295

Prudential Financial Inc.
751 Broad Street
Newark, NJ 07102-3714

Carolyn Riddick
c/o Everett Gaskins Hancock LLP
P.O. Box 911
Raleigh, NC 27602-0911

Rolfe Pope
P.O. Box 1992
Anacortes, WA 98221-6992

Ruth U. Mitchell
475 Shade Lane
Apex, NC 27523-5548

SYNCB/PayPal Credit Services
Attn: Managing Agent/Bankruptcy
Post Office Box 960080
Orlando, FL 32896-0080

Sasha Brodsky
1362 Pacific Avenue
Suite 219
Santa Cruz, CA 95060-3932

Specialized Loan Servicing, LLC
Attn: Managing Agent
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129-2386

Stanley and Diane Cichowicz
c/o James M. Hash
Everett Gaskins Hancock LLP
P.O. Box 911
Raleigh, NC 27602-0911

Stuart Allan & Associates, Inc.
Attn: Managing Agent
5447 E. 5th St., Ste 110
Tucson, AZ 85711-2345

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Betty Jo Temple
c/o Everett Gaskins Hancock LLP
P.O. Box 911
Raleigh, NC 27602-0911

Tom Temple
c/o Everett Gaskins Hancock LLP
P.O. Box 911
Raleigh, NC 27602-0911

The Go Daddy Group, Inc. (GoDaddy.com)
Attn: Managing Officer/Agent
14455 N. Hayden Rd., Suite 226
Scottsdale, AZ 85260-6947

The Smith Investment Trust 2005 Tte Anthony
c/o Anthony W. March
11310 Colbert Creek Loop, Apt. 307
Raleigh, NC 27614-6676

Time Warner Cable
Division Collection Group
101 Innovation Drive, Ste 100
Morrisville, NC 27560-8586

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Transworld Systems Inc.
Attn: Managing Agent/Bankruptcy
507 Prudential Road
Horsham, PA 19044-2308

WAKE COUNTY REVENUE DEPARTMENT
PO BOX 2331
RALEIGH, NC 27602-2331

Wake County Tax Collector
Attn: Managing Agent/Bankruptcy
PO Box 2331
Raleigh, NC 27602-2331

WakeMed
Attn: Managing Agent/Bankruptcy
PO Box 29516
Raleigh, NC 27626-0516

Jill Walters
Poyner Spruill LLP
PO Box 1801
Raleigh, NC 27602-1801
served via cm/ecf

John M. Weinberg
800 SE 3rd Ave., Ste. 301
Ft. Lauderdale, FL 33316-1152

John M. Weinberg
John M. Weinberg, PA
800 SE 3rd Avenue, Suite 301
Ft. Lauderdale, FL 33316-1152

Wells Fargo Advisors, LLC
Attn:  Managing Agent/Officer
One North Jefferson Avenue
St. Louis, MO 63103-2205

Wells Fargo Advisors, LLC
Attn: Managing Agent/Officer
327 Hillsboro Street
Raleigh, NC 27603-1725

Williams Overman Pierce, L.L.P.
Attn: Officer/Managing Agent
2501 Atrium Drive, Suite 500
Raleigh, NC 27607-6492

c/o James M. Hash
P.O. Box 911
Raleigh, NC 27602-0911

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bankruptcy Administrator
434 Fayetteville Street, Ste. 640
Raleigh, NC 27601

John C. Bircher III
White & Allen, P.A.
PO Drawer U
New Bern, NC 28563

(d)John C. Bircher III
White & Allen, PA
1319 Commerce Drive
PO Drawer U
New Bern, NC 28563

(d)John C. Bircher III
White & Allen, PA
1319 Commerce Drive
PO Drawer U
New Bern, NC 28563

Branch Banking & Trust Co.
Attn: Bankruptcy 100-70-01-51
Post Office Box 1847
Wilson, NC 27894-1847

DIRECTV Customer Service
Attn: Bankruptcy Claims
PO Box 6550
Greenwood Village, CO 80155-6500

Internal Revenue Service
Centralized Insolvency Unit
P. O. Box 21126
Philadelphia, PA 19114-0326

Lexus Financial Services
Attn: Managing Agent
Post Office Box 17187
Baltimore, MD 21297-7187

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)James B Angell
Howard Stallings et al, P.A.
PO Box 12347
Raleigh, NC 27605-2347

(u)Atria Management Services, Inc.

(u)Briley Marine Service, Inc.

(u)Goldman Antonetti & Cordova, LLC

(u)Patricia W. Lassiter

(u)Leith, Inc.

(u)MEEDL, LLC

(d)Lori P. March
3612 Greenville Loop
Wake Forest, NC 27587-5687

(du)Patricia W. Lassiter

(d)Toyota Motor Credit Corporation
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(u)Wells Fargo Bank, N.A.

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 90 |
| Bypassed recipients | 11 |
| Total | 101 |