1 Michael P. Klein
Chapter 7 Trustee/Pro Se
2 330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
3 (206) 842-3638
Fax: (206) 842-1541
4

**FILED**

NOV 2 7 2017

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

5

6

7              UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF NORTH CAROLINA
8                    RALEIGH DIVISION

9 IN RE: ASSET TRADER,            NO. 16-02794-5-DMW

10        Debtor.                 CHAPTER 7

11

12 IN RE: ANTHONY WAYNE MARCH,    NO. 16-00522-5-DMW

13        Debtor.                 CHAPTER 7

                                  OPPOSITION TO MOTION FOR
14                                APPROVAL OF COMPROMISE

15

16

17

18

19

20

21

22

23

24

25

OPPOSITION TO MOTION FOR APPROVAL
OF COMPROMISE - 1

Michael P. Klein
Chapter 7 Trustee/Pro Se
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638

1
## I. INTRODUCTION

2    Michael P. Klein, Chapter 7 Trustee for the Bankruptcy Estate of Rolfe Chester Fred

3    Pope (the "Pope Trustee"), respectfully requests the Court deny the Trustee's Motion for

4    Approval of Compromise (Dkt. No. 728). Mr. Klein was only recently appointed the Chapter 7

5    trustee for Mr. Pope's bankruptcy estate, and requires additional time to investigate the claims

6    amongst the bankruptcy estates of Pope, Asset Trader, and March. But more importantly, Mr.

7    Angell (the "Asset Trader Trustee") has not obtained relief from stay in the Pope bankruptcy

8    case to diminish the interest now held by the Pope Trustee. An order approving the

9    compromise would violate the automatic stay imposed by Pope's bankruptcy filing.

10
## II. PERTINENT FACTS/PROCEDURAL HISTORY

11    Rolfe Chester Fred Pope filed for Chapter 7 bankruptcy relief on October 3, 2017 in the

12    United States Bankruptcy Court for the Western District of Washington.[1] Michael P. Klein

13    was appointed Chapter 7 trustee for the Pope bankruptcy estate.[2] Mr. Angell, in his capacity as

14    Chapter 7 trustees for the March bankruptcy estate and Asset Trader bankruptcy estate, filed

15    his Motion for Approval of Compromise on October 30, 2017. Dkt. No. 728. Mr. Angell did

16    not seek relief from the United States Bankruptcy Court for the Western District of Washington

17    prior to filing the Motion for Approval of Compromise, nor has any motion for relief from the

18    automatic stay been filed in the interceding weeks.[3] The claim against the Asset Trader

19    bankruptcy estate filed by Pope prior to his bankruptcy filing (and allowed by this Court) is an

20    asset of the Pope bankruptcy estate.

21
## III. AUTHORITY & ARGUMENT

22    "The automatic stay enjoins the enforcement of 'any act to obtain possession of

23    property of the estate or of property from the estate or to exercise control over property of the

24
[1] Declaration of Michael P. Klein, ¶ 2.
25    [2] Declaration of Michael P. Klein, ¶ 2.
[3] Declaration of Michael P. Klein, ¶ 2.

OPPOSITION TO MOTION FOR APPROVAL
OF COMPROMISE - 2

Michael P. Klein
Chapter 7 Trustee/Pro Se
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638

1   estate.'" *In re Carroll*, 903 F.2d 1266, 1270 (9th Cir. 1990) (citing 11 U.S.C. § 362(a)(3)).

2   Property of the estate includes all interests of the debtor as of the commencement of the

3   bankruptcy case. 11 U.S.C. § 541(a). In the Ninth Circuit, ". . . [a]ctions taken in violation of

4   the automatic stay are void." *Burton v. Infinity Capital Mgmt.,* 862 F.3d 740, 747 (9th Cir.

5   2017) (citing *In re Schwartz*, 954 F.2d 569, 571 (9th Cir. 1992)). "This rule applies to judicial

6   proceedings." *Burton*, 862 F.3d at 747 (citing *Gruntz*, 202 F.3d at 1082; *In re Shamblin*, 890

7   F.2d 123, 125 (9th Cir. 1989)).

8        The Motion for Approval of Compromise seeks an order from the Court that will, at a

9   minimum, exercise control over property of the Pope bankruptcy estate. The Pope bankruptcy

10   estate has an allowed claim against the Asset Trader bankruptcy estate in the amount of

11   $526,951.16. Dkt. No. 708 at page 11. Under the terms of the compromise proposed by the

12   Asset Trader Trustee, holders of allowed unsecured claims, such as the Pope bankruptcy estate,

13   will receive an estimated distribution of 11.36% absent the settlement, and a lower distribution

14   if the settlement is approved. Dkt. No. 728 (Motion for Approval of Compromise) at page 5;

15   Exhibit C. Any order entered on the Asset Trader Trustee's motion will constitute a violation

16   of the automatic stay that was imposed by Pope's bankruptcy filing. The order as applied to

17   Mr. Pope's claim will be void. Accordingly, the Court should deny the Motion for Approval of

18   Compromise until the Asset Trader Trustee obtains relief from stay from the United States

19   Bankruptcy Court for the Western District of Washington. *See also In re Palmdale Hills*

20   *Prop., LLC*, 654 F.3d 868, 871 (9th Cir. 2011) (the automatic stay imposed by Section 362 bars

21   actions that would diminish the estate of a debtor; thus, if a second debtor wants to equitably

22   subordinate the creditor claims of the first debtor, the second debtor must seek relief from the

23   first debtor's home bankruptcy court).

24

25

OPPOSITION TO MOTION FOR APPROVAL
OF COMPROMISE - 3

Michael P. Klein
Chapter 7 Trustee/Pro Se
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638

1

## IV. CONCLUSION

2    The Asset Trader Trustee's motion should be denied.  He failed to seek relief from stay

3    from the United States Bankruptcy Court for the Western District of Washington prior to filing

4    the Motion for Approval of Compromise.  Any order entered by this Court would be void as to

5    the creditor claim in which the Pope bankruptcy estate now has an interest.

6

7    DATED this __27th__ day of November, 2017.

8    /s/ Michael P. Klein
     Michael P. Klein, Pro Se Chapter 7 Trustee
9    330 Madison Ave. S., Suite 110
     Bainbridge Island, WA 98110
10   (206) 842-3638

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

OPPOSITION TO MOTION FOR APPROVAL
OF COMPROMISE - 4

Michael P. Klein
Chapter 7 Trustee/Pro Se
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638

1   Michael P. Klein
    Chapter 7 Trustee/Pro Se
2   330 Madison Ave. S., Suite 110
    Bainbridge Island, WA 98110
3   (206) 842-3638
    Fax: (206) 842-1541
4

5

6

7                    UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF NORTH CAROLINA
8                          RALEIGH DIVISION

9   IN RE: ASSET TRADER,                    NO. 16-02794-5-DMW

10       Debtor.                            CHAPTER 7

11
    IN RE: ANTHONY WAYNE MARCH,             NO. 16-00522-5-DMW
12
         Debtor.                            CHAPTER 7
13
                                            DECLARATION OF MICHAEL P. KLEIN
14                                          IN SUPPORT OF OPPOSITION TO
                                            MOTION FOR APPROVAL OF
15                                          COMPROMISE

16

17   The undersigned makes the following statement under penalty of perjury:

18   1. I am over 18 years of age, am competent to testify to the statements herein and

19      make the statements herein based on facts personally known to me.

20   2. I am the duly appointed trustee in the Chapter 7 bankruptcy case of Rolfe Chester

21      Fred Pope, pending in the United States Bankruptcy Court for the Western District

22      of Washington, Case No. 17-14354-MLB.

23   3. Rolfe Chester Fred Pope filed for Chapter 7 bankruptcy relief on October 3, 2017 in

24      the United States Bankruptcy Court for the Western District of Washington.  Mr.

25

DECLARATION OF MICHAEL P. KLEIN IN SUPPORT OF                    Michael P. Klein
OPPOSITION TO MOTION FOR APPROVAL OF COMPROMISE -            Chapter 7 Trustee/Pro Se
1                                                          330 Madison Ave. S., Suite 110
                                                           Bainbridge Island, WA 98110
                                                                 (206) 842-3638

1   Angell did not seek relief from the United States Bankruptcy Court for the Western

2   District of Washington prior to filing the Motion for Approval of Compromise, nor

3   has any motion for relief from the automatic stay been filed since Mr. Angell filed

4   the Motion for Approval of Compromise.  The claim against the Asset Trader

5   bankruptcy estate filed by Pope prior to his bankruptcy filing (and allowed by this

6   Court) is an asset of the Pope bankruptcy estate.

7

8   DATED this __27th____ day of November, 2017.

9                                          /s/Michael P. Klein
                                           Michael P. Klein, Chapter 7 Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DECLARATION OF MICHAEL P. KLEIN IN SUPPORT OF
OPPOSITION TO MOTION FOR APPROVAL OF COMPROMISE -
2

Michael P. Klein
Chapter 7 Trustee/Pro Se
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In Re:                                          No. 16-20794-5-DMW

ASSET TRADER

                          Debtor.

In Re:                                          No. 16-00522-5-DMW

ANTHONY WAYNE MARCH

                          Debtor.

The undersigned hereby certifies that a true copy of the Opposition to Motion for Approval of Compromise, Declaration of Michael P Klein in Support of Opposition to Motion for Approval of Compromise and Proposed Order Denying Motion for Approval of Compromise were emailed to Marjorie K Lynch, Esquire and James B Angell, Chapter 7 Trustee on the 27th day of November, 2017.

Dated:    November 27, 2017


                                        /s/ Michael P. Klein
                                        Michael P. Klein

CERTIFICATE OF MAILING

**Michael P. Klein**
Attorney at Law
330 Madison Avenue S. Suite 110
Bainbridge Island, Washington 98110
(206) 842-3638