UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| ASSET TRADER | 16-02794-5-DMW |
| DEBTOR | CHAPTER 7 |

## SUPPLEMENT TO MOTION FOR CONFIRMATION OF SALE AND APPLICATION TO PAY BROKER'S COMMISSION

NOW COMES James B. Angell ("Trustee"), Chapter 7 Trustee in the above-captioned case, and files the following supplement to the Motion for Confirmation of Sale and Application to Pay Broker's Commission previously filed in this case on January 2, 2018 (DE 788), as follows:

The Trustee supplements the original application to disclose that an anticipated $15,000.00 of insurance premiums will need to be paid prior to closing, in addition to the $45,000.00 previously paid.

DATED: January 22, 2018

                                             s/James B. Angell
                                             James B. Angell
                                             Howard, Stallings, From,
                                             Atkins, Angell & Davis, P.A.
                                             State Bar No. 12844
                                             P.O. Box 12347
                                             Raleigh, NC 27605
                                             Telephone: (919) 821-7700
                                             Facsimile: (919) 821-7703
                                             jangell@hsfh.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: |
|---|---|
| ASSET TRADER | 16-02794-5-DMW |
| DEBTOR | CHAPTER 7 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and the **SUPPLEMENT TO MOTION FOR CONFIRMATION OF SALE AND APPLICATION TO PAY BROKER'S COMMISSION** was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below or at the appropriate electronic server:

Bankruptcy Administrator
Served via cm/ecf and email to
Karen_Cook@nceba.uscourts.gov;
Lesley_Cavanaugh@nceba.uscourts.gov; and
Rick_Hinson@nceba.uscourts.gov

Dated: January 22, 2018

/s/Michelle R. Murdock
Michelle R. Murdock, Paralegal
Howard, Stallings, From, Atkins,
Angell & Davis, P.A.
Post Office Box 12347
Raleigh, NC 27605-2347
Telephone: (919) 821-7700