**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-02794 | | | | Trustee Name: | | James B. Angell |
|---|---|---|---|---|---|---|---|
| Case Name: | ASSET TRADER | | | | Date Filed (f) or Converted (c): | | 09/14/2016 (c) |
| For the Period Ending: | 12/31/2017 | | | | §341(a) Meeting Date: | | 06/28/2016 |
| | | | | | Claims Bar Date: | | 01/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |

| Ref. # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Cash on hand | $0.00 | $0.00 | | $14.32 | FA | $0.00 | $0.00 |
| 2 | Wells Fargo Business Checking 3618 | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| 3 | Wells Fargo Business Checking 7303 | $1.08 | $0.00 | | $1.08 | FA | $0.00 | $0.00 |
| 4 | Wells Fargo Advisors 1669 | $0.00 | $0.00 | | $2.47 | FA | $0.00 | $0.00 |
| 5 | Long-term Investment Return Through Spartan Financial | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| 6 | Office furniture- Desks purchased w/DOS | $25,000.00 | $0.00 | | $32,715.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Motion for Private Sale filed 8/5/2016 DE 236 and order entered 9/13/2016 DE 276. Notice of Public Sale filed 7/26/2016 DE 212. Report of Sale filed 9/6/2016 DE 267 and Order entered 9/13/2016 DE 277. | | | | | | | |
| 7 | Office furniture- Lights, Chandeliers and Appliances | $30,000.00 | $0.00 | | $5,875.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Notice of Public Sale filed 7/26/2016 DE 212. Report of Sale filed 9/6/2016 DE 267 and Order entered 9/13/2016 DE 277. | | | | | | | |
| 8 | Office equipment- Apple Computers, TV's, Printers, Scanners and Phone System (subscription w/Vonage) | $35,000.00 | $0.00 | | $15,155.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Notice of Public Sale filed 7/26/2016 DE 212. Report of Sale filed 9/6/2016 DE 267 and Order entered 9/13/2016 DE 277. | | | | | | | |
| 9 | Office equipment- Coeco Office Systems | $0.00 | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Motion to Reject Executory Contracts and Unexpired Leases filed 9/6/2016 DE 271 and Order entered 10/17/2016 DE 318. | | | | | | | |
| 10 | Collectibles- Artwork/Figurines/etc | $10,000.00 | $0.00 | | $11,160.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Notice of Public Sale filed 7/26/2016 DE 212. Report of Sale filed 9/6/2016 DE 267 and Order entered 9/13/2016 DE 277. | | | | | | | |
| 11 | 1972 Chevrolet Malibu | $12,075.00 | $0.00 | | $12,750.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Notice of Sale filed 6/24/2016 DE 139. Report of Sale filed 8/4/2016 DE 233 and Order entered 8/22/2016 DE 252 | | | | | | | |
| 12 | 1962 Chevy II | $48,000.00 | $0.00 | | $48,000.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Notice of Sale filed 6/24/2016 DE 139. Report of Sale filed 8/4/2016 DE 233 and Order entered 8/22/2016 DE 252 | | | | | | | |
| 13 | 2009 Jaguar XKR | $30,000.00 | $0.00 | | $30,000.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Notice of Sale filed 6/24/2016 DE 139. Report of Sale filed 8/4/2016 DE 233 and Order entered 8/22/2016 DE 252 | | | | | | | |
| 14 | 2003 Ferrari 360 Modena | $63,000.00 | $0.00 | | $64,400.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Notice of Sale filed 6/24/2016 DE 139. Report of Sale filed 8/4/2016 DE 233 and Order entered 8/22/2016 DE 252. Additional parts related to vehicle located at Southtown Circle offices sold at public sale held 8/24/2016. Notice of Public Sale filed 7/26/2016 DE 212. Report of Sale filed 9/6/2016 DE 267 and Order entered 9/13/2016 DE 277. | | | | | | | |
| 15 | 2005 Bentley Continental GT | $39,000.00 | $0.00 | | $39,000.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Lienholder is Maserati of Raleigh c/o Leith, Inc. Notice of Sale filed 6/24/2016 DE 139. Report of Sale filed 8/4/2016 DE 233 and Order entered 8/22/2016 DE 252 | | | | | | | |
| 16 | 2014 Polaris | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| Asset Notes: | Potential lien holders are unknown | | | | | | | |
| 17 | 1990 Derecktor Motor yacht | Unknown | Unknown | | $605,479.67 | Unknown | $0.00 | $0.00 |
| | | **SUBTOTALS** | | | $0.00 | | $0.00 | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-02794 | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | ASSET TRADER | | Date Filed (f) or Converted (c): | 09/14/2016 (c) |
| For the Period Ending: | 12/31/2017 | | §341(a) Meeting Date: | 06/28/2016 |
| | | | Claims Bar Date: | 01/09/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| Asset Notes: | Lienholder is Atria Management and Yale Products. Consent Order entered 9/7/2017 DE 696- Purchase price of $450,000. Court will determine trustee's motion to pay Art Brooks Sea co. for survey $2,000 and brokers commissions at a later hearing. Funds of $415,306.60 to be paid to Atria and held pending further orders. Remaining funds to be held by trustee- no bank fees. 10 days after closing to assert any 506c fees | | | | | | | |
| 18 | 1988 Beechcraft BE-400 | Unknown | $0.00 | | $235,000.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Notice of Public Sale filed 6/24/2016 DE 140 and Notice of Rescheduled Public Sale filed 7/26/2016 DE 215. Report of Sale filed 9/19/2016 DE 288 and Order entered 10/28/2016 DE 339. | | | | | | | |
| 19 | Lease Agreements for 300, 302, 304 and 410 Southtown Circle, Rolesville | Unknown | $0.00 | | $0.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Motion to Reject Executory Contracts and Unexpired Leases filed 9/6/2016 DE 270 and Order entered 10/17/2016 DE 317. Motion to Reject Agreement for Purchase and Sale of Real Property filed 9/20/2016 DE 290 and Order entered 1/11/2017 DE 440. | | | | | | | |
| 20 | 15.8 acre property located in the North Point/Peninsula of Great Harbour Cay, Bahamas | $600,000.00 | $0.00 | OA | $0.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Notice of Abandonment filed 8/4/2016 DE 234 | | | | | | | |
| 21 | Internet domain names and websites- Websites, software and domain names | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| 22 | Notes receivable- Note from Steve England | $70,000.00 | Unknown | | $95,000.00 | Unknown | $0.00 | $0.00 |
| Asset Notes: | Motion to Approve Compromise filed 4/18/2017 DE 563 and Order entered 5/16/2017 DE 610. Settlement payment $95,000 Steve England and Capstone waive all claims Trustee retains Trek racing road bike for estate | | | | | | | |
| 23 | Notes receivable- Note from Anthony March | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| 24 | Notes receivable- Note from Charles Newman | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| 25 | Interests in insurance policies or annuities | Unknown | Unknown | | $0.00 | Unknown | $0.00 | $0.00 |
| Asset Notes: | Motion to Approve Compromise with Patricia Andrews filed 5/11/2017 DE 600. Order entered 6/9/2017 de 637. Upon the sale of the Life Policy the proceeds, net of costs of sale, including but not limited to any broker commissions, shall be paid in equal shares to the estate and to Andrews. Nothing in the settlement shall entitle Andrews to an administrative claim against the estate for failure to pay premiums on the Life Policy. Claim No. 23-1 shall be allowed as an unsecured claim in the amount of $324,787.13 and Andrews waived any other claims she may have against the estate. Each party shall bear the tax consequences of any amounts received.<br><br>See also Asset No. 28 | | | | | | | |
| 26 | Gym equipment and locker room | $0.00 | $0.00 | | $7,185.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Notice of Public Sale filed 7/26/2016 DE 212. Report of Sale filed 9/6/2016 DE 267 and Order entered 9/13/2016 DE 277. | | | | | | | |
| 27 | Excess proceeds from sale of repossessed leased vehicle (u) | $0.00 | $0.00 | | $451.00 | FA | $0.00 | $0.00 |
| Asset Notes: | Ford VIN ending in FFC67775 | | | | | | | |

SUBTOTALS  $0.00  $0.00

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 16-02794 | | | Trustee Name: | James B. Angell |
| Case Name: | ASSET TRADER | | | Date Filed (f) or Converted (c): | 09/14/2016 (c) |
| For the Period Ending: | 12/31/2017 | | | §341(a) Meeting Date: | 06/28/2016 |
| | | | | Claims Bar Date: | 01/09/2017 |

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exemption Amount |
| 28 | Assurity Life Insurance Company | $0.00 | Unknown | | $476.69 | Unknown | $0.00 | $0.00 |
| 29 | 1218 Heritage Club Ave, Wake Forest (u) | $0.00 | Unknown | | $136,495.03 | Unknown | $0.00 | $0.00 |
| **Asset Notes:** | Joint Motion to Approve Compromise filed in the Asset Trader case and the Charles & Silvia Newman case (16-04611-5-DMW) on 11/2/2016 DE 344. Order entered 11/16/2016 DE 371. Notice of Abandonment of misc furnishings filed 4/18/2017 DE 564 | | | | | | | |
| 30 | Postage Stamps (u) | $0.00 | $42.63 | | $42.63 | FA | $0.00 | $0.00 |
| 31 | Goldman Antonetti & Cordova, LLC - Preference/Fraudulent Litigation (u) | $0.00 | Unknown | | $2,520.00 | Unknown | $0.00 | $0.00 |
| **Asset Notes:** | Motion to Approve Compromise filed 6/9/2017 DE 638. Order entered 8/11/2017 DE 680. Settlement amount $2,520.00. GAC allowed an unsecured claim in the amount of $7,784.75 all other claims waived; Trustee waives all claims | | | | | | | |
| 32 | PSNC Energy (u) | $0.00 | Unknown | | $102.83 | Unknown | $0.00 | $0.00 |
| 33 | AP Case No. 17-00045 Trustee v. Cheshire Parker Schneider & Bryan, PLLC & Batch Poore & WIlliams, PC (u) | $0.00 | Unknown | | $7,400.00 | Unknown | $0.00 | $0.00 |
| **Asset Notes:** | Motion for Approval of Compromise with Cheshire Parker Schneider & Bryan PLLC filed 8/4/2017 DE 678. Order entered 9/8/2017 DE 697. Settlement Amount $7,400 and waiver of all claims against the estate. (Upon order approving compromise AP case will be dismissed solely as to CPSB without further notice or motion) | | | | | | | |
| 34 | Trustee Insurance Agency | $0.00 | $23.56 | | $23.56 | $0.00 | $0.00 | $0.00 |
| **Asset Notes:** | Reimbursement of premiums paid to insure Yacht | | | | | | | |
| 35 | Proceeds from sale of bike and coins (u) | $0.00 | $0.00 | | $2,680.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS (Excluding unknown value)** | **$962,076.08** | **$66.19** | | **$1,351,929.28** | **$0.00** | **$0.00** | **$0.00** |

**Major Activities affecting case closing:**

12/31/2017   THE TRUSTEE IS CURRENTLY AWAITING AN ORDER ON HIS MOTION TO SALE AN INSURANCE POLICY AND WORKING TOWARDS NEGOTIATING A COMPROMISE WITH THE ANTHONY MARCH ESTATE. THE TRUSTEE IS PREPARING TO FILE ADVESARY PROCEEDINGS TO COLLECT MONIES FOR THE ESTATE.

| Initial Projected Date Of Final Report (TFR): | 12/31/2019 | /s/ JAMES ANGELL |
| Current Projected Date Of Final Report (TFR): | 12/31/2019 | JAMES ANGELL |

# FORM 2

Page No: 1

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | |
|---|---|---|---|---|---|
| **Case No.** | 16-02794 | | **Trustee Name:** | James B. Angell | |
| **Case Name:** | ASSET TRADER | | **Bank Name:** | Integrity Bank | |
| **Primary Taxpayer ID #:** | **-***4864 | | **Checking Acct #:** | ******2794 | |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Ch 11 Operating | |
| **For Period Beginning:** | 05/26/2016 | | **Blanket bond (per case limit):** | $3,763,000.00 | |
| **For Period Ending:** | 12/31/2017 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/01/2016 | (1) | WESTERN UNION | Petty Cash Funds | 1129-000 | $12.42 | | $12.42 |
| 06/01/2016 | (3) | WELLS FARGO BANK, NA | Funds from Wells Fargo Bank, N.A. account 0166 | 1129-000 | $1.08 | | $13.50 |
| 06/17/2016 | (4) | WELLS FARGO ADVISORS, LLC | Final distribution of funds remaining in account 1669 | 1129-000 | $2.47 | | $15.97 |
| 07/18/2016 | | US Bankruptcy Court Eastern District of NC | Payment of fee on Motion to Convert to Chapter 7 (DE 185) | 6990-000 | | $15.00 | $0.97 |
| 07/29/2016 | | COUNTRY BOYS AUCTION & REALTY | Proceeds from vehicles sold at Public Auction pursuant to 6/24/16 notice (DE 139) and Motion for Private Sale Nunc Pro Tunc filed 8/5/2016 DE 236 | * | $196,045.00 | | $196,045.97 |
| | {14} | | | $63,000.00 | 1129-000 | | $196,045.97 |
| | {13} | | | $30,000.00 | 1129-000 | | $196,045.97 |
| | {15} | | | $39,000.00 | 1129-000 | | $196,045.97 |
| | {12} | | | $48,000.00 | 1129-000 | | $196,045.97 |
| | {11} | | | $12,750.00 | 1129-000 | | $196,045.97 |
| | {6} | | | $3,295.00 | 1129-000 | | $196,045.97 |
| 08/04/2016 | 3001 | Fly High Lexington, LLC | August 2016 Hangar Rent for N88UA, F-2 | 6990-000 | | $900.00 | $195,145.97 |
| 08/04/2016 | 3002 | TrustPoint Reporting | Invoice #24502 Maxine March transcript $864.60 Invoice #24579 Tony March#2 transcript $1680.75 | 6990-000 | | $2,545.35 | $192,600.62 |
| 08/04/2016 | 3003 | J&J Court Transcribers, Inc. | Invoice #2016-01534 Transcription of 7.14.2016 Charles Newman 341 Meeting of Asset Trader | 6990-000 | | $420.35 | $192,180.27 |
| 08/10/2016 | 3004 | Wake County Clerk of Superior Court | Payment for filing Notice of Lis Pendens | 6990-000 | | $6.25 | $192,174.02 |
| 08/10/2016 | 3005 | Trustee Insurance Agency | Invoice 7064 | 6990-000 | | $675.00 | $191,499.02 |
| 08/11/2016 | 3006 | Trustee Insurance Agency | Invoice #7061: Equipment Insurance on 1990 Derecktor Motor Yacht | 6990-000 | | $4,500.00 | $186,999.02 |
| 08/11/2016 | 3007 | Howard, Stallings, From, Hutson, Atkins, Angell & | Payment pursuant to order entered 6/24/2016 (DE 146) | 6990-000 | | $2,765.00 | $184,234.02 |
| 08/15/2016 | 3008 | Legal Wheels | Inv# 37317 - Attempted subpoena service on Granger Wilkins | 6990-000 | | $170.00 | $184,064.02 |
| 08/17/2016 | 3009 | Wake Electric Membership Corp | Membership fee's for Suite 300, 302, and 410 | 6990-000 | | $15.00 | $184,049.02 |

| | | | **SUBTOTALS** | $196,060.97 | $12,011.95 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-02794 | | | Trustee Name: | James B. Angell |
| --- | --- | --- | --- | --- | --- |
| Case Name: | ASSET TRADER | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | | | Checking Acct #: | ******2794 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Ch 11 Operating |
| For Period Beginning: | 05/26/2016 | | | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 12/31/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/17/2016 | 3010 | Wake Electric Membership Corp | Electric service for Suite 300, 302, and 410 | * | | $1,139.65 | $182,909.37 |
| | | | Account #1041647804 ($474.47) for 300 Southtown Circle | 6990-000 | | | $182,909.37 |
| | | | Account #1041899508 ($368.10) for 302 Southtown Circle | 6990-00 | | | $182,909.37 |
| | | | Account #1041723804 ($297.08) for 410 Southtown Circle | 6990-00 | | | $182,909.37 |
| 08/17/2016 | 3011 | Wake Electric Membership Corp | Deposit for services of Suite 300, 302, and 410 | 6990-000 | | $3,062.00 | $179,847.37 |
| 08/18/2016 | 3012 | Charles Roger Newman | witness fee and mileage | 6990-000 | | $75.50 | $179,771.87 |
| 08/23/2016 | 3013 | MIKE GURKINS | Pursuant to Order on App for Compensation (DE 252) | * | | $16,088.57 | $163,683.30 |
| | | | ($2,178.57) | 6620-000 | | | $163,683.30 |
| | | | ($13,910.00) | 6610-000 | | | $163,683.30 |
| 08/23/2016 | 3014 | TrustPoint Reporting | Invoice no. 24844 - Granger Wilkins 2004 exam | 6990-000 | | $1,480.50 | $162,202.80 |
| 08/23/2016 | 3015 | Maserati of Raleigh c/o Leith, Inc. | Payment of claim 10-1 | 7100-000 | | $11,396.27 | $150,806.53 |
| 08/30/2016 | 3016 | City of Raleigh | Account 5396916491 $238.69 Account 8499103664 $71.25 Account 7444446444 $63.62 | * | | $373.56 | $150,432.97 |
| | | | For Account 5396916491 300 Southtown Circle ($238.69) | 6990-000 | | | $150,432.97 |
| | | | Account 8499103664 ($71.25) for 302 Southtown Cir | 6990-000 | | | $150,432.97 |
| | | | Account 7444446444 ($63.62) 408 Southtown Circle | 6990-000 | | | $150,432.97 |
| 08/30/2016 | 3017 | Birely Marine Services, Inc. | Voided check on 9/1/2016. Pending Application to Employ and Compensation | 6990-003 | | $1,040.00 | $149,392.97 |
| | | | **SUBTOTALS** | | **$0.00** | **$34,656.05** | |

FORM 2

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02794 | Trustee Name: | James B. Angell |
|---|---|---|---|
| Case Name: | ASSET TRADER | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | Checking Acct #: | ******2794 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Ch 11 Operating |
| For Period Beginning: | 05/26/2016 | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 12/31/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2016 | | Country Boys Auction & Realty | | * | $70,195.00 | | $219,587.97 |
| | {6} | | $29,420.00 | 1129-000 | | | $219,587.97 |
| | {7} | | $5,875.00 | 1129-000 | | | $219,587.97 |
| | {8} | | $15,155.00 | 1129-000 | | | $219,587.97 |
| | {10} | | $11,160.00 | 1129-000 | | | $219,587.97 |
| | {26} | | $7,185.00 | 1129-000 | | | $219,587.97 |
| | {14} | | $1,400.00 | 1129-000 | | | $219,587.97 |
| 08/31/2016 | (1) | Cash | | 1129-000 | $1.90 | | $219,589.87 |
| 08/31/2016 | 3018 | International Sureties LTD | Chapter 11 Bond #016070546 | 6990-000 | | $1,177.00 | $218,412.87 |
| 08/31/2016 | 3019 | Yale Products, Inc. | Invoice #488 Rental and Charges for June and July 2016 and Invoice #495 Rental and Charges for August 2016 | 6990-000 | | $27,136.80 | $191,276.07 |
| 09/01/2016 | 3017 | VOID: Birely Marine Services, Inc. | Voided check dated 8/30/2016. Pending Application to Employ and Compensation | 6990-003 | | ($1,040.00) | $192,316.07 |
| 09/02/2016 | | United States Bankruptcy Court | Quarterly Fees 2nd Quarter 2016 | 6990-000 | | $325.00 | $191,991.07 |
| 09/15/2016 | | Transfer To: #*******2794 | | 9999-000 | | $191,991.07 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | TOTALS: | | | | $266,257.87 | $266,257.87 | $0.00 |
| | Less: Bank transfers/CDs | | | | $0.00 | $191,991.07 | |
| | Subtotal | | | | $266,257.87 | $74,266.80 | |
| | Less: Payments to debtors | | | | $0.00 | $0.00 | |
| | Net | | | | $266,257.87 | $74,266.80 | |

| For the period of 05/26/2016 to 12/31/2017 | | For the entire history of the account between 05/27/2016 to 12/31/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $266,257.87 | Total Compensable Receipts: | $266,257.87 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $266,257.87 | Total Comp/Non Comp Receipts: | $266,257.87 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $74,266.80 | Total Compensable Disbursements: | $74,266.80 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements: | $74,266.80 | Total Comp/Non Comp Disbursement | $74,266.80 |
| Total Internal/Transfer Disbursements: | $191,991.07 | Total Internal/Transfer Disbursements: | $191,991.07 |

**FORM 2**

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-02794 | |
| Case Name: | ASSET TRADER | |
| Primary Taxpayer ID #: | **-***4864 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 05/26/2016 | |
| For Period Ending: | 12/31/2017 | |

| | |
|---|---|
| Trustee Name: | James B. Angell |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******2794 |
| Account Title: | |
| Blanket bond (per case limit): | $3,763,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | |
|---|---|---|---|
| TOTALS: | $0.00 | $0.00 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $0.00 | $0.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $0.00 | |

**For the period of 05/26/2016 to 12/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/01/2016 to 12/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursement | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 5

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-02794 | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | ASSET TRADER | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | | Checking Acct #: | ******2794 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Chapter 7 |
| For Period Beginning: | 05/26/2016 | | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 12/31/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2016 | | Transfer From: #*******2794 | | 9999-000 | $191,991.07 | | $191,991.07 |
| 09/15/2016 | (18) | Country Boys Auction & Realty | Funds from sale of plane. Notice of Public Sale filed 6/27/2016 DE 140 and Notice Rescheduled Sale filed 7/16/2016 DE 215 | 1129-000 | $235,000.00 | | $426,991.07 |
| 09/20/2016 | 4001 | J&J Court Transcribers, Inc. | Invoice #2016-01467 2004 Examination of Roger and Silvia Newman | 6990-000 | | $286.30 | $426,704.77 |
| 09/20/2016 | 4002 | Country Boys Auction & Realty | Auctioneer Commission pursuant to Order (DE 277) | 6610-000 | | $9,007.80 | $417,696.97 |
| 09/27/2016 | | Wake Electric Membership Corp | Refund of Deposit Paid for Electric Service on 8/17/2016 Check No. 3011 after deducting for amount of final bill. | 6990-000 | | ($2,458.48) | $420,155.45 |
| 09/27/2016 | 4003 | Trustee Insurance Agency | Invoice No. 7390 - Coverage on Derecktor Motor Yacht | 2420-000 | | $8,599.17 | $411,556.28 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $304.87 | $411,251.41 |
| 10/03/2016 | (27) | FORD MOTOR CREDIT COMPANY | Excess proceeds from auction held by lien holder | 1129-000 | $451.00 | | $411,702.41 |
| 10/03/2016 | | TRUSTEE INSURANCE AGENCY INC. | Refund from insurance on 1990 104' Derecktor Yacht. Premium of $4,500 originally paid during Chapter 11 case on 8/11/2016 Check No. 3006. | 6990-002 | | ($2,400.00) | $414,102.41 |
| 10/04/2016 | | US Bankruptcy Court Eastern District of NC | Fee for Amendment to Matrix | 2700-000 | | $30.00 | $414,072.41 |
| 10/04/2016 | 4004 | International Sureties LTD | Bond Payment | 2300-000 | | $377.82 | $413,694.59 |
| 10/12/2016 | 4005 | Broward Shipyard | Invoice#16-06684 Pressure Wash Invoice# 16-0817 Scraping Invoice# 16-0882 Dock/UTL 9/13 - 9/30 Invoice# 16-0908 Dock/UTL 10/1 - 10/17 | 2420-000 | | $12,210.73 | $401,483.86 |
| 10/26/2016 | 4006 | Country Boys Auction & Realty | Payment pursuant to order entered 10.25.2016 DE 334 | 6620-000 | | $3,859.80 | $397,624.06 |
| 10/28/2016 | | Broward Shipyard | Wire out dated 10/20/2016. Payment for storage of yacht | 2420-000 | | $1,583.12 | $396,040.94 |
| 10/28/2016 | | Port Everglades Launch Service Inc. | Wire transaction dated 10/20/2016. Payment of vessel towing service | 2420-000 | | $14,725.00 | $381,315.94 |
| 10/28/2016 | 4007 | Trustee Insurance Agency | Invoice 7440- additional insurance 1990 104' Derecktor Motor Yacht to move vessel | 2420-000 | | $630.90 | $380,685.04 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $649.18 | $380,035.86 |
| | | | | SUBTOTALS | $427,442.07 | $47,406.21 | |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-02794 | | | Trustee Name: | James B. Angell |
|---|---|---|---|---|---|
| Case Name: | ASSET TRADER | | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | | | Checking Acct #: | ******2794 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Chapter 7 |
| For Period Beginning: | 05/26/2016 | | | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 12/31/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2016 | 4008 | Country Boys Auction & Realty | Payment pursuant to order entered 10.28.2016 DE 339 | * | | $16,500.00 | $363,535.86 |
| | | | ($15,600.00) | 6610-000 | | | $363,535.86 |
| | | | ($900.00) | 6620-000 | | | $363,535.86 |
| 11/01/2016 | 4009 | J&J Court Transcribers, Inc. | Invoice No. 2016-02077 Transcription of Chapt. 7 341 meeting from 10/11/2016 | 2990-000 | | $475.30 | $363,060.56 |
| 11/17/2016 | 4010 | Trustee Insurance Agency | Invoice 7602 - 1218 Heritage Club Ave | 2420-000 | | $1,050.00 | $362,010.56 |
| 11/23/2016 | 4011 | Wake Electric Membership Corp | Account Number 1042553703 1218 Heritage Club Bill Date 11/16/2016 | 2420-000 | | $35.52 | $361,975.04 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $572.08 | $361,402.96 |
| 11/30/2016 | 4012 | Trustee Insurance Agency | Invoice 7602-2 - 1218 Heritage Club Ave Additional premium for increased value | 2420-000 | | $36.00 | $361,366.96 |
| 12/12/2016 | 4013 | US Bankruptcy Court Eastern District of NC | Fedd for Exemplification Documents (x's 3) | 2700-000 | | $66.00 | $361,300.96 |
| 12/15/2016 | 4014 | TrustPoint Reporting | Invoice 26803 Transcript Steve England 11/9/2016 | 2990-000 | | $797.50 | $360,503.46 |
| 12/20/2016 | | GLOBAL SURETY LLC | Refund of premium from Chapter 11 Bond paid to International Sureties on 8/31/2016 Check No. 3018 | 6990-000 | | ($909.00) | $361,412.46 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $646.10 | $360,766.36 |
| 01/04/2017 | 4015 | Mimi's Cleaning Services | Cleaning service 1218 Heritage Club | 2420-000 | | $285.00 | $360,481.36 |
| 01/10/2017 | (17) | OCEAN REALTY PARTNERS LLC | $40,000 extension of sale fee see DE 433. | 1129-000 | $40,000.00 | | $400,481.36 |
| 01/10/2017 | (17) | YACHT MANAGEMENT CO | Deposit on sale of yacht see DE 433. | 1129-000 | $62,470.00 | | $462,951.36 |
| 01/10/2017 | 4016 | Allianz Life Insurance Company | Invoice for document production pursuant to 2004 examination | 2990-000 | | $63.00 | $462,888.36 |
| 01/10/2017 | 4017 | PSNC Energy | 1218 Heritage Club Ave (including $141.41 for service and $115.00 deposit) | 2420-000 | | $256.41 | $462,631.95 |
| 01/20/2017 | 4018 | Wake Electric Membership Corp | Account 1042553703 Heritage Club Ave 1218 | 2420-000 | | $107.06 | $462,524.89 |
| 01/20/2017 | 4019 | Wells Fargo | Fees for 2004 exam production | 2990-000 | | $179.50 | $462,345.39 |
| 01/20/2017 | 4020 | American Custom Yachts, Inc. | Invoice 965689 (1990 Derecktor Yacht) | 2420-000 | | $6,054.96 | $456,290.43 |
| 01/20/2017 | 4021 | American Custom Yachts, Inc. | Invoice 966081 (1990 Derecktor Yacht) | 2420-000 | | $1,822.40 | $454,468.03 |
| | | | | SUBTOTALS | $102,470.00 | $28,037.83 | |

**FORM 2**

Page No: 7

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02794 | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | ASSET TRADER | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | | Checking Acct #: | ******2794 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Chapter 7 |
| For Period Beginning: | 05/26/2016 | | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 12/31/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2017 | 4022 | American Custom Yachts, Inc. | Invoice 966382 (1990 Derecktor Yacht) | 2420-000 | | $1,157.52 | $453,310.51 |
| 01/26/2017 | 4023 | Trustee Insurance Agency | Invoice #7604 1218 Heritage Club Ave, Wake Forest | 2420-000 | | $154.79 | $453,155.72 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $747.54 | $452,408.18 |
| 02/01/2017 | 4014 | STOP PAYMENT: TrustPoint Reporting | Invoice 26803 Transcript Steve England 11/9/2016 | 2990-004 | | ($797.50) | $453,205.68 |
| 02/01/2017 | 4024 | TrustPoint Reporting | Invoice 26803 Transcript Steve England 11/9/2016 | 2990-000 | | $797.50 | $452,408.18 |
| 02/03/2017 | 4025 | PSNC Energy | 5-2101-1066-4425 1218 Heritage Club Ave | 2420-000 | | $130.88 | $452,277.30 |
| 02/14/2017 | (28) | ASSURITY LIFE INSURANCE | Net surrender value from termination of policy 0007 | 1129-000 | $401.73 | | $452,679.03 |
| 02/17/2017 | (28) | ASSURITY LIFE INSURANCE | 02/10/2017 4350552757 Full Sur Payout | 1129-000 | $74.96 | | $452,753.99 |
| 02/21/2017 | | United States Coast Guard | registration renewal fee for boat. | 2990-000 | | $26.00 | $452,727.99 |
| 02/23/2017 | 4026 | Wake Electric Membership Corp | Account 1042553703 1218 Heritage Club | 2420-000 | | $45.36 | $452,682.63 |
| 02/23/2017 | 4027 | Trustee Insurance Agency | 1218 Heritage Club Ave | 2420-000 | | $362.00 | $452,320.63 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $659.49 | $451,661.14 |
| 03/06/2017 | 4028 | PSNC Energy | 5-2101-1066-4425 1218 Heritage Club Ave | 2420-000 | | $104.60 | $451,556.54 |
| 03/22/2017 | 4029 | Wake Electric Membership Corp | Account 1042553703 1218 Heritage Club | 2420-000 | | $49.93 | $451,506.61 |
| 03/27/2017 | 4030 | Lima Yacht Sales | Payment of Expenses in the amount of $9,780.43 and Advances in the amount of $1,000.00 pursuant to DE 551 | 2500-000 | | $10,780.43 | $440,726.18 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $728.37 | $439,997.81 |
| 04/04/2017 | (22) | CAPSTONE ESTATE PLANNING, INC. | Settlement payment | 1121-000 | $95,000.00 | | $534,997.81 |
| 04/05/2017 | 4031 | Trustee Insurance Agency | 1218 Heritage Club Ave | 2420-000 | | $362.00 | $534,635.81 |
| 04/05/2017 | 4032 | PSNC Energy | 5-2101-1066-4425 1218 Heritage Club Ave | 2420-000 | | $101.90 | $534,533.91 |
| 04/12/2017 | 4033 | Karl Baron Rohl | Fees of $3,000.00 and expenses of $1,561.94 pursuant to order 4/11/2017 DE 557. | * | | $4,561.94 | $529,971.97 |
| | | | ($3,000.00) | 3991-000 | | | $529,971.97 |
| | | | ($1,561.94) | 3992-000 | | | $529,971.97 |
| | | | | **SUBTOTALS** | **$95,476.69** | **$19,972.75** | |

FORM 2

Page No: 8

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-02794 | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | ASSET TRADER | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | | Checking Acct #: | ******2794 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Chapter 7 |
| For Period Beginning: | 05/26/2016 | | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 12/31/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/19/2017 | 4034 | Wake Electric Membership Corp | Account 1042553703 1218 Heritage Club | 2420-000 | | $47.47 | $529,924.50 |
| 04/24/2017 | 4035 | Trustee Insurance Agency | 1218 Heritage Club Ave | 2420-000 | | $362.00 | $529,562.50 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $808.72 | $528,753.78 |
| 05/04/2017 | 4036 | PSNC Energy | 5-2101-1066-4425 1218 Heritage Club Ave | 2420-000 | | $30.11 | $528,723.67 |
| 05/17/2017 | 4037 | Joseph M. DiOrio | Payment pursuant to order DE 609 | * | | $4,570.50 | $524,153.17 |
| | | | ($4,389.50) | 3210-600 | | | $524,153.17 |
| | | | ($181.00) | 3220-610 | | | $524,153.17 |
| 05/23/2017 | 4038 | Wake Electric Membership Corp | Account 1042553703 1218 Heritage Club | 2420-000 | | $47.47 | $524,105.70 |
| 05/23/2017 | 4039 | American Custom Yachts, Inc. | Payment pursuant to Invoice # 966752, 967171, 967643 & 968066 | 2420-000 | | $5,701.74 | $518,403.96 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $783.21 | $517,620.75 |
| 06/06/2017 | (30) | Howard, Stallings, From, Hutson, Atkins, Angell & | Sale of Postage Stamps pursuant to email received on 5/31/2017 from BA office | 1229-000 | $42.63 | | $517,663.38 |
| 06/06/2017 | 4040 | PSNC Energy | Account Number 5-2101-1066-4425 Billing Period 4/25/2017 - 5/25/2017 | 2420-000 | | $24.96 | $517,638.42 |
| 06/14/2017 | (31) | GOLDMAN, ANTONETTI & | Payment pursuant to settlement agreement | 1241-000 | $2,520.00 | | $520,158.42 |
| 06/14/2017 | (32) | PSNC ENERGY | Service refund | 1290-000 | $77.87 | | $520,236.29 |
| 06/14/2017 | 4041 | Wake Electric Membership Corp | Final Bill Account 1042553703 1218 Heritage Club | 2420-000 | | $28.93 | $520,207.36 |
| 06/22/2017 | 4042 | City of Raleigh | Account 7814885936 for 1218 Heritage Club Ave | 2420-000 | | $245.12 | $519,962.24 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $745.98 | $519,216.26 |
| 07/10/2017 | (32) | PSNC Energy | Reimbursement of overpayment on account no 5-2101-1066-4425; 1215 Heritage Club Ave | 1290-000 | $24.96 | | $519,241.22 |
| 07/10/2017 | 4043 | X8 Aviation, LLC | Payment of secured claim pursuant to Consent Order entered 7/7/2017 DE 655 | 4220-000 | | $19,343.95 | $499,897.27 |
| 07/10/2017 | 4043 | VOID: X8 Aviation, LLC | | 4220-003 | | ($19,343.95) | $519,241.22 |
| 07/10/2017 | 4044 | X8 Aviation, LLC | Void and Reissue check- printer error Payment of secured claim pursuant to Consent Order entered 7/7/2017 DE 655 | 4220-000 | | $19,343.95 | $499,897.27 |
| 07/12/2017 | 4045 | Atria Management Services, Inc. | Adequate Protection Payments for April, May, June and July pursuant to DE 661 | 4210-000 | | $12,493.00 | $487,404.27 |
| | | | SUBTOTALS | | $2,665.46 | $45,233.16 | |

**FORM 2**

Page No: 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-02794 | | Trustee Name: | James B. Angell |
|---|---|---|---|---|
| Case Name: | ASSET TRADER | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | | Checking Acct #: | ******2794 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Chapter 7 |
| For Period Beginning: | 05/26/2016 | | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 12/31/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/20/2017 | (29) | HOLMES HARDEN, TRUSTEE | Payment pursuant to settlement agreement | 1249-000 | $136,495.03 | | $623,899.30 |
| 07/24/2017 | (33) | STUBBS & PERDUE PA | Payment pursuant to settlement agreement | 1241-000 | $2,500.00 | | $626,399.30 |
| 07/26/2017 | (33) | CHESHIRE PARKER SCHNEIDER & BRYAN | Payment pursuant to settlement agreement | 1241-000 | $4,900.00 | | $631,299.30 |
| 07/27/2017 | 4046 | American Custom Yachts, Inc. | Payment of Invoice No. 968455 $2,106.77 and Invoice No. 968832 $1,157.52 | 2420-000 | | $3,264.29 | $628,035.01 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $813.28 | $627,221.73 |
| 08/01/2017 | 4045 | STOP PAYMENT: Atria Management Services, Inc. | Adequate Protection Payments for April, May, June and July pursuant to DE 661 | 4210-004 | | ($12,493.00) | $639,714.73 |
| 08/01/2017 | 4047 | Genovese Joblove & Battista Trust Account | Adequate Protection Payments for April, May, June and July pursuant to DE 661 | 4210-000 | | $12,493.00 | $627,221.73 |
| 08/01/2017 | 4047 | VOID: Genovese Joblove & Battista Trust Account | | 4210-003 | | ($12,493.00) | $639,714.73 |
| 08/01/2017 | 4048 | Genovese Joblove & Battista Trust Account | Adequate Protection Payments for April, May, June and July pursuant to DE 661 | 4210-000 | | $12,493.00 | $627,221.73 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $937.80 | $626,283.93 |
| 09/22/2017 | (17) | LIMA YACHT SALES LLC | Yacht sale proceeds received via wire on 9/20/2017 | 1129-000 | $67,500.00 | | $693,783.93 |
| 09/22/2017 | (17) | GUY YUDON & FOSTER, LLP | Yacht sale proceeds received via wire on 9/20/2017 | 1129-000 | $382,500.00 | | $1,076,283.93 |
| 09/22/2017 | | Transfer To: #*******2794 | | 9999-000 | | $450,000.00 | $626,283.93 |
| 09/22/2017 | 4049 | American Custom Yachts, Inc. | Outstanding balance $126.41 from June and July WO 969231 and 969676 | 2420-000 | | $2,055.61 | $624,228.32 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $943.19 | $623,285.13 |
| 10/02/2017 | 4050 | Fowler Marine Services | Invoice 01136 for securing vessel during Hurricane Irma | 2420-000 | | $700.00 | $622,585.13 |
| 10/06/2017 | (34) | TRUSTEE INSURANCE AGENCY, INC. | Reimbursement of premiums paid to insure yacht | 1121-000 | $23.56 | | $622,608.69 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $925.20 | $621,683.49 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $893.75 | $620,789.74 |
| 12/06/2017 | 4051 | Williams Overman Pierce, LLP | Payment pursuant to order entered 12.05.2017 DE 775 | 3410-000 | | $21,259.00 | $599,530.74 |
| 12/06/2017 | 4052 | International Sureties LTD | Bond Payment | 2300-000 | | $477.96 | $599,052.78 |
| | | | | **SUBTOTALS** | $593,918.59 | $482,270.08 | |

FORM 2

Page No: 10

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-02794 | Trustee Name: | James B. Angell |
|---|---|---|---|
| Case Name: | ASSET TRADER | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | Checking Acct #: | ******2794 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Chapter 7 |
| For Period Beginning: | 05/26/2016 | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 12/31/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/11/2017 | 4053 | Anthene Annuity and Life Company | Payment of Policy #IL02476100 | 3991-000 | | $45,000.00 | $554,052.78 |
| 12/15/2017 | (35) | Country Boys Auction & Realty | Proceeds from auction of bike & coins pursuant to Notice of Sale entered 10.31.2017 DE 739 | 1229-000 | $2,680.00 | | $556,732.78 |
| 12/19/2017 | 4054 | James B. Angell, Chapter 7 Trustee | Payment pursuant to order entered 12.15.2017 (DE 781) | 2100-000 | | $16,574.10 | $540,158.68 |
| 12/19/2017 | 4055 | James B. Angell, Chapter 7 Trustee | Payment pursuant to order entered 12.15.2017 (DE 781) | 2100-000 | | $19,779.00 | $520,379.68 |
| 12/19/2017 | 4056 | James B. Angell, Chapter 7 Trustee | Payment pursuant to order entered 12.15.2017 (DE 781) | 2200-000 | | $737.97 | $519,641.71 |
| 12/19/2017 | 4057 | Lima Yacht Sales | Payment pursuant to order entered 12.15.2017 (DE 781) | 2500-000 | | $31,500.00 | $488,141.71 |
| 12/19/2017 | 4058 | Lima Yacht Sales | Payment pursuant to order entered 12.15.2017 (DE 781) | 2500-000 | | $487.50 | $487,654.21 |
| 12/19/2017 | 4059 | Art Brooks | Payment pursuant to order entered 12.15.2017 (DE 781) | 3991-620 | | $2,000.00 | $485,654.21 |
| 12/21/2017 | (17) | Atria Management | Reimbursement of funds distributed pursuant to order entered 12.15.2017 DE 781 | 1129-000 | $53,009.67 | | $538,663.88 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $909.95 | $537,753.93 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | TOTALS: | | | $1,277,662.48 | $739,908.55 | $537,753.93 |
| | | Less: Bank transfers/CDs | | | $191,991.07 | $450,000.00 | |
| | | Subtotal | | | $1,085,671.41 | $289,908.55 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $1,085,671.41 | $289,908.55 | |

| For the period of 05/26/2016 to 12/31/2017 | | For the entire history of the account between 09/15/2016 to 12/31/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,085,671.41 | Total Compensable Receipts: | $1,085,671.41 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,085,671.41 | Total Comp/Non Comp Receipts: | $1,085,671.41 |
| Total Internal/Transfer Receipts: | $191,991.07 | Total Internal/Transfer Receipts: | $191,991.07 |
| | | | |
| Total Compensable Disbursements: | $289,908.55 | Total Compensable Disbursements: | $289,908.55 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements: | $289,908.55 | Total Comp/Non Comp Disbursement | $289,908.55 |
| Total Internal/Transfer Disbursements: | $450,000.00 | Total Internal/Transfer Disbursements: | $450,000.00 |

FORM 2

Page No: 11

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 16-02794 | Trustee Name: | James B. Angell |
|---|---|---|---|
| Case Name: | ASSET TRADER | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | Checking Acct #: | ******2794 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Yacht Proceeds |
| For Period Beginning: | 05/26/2016 | Blanket bond (per case limit): | $3,763,000.00 |
| For Period Ending: | 12/31/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/22/2017 | | Transfer From: #*******2794 | | 9999-000 | $450,000.00 | | $450,000.00 |
| 09/22/2017 | 301 | Poyner Spruill in trust for Atria Management | Distribution on claim pursuant to the Consent Order entered 9/7/2017 DE 696 | 4210-000 | | $415,306.60 | $34,693.40 |
| | | TOTALS: | | | $450,000.00 | $415,306.60 | $34,693.40 |
| | | Less: Bank transfers/CDs | | | $450,000.00 | $0.00 | |
| | | Subtotal | | | $0.00 | $415,306.60 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $0.00 | $415,306.60 | |

| For the period of 05/26/2016 to 12/31/2017 | | For the entire history of the account between 09/22/2017 to 12/31/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $450,000.00 | Total Internal/Transfer Receipts: | $450,000.00 |
| Total Compensable Disbursements: | $415,306.60 | Total Compensable Disbursements: | $415,306.60 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements: | $415,306.60 | Total Comp/Non Comp Disbursement | $415,306.60 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 12

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-02794 | Trustee Name: James B. Angell |
| Case Name: | ASSET TRADER | Bank Name: Integrity Bank |
| Primary Taxpayer ID #: | **-***4864 | Checking Acct #: ******2794 |
| Co-Debtor Taxpayer ID #: | | Account Title: Yacht Proceeds |
| For Period Beginning: | 05/26/2016 | Blanket bond (per case limit): $3,763,000.00 |
| For Period Ending: | 12/31/2017 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 1,351,929.28 | $779,481.95 | $572,447.33 |

**For the period of 05/26/2016 to 12/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,351,929.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,351,929.28 |
| Total Internal/Transfer Receipts: | $641,991.07 |
| | |
| Total Compensable Disbursements: | $779,481.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $779,481.95 |
| Total Internal/Transfer Disbursements: | $641,991.07 |

**For the entire history of the account between 09/22/2017 to 12/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,351,929.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,351,929.28 |
| Total Internal/Transfer Receipts: | $641,991.07 |
| | |
| Total Compensable Disbursements: | $779,481.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $779,481.95 |
| Total Internal/Transfer Disbursements: | $641,991.07 |

/s/ JAMES ANGELL

JAMES ANGELL