UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                              CHAPTER 7

**ASSET TRADER,**

                                                            CASE NO. 16-02794-5-DMW

         Debtor.

---

IN RE:                                              CHAPTER 7

**ANTHONY WAYNE MARCH,**

                                           CASE NO. 16-00522-5-DMW

         Debtor.

## OBJECTION TO TRUSTEES' MOTION FOR APPROVAL OF COMPROMISE

NOW COME Stanley and Diane Cichowicz, creditors in the above-referenced case, by and through undersigned counsel, and object to the Trustees' Motion to Approve Compromise dated January 25, 2018. In support of this Motion, Stanley and Diane Cichowicz respectfully show the Court as follows:

1. On January 9, 2017, Stanley and Diane Cichowicz filed Proofs of Claim in the above cases.

2. On March 23, 2017, the Trustee filed an objection to the Cichowicz's Claim in the Asset Trader case.

3. Stanley and Diane Cichowicz have valid claims in both cases.

4. Paragraph 8(2) of the Trustees' proposed settlement provides that creditors may not have allowed claims in both cases.

5. Stanley and Diane Cichowicz have valid claims in both cases, and the two Trustees should not be allowed to alter that truth under the guise of a compromise motion.

WHEREFORE, Stanley and Diane Cichowicz respectfully object to the proposed settlement, request that a hearing be held on the Motion, and for such other and further relief as the Court deems just and proper.

Respectfully submitted, this the 15th day of February, 2018.

                                      JANVIER LAW FIRM, PLLC

                                      /s/ William P. Janvier
                                      William P. Janvier, N.C. State Bar No. 21136
                                      Samantha Y. Moore, N.C. State Bar No. 40202
                                      1101 Haynes Street, Suite 102
                                      Raleigh, North Carolina 27604
                                      Phone: (919) 582-2323

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was electronically filed through CM/ECF and served on the parties listed below by depositing a copy of the same in the United States mail bearing sufficient postage or electronically as indicated:

**Asset Trader**
c/o James B. Angell (Via CM/ECF)

**Anthony Wayne March** (Via U.S. Mail)
11310 Colbert Creek Loop, Apt. 307
Raleigh, NC 27614
*Debtor*

**James B Angell, Trustee** (Via CM/ECF)

**Brian Behr** (Via CM/ECF)
Attorney for Bankruptcy Administrator, EDNC

**John Bircher, Trustee** (Via CM/ECF)

**Stanley and Diane Cichowicz**
Post Office Box 429
Pleasant Garden, NC 27313

Respectfully submitted, this the 15th day of February, 2018.

JANVIER LAW FIRM, PLLC

/s/ William P. Janvier
William P. Janvier, N.C. State Bar No. 21136
Samantha Y. Moore, N.C. State Bar No. 40202
1101 Haynes Street, Suite 102
Raleigh, North Carolina 27604
Phone: (919) 582-2323