UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS FIORILLO,<br>APPIAN WAY 54, LLC,<br><br>    Appellants,<br><br>v.<br><br>JAMES B. ANGELL, CHAPTER 7<br>TRUSTEE, BANKRUPTCY<br>ADMINISTRATOR, ATRIA<br>MANAGEMENT SERVICES, INC.<br>YALE PRODUCTS, INC., and<br>LIMA YACHT SALES, LLC<br>YACHT SALES, LLC,<br><br>    Appellees. | **JUDGMENT**<br><br>No. 5:17-CV-101-H |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.**

IT IS ORDERED, ADJUDGED AND DECREED that Trustee's motion to dismiss [DE #29], is hereby GRANTED. Fiorillo's appeal , [DE #1] is hereby DISMISSED and Appian Way 54, LLC's cross-appeal, [DE #9] is hereby DISMISSED.

This Judgment Filed and Entered on February 28, 2018 with service on:

Nicholas Fiorillo (via US Mail 49 Olde Colony Drive, Shrewsbury, MA 01545-1638)
James B. Angell (via CM/ECF Notice of Electronic Filing)
Thomas W. Waldrep, Jr. (via CM/ECF Notice of Electronic Filing)
Jill C. Walters (via CM/ECF Notice of Electronic Filing)
Yale Products, Inc., (via US Mail c/o Alan Leigh, Managing Agent 738 NE 20th Ave., Fort Lauderdale, FL 33304)
 Lima Yacht Sales, LLC (via US Mail, 602 SW Anchorage Way, Stuart, FL 34994-2015)
 Leon Davis (via U. S. Mail 4406 Carrington Dr., Lancaster, SC 29720)

2/28/2018    PETER A. MOORE, JR., CLERK
/s/ Donna Rudd
(By): Donna Rudd, Deputy Clerk